Eric B. Fisher, Esq.
MORGENSTERN JACOBS & BLUE, LLC
Attorneys for HSG/ATN, Inc.
885 Third Avenue
New York, New York 10022
Telephone: (212) 750-6776
Facsimile: (646) 349-2816

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| In re : | : | Chapter 11 Case No. |
| WORLDCOM, INC., et al., | : | 02-13533 (AJG) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |
| | : | |
| MCI WORLDCOM COMMUNICATIONS, INC., and WORLDCOM, INC., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Adv. Proc. No. 05-3143 (AJG) |
| | : | |
| HSG/ATN, INC., | : | |
| | : | |
| Defendant. | : | |

--------------------------------------------------------x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that HSG/ATN, Inc., by its undersigned attorneys, hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, from (i) the Order Granting Reorganized Debtors' Motion for Summary Judgment With Respect to Claim Nos. 38580 and 38583 Filed by HSG/ATN, Inc., and Granting, In Part, HSG/ATN, Inc's Motion for Summary Judgment, which was entered on March 22, 2007; and (ii) the Order Denying

Motion of HSG/ATN, Inc. for Allowance and Payment of An Administrative Claim, which was entered on May 11, 2004.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Counsel |
|---|---|
| Reorganized Debtors | STINSON MORRISON HECKER LLP<br>Michael E. Tucci, Esq.<br>1150 18th Street, N.W., Suite 800<br>Washington, D.C. 20036<br>Telephone: (202) 785-9100 |

Dated: New York, New York
       March 28, 2007

MORGENSTERN JACOBS & BLUE, LLC

By: /s/ Eric B. Fisher
     Eric B. Fisher (EF-1209)

*Attorneys for HSG/ATN, Inc.*