STINSON MORRISON HECKER LLP
Attorneys for Debtors and Debtors in Possession
1201 Walnut Street
Kansas City, MO  64106
Telephone:  (816) 842-8600
Facsimile:  (816) 691-3495
Mark A. Shaiken
Douglas Y. Curran
Angela G. Heppner

1150 18th Street, N.W., Suite 800
Washington, DC 20036
Telephone:  (202) 785-9100
Facsimile:  (202) 785-9163
Michael E. Tucci

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| | **Chapter 11 Case No.** |
| **WORLDCOM, INC., et al.**, | **02-13533 (AJG)** |
| | |
| | **(Jointly Administered)** |
| Reorganized Debtors. | |
| | |
| MCI WORLDCOM COMMUNICATIONS, INC. and WORLDCOM, INC. | |
| | |
| Plaintiffs, | Adv. Pro. No. 05-3143 (AJG) |
| | |
| v. | |
| | |
| HSG/ATN, INC., | |
| | |
| Defendant. | |

**APPELLEE REORGANIZED DEBTORS' COUNTER**
**DESIGNATION OF THE RECORD**

Appellee Reorganized Debtors, pursuant to Federal Rule of Bankruptcy Procedure 8006, designate the following additional items (including any exhibits attached to such items) to be

included in the record concerning Appellant HSG/ATN, Inc.'s appeal from (i) the Order Granting Reorganized Debtors' Motion for Summary Judgment With Respect to Claim Nos. 38580 and 38583 Filed by HSG/ATN, Inc., and Granting, in Part, HSG/ATN, Inc's Motion for Summary Judgment, which was entered on March 22, 2007; and (ii) the Order Denying Motion of HSG/ATN, Inc. for Allowance and Payment of an Administrative Claim, which was entered on May 11, 2004:

| Item | Date Filed | Docket Entry No. of 02-13533 | Description |
| --- | --- | --- | --- |
| 1 | 11/21/2003 | | Proof of Claim No. 36482[1] |
| 2 | 9/26/2005 | | Proof of Claim No. 38580 |
| 3 | 9/27/2005 | | Proof of Claim No. 38583 |
| 4 | 6/16/2003 | 6581 | Notice of Agenda of Matters Scheduled for Hearing on June 17, 2003 |
| 5 | | | Transcript of Hearing Held on June 17, 2003 concerning Motion for Allowance and Payment of Administrative Claim by HSG/ATN, Inc.[2] |
| 6 | 06/30/2003 | 6966 | Notice of Agenda of Matters Scheduled for Hearing on July 1, 2003 |
| 7 | | | Transcript of Hearing Held on July 1, 2003 concerning Motion for Allowance and Payment of Administrative Claim by HSG/ATN, Inc. |
| 8 | 10/13/2004 | 12838 | Objection Debtors' 59th Omnibus Objection to Proofs of Claim [Third Party Agents/External Commission Claims] |

---

[1] Because Proofs of Claim Nos. 36482, 38580 and 38583 have not been filed on the CM/ECF system in Case No. 02-13533 or Adv. Pro. No. 05-3143, pursuant to Local Rule 8007-1(a), they are attached to this designation as Exhibits A, B and C respectively.

[2] Counsel for Reorganized Debtors have requested that Veritext LLC send a copy of the transcripts from the hearings held on June 17, 2003 and July 1, 2003 concerning the Motion for Allowance and Payment of Administrative Claim filed by HSG/ATN, Inc. to the Court so that such transcripts can be filed on the CM/ECF system.

| 9 | 11/24/2004 | 14028 | Affidavit of Service of Notice of Hearing on Debtors' Objection to HSG/ATN, Inc. Claim No. 38458 |
|---|---|---|---|
| 10 | 12/17/2004 | 14596 | Notice of Withdrawal of Notice of Appearance of Richard L. Koral as attorney for HSG/ATN, Inc. and termination of request for service |
| 11 | 01/19/2005 | 14905 | Scheduling Order signed on 1/18/2005 with respect to the Debtors' objection to claim nos. 36482 and 38458 filed by HSG/ATN, Inc. |
| 12 | 05/16/2005 | 16027 | Affidavit of Service of Debtors' Rule 26 Initial Disclosures to HSG/ATN (claim nos. 36482 and 38458) filed by Angela G. Heppner on behalf of WorldCom, Inc. |
| 13 | 06/17/2005 | 16254 | Affidavit of Service of Rule 26(a)(1) Documents to HSG/ATN, Inc. (claim nos. 36482 and 38458) |
| 14 | 06/17/2005 | 16255 | Affidavit of Service of Rule 26(a)(1) Supplemental Disclosure to HSG/ATN, Inc. (claim nos. 36482 and 38458) |
| 15 | 08/15/2005 | 16761 | Notice of Appearance filed by Eric Fisher on behalf of HSG/ATN, Inc. |
| 16 | 08/15/2005 | 16762 | Stipulation /Notice of Substitution of Counsel |
| 17 | 09/14/2005 | 17079 | Affidavit of Service Reorganized Debtors' September 14, 2005 Interrogatories, Request for Production of Documents and Requests for Admission to HSG/ATN, Inc. Regarding Claim Nos. 36482 and 38458-59th Omnibus Claim Objections |
| 18 | 10/04/2005 | 17263 | Agreed Amended Scheduling Order signed on 10/4/2005 with respect to debtors' objection to claim nos. 36482 and 38458 filed by HSG/ATN, Inc. |
| 19 | 10/05/2005 | 17305 | Certificate of Service of Order Compelling Attendance at Settlement Conference relating to HSG/ATN, Inc. |

3

| | | | |
|---|---|---|---|
| 20 | 10/31/2005 | 17483 | Affidavit of Service of Reorganized Debtors' Rule 26(a)(2) Expert Disclosures with Respect to Claim Nos. 36482 and 38458 |
| 21 | 12/21/2005 | 17757 | Affidavit of Service of Reorganized Debtors' Responses to HSG/ATN, Inc.'s August 30, 2005 Request for the Production of Documents and Responses to HSG/ATN, Inc.'s November 14, 2005 Second Set of Interrogatories |
| 22 | 01/13/2006 | 17825 | Notice of Substitution of Counsel |
| 23 | 01/13/2006 | 17826 | Notice of Agenda of Matters Scheduled for Hearing on January 17, 2006 |
| 24 | 01/23/2006 | 17855 | Second Agreed Amended Scheduling Order signed on 1/23/2006 with respect to debtors' objections to claim nos. 36482, 38458, 38580 and 38583 filed by HSG/ATN, Inc. |
| 25 | 03/14/2006 | 18007 | So Ordered Stipulation and Consent Order signed on 3/14/2006 concerning HSG/ATN, Inc. |
| 26 | 04/06/2006 | 18142 | Affidavit of Service by Kandra Payne of (i) Memorandum of Law in Opposition to Reorganized Debtors' Motion for Summary Judgment with Respect to Claims Filed by HSG/ATN, Inc., (ii) Counter-Statement of Material Facts Pursuant to Local Bankruptcy Rule 7056-1, (iii) Declaration of Eric B. Fisher Pursuant to Fed. R. Civ. Proc. 56(f), and (iv) Declaration of Raejean M. Battin in Opposition to Debtors' Motion for Summary Judgment |
| 27 | 04/07/2006 | 18150 | Affidavit of Service Amended Affidavit of Service by Kandra Payne of (i) Memorandum of Law in Opposition to Reorganized Debtors' Motion for Summary Judgment with Respect to Claims Filed by HSG/ATN, Inc., (ii) Counter-Statement of Material Facts Pursuant to Local Bankruptcy Rule 7056-1, (iii) Declaration of Eric B. Fisher Pursuant to Fed. R. Civ. Proc. 56(f), and (iv) Declaration of Raejean M. Battin in Opposition to Debtors' Motion for Summary Judgment |

4

| | | | |
|---|---|---|---|
| 28 | 4/18/2006 | 18183 | Reply to HSG's Opposition to MCI's Motion for Summary Judgment |
| 29 | 08/21/2006 | 18455 | Fourth Agreed Amended Scheduling Order signed on 8/21/2006 with respect to debtors' objections to claim nos. 36482, 38458, 38580 and 38583 filed by HSG/ATN, Inc. |
| 30 | 09/25/2006 | 18525 | Notice of Agenda of Matters Scheduled for Hearing on September 26, 2006 |
| 31 | 11/20/2006 | 18619 | Letter re: Amended Scheduling Orders filed by Eric Fisher on Behalf of HSG/ATN, Inc. |
| 32 | 12/14/2006 | 18632 | Fifth Agreed Amended Scheduling Order signed on 12/12/2006 with respect to debtors' objections to claim nos. 36482, 38458, 38580 and 38583 filed by HSG/ATN, Inc. |
| 33 | 01/22/2007 | 18680 | Notice of Agenda of Matters Scheduled for Hearing on January 23, 2007 |
| 34 | 2/14/2007 | 18715 | Opinion signed on 2/14/2007 regarding motions for summary judgment |

Respectfully submitted,

/s/ *Angela G. Heppner*_____
Mark A. Shaiken
Douglas Y. Curran
Angela G. Heppner
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2500
Kansas City, MO  64106-2150
(816) 842-8600-Telephone
(816) 691-3495- Facsimile

5

Michael E. Tucci
STINSON MORRISON HECKER LLP
1150 18th Street, N.W., Suite 800
Washington, DC 20036
Telephone: (202) 785-9100
Facsimile: (202) 785-9163

Attorneys for Appellee Reorganized Debtors

DB02/048629 0094_3782/7522789.1

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 19th day of April, 2007, the foregoing document was sent via first class U.S. Mail, postage pre-paid, to:

Eric B. Fisher
Morgenstern Jacobs & Blue, LLC
885 Third Avenue
New York, NY 10022
Attorney for HSG/ATN, Inc.

              /s/ *Angela G. Heppner*
              Attorneys for Appellee Reorganized Debtors