61

1                 WORLDCOM, INC., ET AL

2          Q.    And will you identify what

3    Exhibit A15 is?

4          A.    A15 is a letter that I sent to one

5    of our business customers.  And that was in

6    response to a call that was initiated by the

7    customer to me.  And I believe his initial concern

8    was about the bankruptcy, so I answered some

9    questions about that.  And then I offered to

10   provide him with a lower cost phone service than

11   was presently available with TTI National.

12         Q.    The letter is dated September 25th,

13   2002?

14         A.    That's correct, yes.

15         Q.    Is that approximately when you had

16   this phone conversation with this individual?

17         A.    Yes, because I probably faxed it

18   the very same day.

19         Q.    And other than this material

20   conversation with this one customer, were there --

21   and this letter, was there ever a time when you --

22   when HSG solicited Customers, capital "C"?

23         A.    Absolutely not.  This was a --

24         Q.    You indicated earlier there was

25   some time when HSG made a business decision that

62

1                   WORLDCOM, INC., ET AL

2    it needed to go out and try to solicit the

3    customers to take them to a new phone service?

4           A.     Right.  It became very, very clear

5    to me somewhere in the end of August/September

6    time frame that HSG no longer valued us as an

7    agent, swiping one of their largest agents in the

8    country, and that it was just the handwriting was

9    on the wall.

10                  It was not a question of when our

11   commission payments would stop.  It's just --

12   sorry.  It's not a question of if they would stop

13   because we knew they would be stopped, it was just

14   a question of when.

15                  And there were three major

16   components to our reaching that decision.

17          Q.     What were those?

18          A.     One was we never got back an

19   executed seventh amendment and, number two was

20   that the agents that WorldCom wanted to retain

21   were offered an advanced commission program to get

22   them through the month of August.  And when I

23   requested that, it was denied.  And just a third

24   thing was my conversations with Brent Lako where

25   he made it clear to me that he said your

63

1                    WORLDCOM, INC., ET AL

2    residential type of customer is no longer a value

3    to us.  We don't want 12-dollar customers anymore.

4    We're going after -- we want agents who can sell

5    our business and data programs.

6                    So it became clear to me that the

7    end was near.

8          Q.    Explain, if you would, Mr. Bein,

9    that belief in relationship to your earlier

10   testimony that you were told as long as HSG did

11   not solicit the customers it procured for

12   WorldCom, it would be paid its commissions even

13   post petition.

14         A.    Well, we followed that as long as

15   we could.  We didn't want to jeopardize our

16   commission checks.  As I said, we produced some of

17   the biggest revenue that WorldCom ever had from an

18   agent.  And we were getting, obviously, our

19   commence -- sorry -- commission checks, so we

20   don't want to jeopardize that.

21                   So our policy was -- and everybody

22   in the call center knew this, our whole company

23   knew it -- don't solicit the customers, do not

24   solicit the customers because you're going to get

25   the checks.

64

1        WORLDCOM, INC., ET AL

2              And they came for a while and then

3    we knew time was near and the longer we would have

4    waited, probably it would have been much harder to

5    try to move customers.

6         Q.    So at some point HSG started to

7    target the customers it procured for WorldCom to

8    switch to another service, is that correct?

9         A.    Yes, sir, that's correct.

10        Q.    And when did that occur?

11        A.    The time frame was approximately

12   November 15th it started and it continued on for

13   about 30 days thereafter.

14        Q.    And let me have you take a look at

15   Movant's Exhibit A16 and 17.

16        A.    Okay.

17        Q.    And tell us what those two

18   documents represent.

19        A.    Well, if you look at 17 first, 17

20   represents the letter that was sent to the

21   customers with a capital "C," these are our

22   existing WorldCom customers.

23        Q.    Okay.  So that's a written evidence

24   of HSG's decision in an attempt to go out and

25   market this -- these customers?

65

1          WORLDCOM, INC., ET AL

2          A.    That's correct.  And the previous

3     one, No. 16, was an insert into that solicitation

4     letter.

5          Q.    And where were you trying to

6     convert these customers to?  What service?

7          A.    To another vendor called PowerNet

8     Global or PNG.

9          Q.    And the solicitation effort went

10    over -- occurred over what period of time?

11         A.    The first mailing started

12    approximately November 15th and that continued

13    till about December 15th.

14         Q.    And did you review -- strike that.

15         When customers -- when these

16    customers that were targeted in this effort, and

17    we'll call it a -- this post petition marketing

18    effort by HSG, when these customers were signed up

19    for this new service, were they tagged at all as

20    being former customers of WorldCom?

21         A.    Yes, we used a very carefully

22    delineated tracking system so we knew exactly

23    because we wanted to track our efforts and see how

24    successful we might be; so we especially coded

25    these customers' account numbers so we would know

66

1          WORLDCOM, INC., ET AL

2    precisely who they were that switched their

3    services.

4          Q.    And do you have any estimate in

5    dollars how much revenue was generated from these

6    customers who switched from -- back up.

7                Were there any customers that

8    switched to service to PNG following this

9    marketing effort?

10         A.    Yes, there were.

11         Q.    And you indicated just now how you

12   tracked them.  Do you have any estimate as to how

13   much revenue they generated in, say, the month of

14   December?

15         A.    My estimate that's in my mind is in

16   February because it takes time.  By the time

17   people got the mailing and enrolled and used the

18   services, then it takes another month for them to

19   be billed.  So the first full month that really

20   represents the full billing was for February 2003,

21   and that number as PNG reported to us was

22   $133,000.

23         Q.    And has -- and what about March?

24   Do you recall what that figure is?

25         A.    March, it was about the same.

67

WORLDCOM, INC., ET AL

1

2      Q.      Sometime in December HSG received a

3  letter from WorldCom counsel, Mr. Marcus.  I refer

4  you to Exhibit A18.

5      A.      I see that.

6      Q.      And you received that -- you

7  received that, is that correct?

8      A.      I did, yes.

9      Q.      And what, if anything -- what, if

10  anything, did HSG do in response to receiving this

11  letter?

12      A.      We decided at that point in time

13  that we would discontinue any efforts of

14  solicitation.

15      Q.      And anything else?  Did you take

16  any other actions in response to that letter?

17      A.      I hired your law firm.

18      MR. ENGELMAN:  May I approach the

19  witness with Movant's Exhibit B, Your Honor?

20      THE COURT:  Go ahead.  How much

21  longer is direct examination because I want to

22  take a break?

23      MR. ENGELMAN:  Ten minutes.

24      THE COURT:  Go ahead.

25

68

WORLDCOM, INC., ET AL

1

2  BY MR. ENGELMAN:

3        Q.    You have in front of you Movant's

4  Exhibit B.  Can you describe what that is?

5        A.    This is a very detailed call record

6  of -- related to our customer service center in

7  Puerto Rico.

8        Q.    Let's talk about that before we get

9  to the report, talk about your -- the call center.

10        First of all, who -- what is the

11  call center and who owns it?

12        A.    Well, the call center is embedded

13  in a company called Cassiano (phonetic)

14  Communication which is a 30-year-old Puerto Rican

15  company, and within Cassiano Communications we

16  have an area that they provide to us.  And we had

17  at the time five employees who were full-time

18  employees of our company.

19        Q.    And what do they do?

20        A.    Well, they were strictly customer

21  service.  We didn't do any outbound calling

22  whatsoever.  We are strictly an inbound customer

23  service call center.  So all the calls coming in

24  were either from WorldCom customers or prospective

25  customers.

69

1                    WORLDCOM, INC., ET AL

2          Q.     All right.  Now, I would like for

3     you to take a look at this exhibit, Movant's

4     Exhibit B, and I want to just go through it a

5     little bit and explain -- have you explain what

6     some of these entries are?

7          A.     Sure.  For example --

8          Q.     Let me ask the question, please.

9          A.     Sorry, I thought you wanted me

10    to --

11         Q.     First of all, the very first page

12    has at the very top a year-to-date, month-to-date

13    of January and then a month-to-date of February.

14    It goes on to July 1st.

15                 Do you see that?

16         A.     Yes, I do.

17         Q.     And as you go through the rest of

18    this exhibit, it has the daily calls through the

19    end of December of 2002, is that correct?

20         A.     Yes.

21         Q.     Somewhere else there's probably

22    this same report for January 1st through

23    June 30th, 2002, is that correct?

24         A.     Yes, that's correct.

25         Q.     At the very -- at the column on the

70

1                    WORLDCOM, INC., ET AL
2    left it says Calls Offered.
3                    What does that mean?  What does
4    that reference?
5           A.    That's the total number of calls
6    actually coming into the phone system.
7           Q.    And Calls Handled, what does that
8    mean?
9           A.    Calls Handled represents an actual
10   live discussion or live conversation from a
11   customer about our customer service
12   representative.
13          Q.    So if we look at Monday, July 1st,
14   168 calls, that means that the phone rang 168
15   times, is that right?
16          A.    Yes, and that got into the menu
17   system 168 times, right.
18          Q.    And Calls Handled means that it was
19   handled 168 times, right?
20          A.    By a live person, yes.
21          Q.    Beneath that it says Average Handle
22   Per Call.  And it says for July 1st, 3.73.
23          A.    No, it says Per Hour, average per
24   hour.
25          Q.    Average per hour.  Okay.  Next

71

WORLDCOM, INC., ET AL

1

2      column is Abandon.  What does the term "abandon"

3      mean?

4              A.      The abandon means the customer,

5      after getting into our voice mail system, menu

6      system, for whatever reason, decided not to hold

7      on until there was an answer.

8              Q.      All right.  And down there in bold

9      it says "Hours Worked" and, for example, in

10     July 1st it says "45," what does that represent?

11             A.      Right.  That represents the total

12     number of hours that our five CSRs or customer

13     service reps were actually logged into the phone

14     system.

15             Q.      And then the next line says "Talk

16     Time Percentage."  What does that represent?

17             A.      That represents the -- of their

18     total time logged into the phone system, the

19     percentage of time they were speaking with a

20     customer.

21             Q.      And talk time, that's just computed

22     into hours, same thing computed into actual time,

23     is that correct?

24             A.      Yes, sir, that is correct.

25             Q.      Average Duration of Call Seconds,

72

1                    WORLDCOM, INC., ET AL

2    what does that represent?

3            A.    That represents the average time

4    that a customer service rep was talking to a

5    customer.

6            Q.    All right.  And that's computed

7    from the seconds and then it's computed from the

8    minutes?

9            A.    Correct.

10           Q.    And finally, Total Call Overflow to

11   Phoenix, it says zero.  What does that represent?

12           A.    Well, in some cases where we -- we

13   also have a small operation in Phoenix and

14   sometimes the CSR in Puerto Rico for some reason

15   would direct the call to our Phoenix operation.

16           Q.    And what is Total Calls -- I think

17   it says Warm?

18           A.    Warm transferred?  My understanding

19   from the call center operator, the owners of the

20   equipment, that that line actually represents

21   outbound phone calls.

22           Q.    So what calls would come into the

23   call center that would generate this report?  Who

24   would they be from?

25           A.    They're absolutely 100 percent from

73

1              WORLDCOM, INC., ET AL

2    either existing customers or prospects.  TTI

3    National prospects.

4              Q.    At the time of the bankruptcy

5    filing of WorldCom, was HSG trying to procure

6    customers other than for WorldCom?

7              A.    Absolutely not.

8              Q.    Did that change sometime after the

9    filing?

10             A.    It did, yes.

11             Q.    When did that change?  When did

12   that process change?

13             A.    Probably sometime in August when I

14   was told that we would not get commission credit

15   for any new customers.

16             Q.    And then is that when HSG started

17   to try to procure customers or new prospects for

18   PNG?

19             A.    Yep.  So if a prospect did call in,

20   we would try to give them the services of our

21   other vendor, PNG.

22             Q.    And do you keep records of how many

23   new -- of what the enrollment was for PNG after

24   the bankruptcy case was filed?

25             A.    Yes, I know that number, yes.

1                   WORLDCOM, INC., ET AL

2          Q.    Do you have an estimate of how much

3    these calls as represented in this exhibit

4    represents calls from existing WorldCom customers?

5          A.    Yes, there were over 9,000 calls

6    from exhibiting customers for which we provided

7    them with service.

8          Q.    And, again, what type of services

9    were they provided?

10               MR. MARCUS:  Sorry, I am going to

11   have to object at this point.  These were all

12   questions that we asked in our discovery and it

13   was pointed out to us there's no way to tell from

14   the information in here whether and to what extent

15   calls were actually received from WorldCom

16   customers or prospective customers.

17               And we can certainly point the

18   Court to the discovery requests that went back and

19   forth on these issues.

20               MR. ENGELMAN:  If I may respond?  I

21   would be happy to.  We can point out the discovery

22   because I think it was clear that one can't take a

23   look at this and say that this was a customer

24   call.  These are simply calls that were logged in;

25   however, the discovery clearly says the method by

75

1         WORLDCOM, INC., ET AL

2    which we arrive at the -- the deduction of how

3    much was allocated to calls from a customer, as

4    well as the fact, I think, that was pretty stated

5    from me directly to Mr. Marcus.

6              THE COURT:  I think what we will

7    do, you can address it on cross examination, I

8    think clarify it during cross.  I still need to

9    make the phone call I needed to make at

10   12:00 o'clock for five minutes.  So even though

11   you only have a few minutes left, I will still

12   take a break.

13             (Short recess taken.)

14             MR. ENGELMAN:  Your Honor, less

15   than ten questions --

16             THE COURT:  That's all right.

17   Thank you.  Go ahead.

18   BY MR. ENGELMAN:

19        Q.    Mr. Bein, talking about the report

20   marked Movant's Exhibit B and your estimate it

21   came from customers, what's the basis of that

22   estimate?

23        A.    Well, in the same time period,

24   exact same time period, we were able to determine

25   that we enrolled in PNG 1237 customers.  So we

76

WORLDCOM, INC., ET AL

1

2    deducted that from our total number of calls,

3    leaving a balance of 9,000 that were strictly

4    related to customer service for the customers.

5         Q.    And why would these customers with

6    a capitalized "C" be calling the call center?  How

7    is it they would know to do that?

8         A.    We became the front end for the

9    customer service function.  We wanted the

10   customers to identify with us and that started

11   right from the very marketing effort through the

12   welcome letter that had our customer service phone

13   number, through the calling cards that were issued

14   to every single customer that had our phone number

15   on it, and through the bill messages as well that

16   had our phone number on it.

17        Q.    And when -- what were the

18   instructions to HSG to its call center employees

19   on how to respond to inquiries of these customers

20   from the time of the filing date at least until

21   November 15th when HSG decided to market these

22   customers?

23             MR. MARCUS:  I'm going to object,

24   Your Honor.  That's hearsay.

25             MR. ENGELMAN:  I am asking, Your

77

1                     WORLDCOM, INC., ET AL

2       Honor, what the principals of HSG said to its

3       employees in terms of a policy.  I don't see how

4       that's hearsay.  I am asking what Mr. Bein said.

5                     THE COURT:  All right.

6                     MR. MARCUS:  Sorry.  I think what

7       Mr. Bein said to his employees is hearsay.

8                     THE COURT:  Well, it may be.  You

9       can cross examine him on it.

10                    All right.  Go ahead.  I will allow

11      the question.

12                    MR. ENGELMAN:  Thank you, Your

13      Honor.

14                    THE WITNESS:  It was our very

15      strict company policy that the customer service

16      reps were not to solicit customers in any way

17      whatsoever, again, going back to the several times

18      we were told to abide by your contract and you'll

19      get your commission checks, so we don't want to

20      jeopardize our monthly commission.

21      BY MR. ENGELMAN:

22          Q.    What, if anything, did the call

23      center and the HSG employees do with this

24      information that it received from these customers

25      and these calls made to the call center post

78

WORLDCOM, INC., ET AL

1

2 petition?

3          A.     Well, in some cases we were able to

4 handle it with just the one conversation, if

5 somebody just wanted some rate information; but in

6 many, many other cases, we would need to very

7 directly interface with WorldCom's agent help desk

8 in resolving problems for the customers.

9          Q.     And how did that interface occur?

10 What kind of formats were there?

11         A.     There were two ways of doing it.

12 We would either do things on a computer upload to

13 WorldCom or it would just be a telephone call to

14 WorldCom.

15         Q.     And did this arrangement ever

16 change?

17         A.     On approximately December 16th,

18 they terminated our ability to do any kind of

19 computer interfacing with them.

20         Q.     Okay.  So up until December 16th,

21 is it your testimony that HSG continued to provide

22 this follow-up service to the customers?

23         A.     Yes, sir, that's my testimony.

24         Q.     Do you think that's important in

25 terms of preserving a customer base?

79

1                    WORLDCOM, INC., ET AL

2          A.    It's crucial.  It's very crucial to

3    give a customer the best customer service because

4    in a moment they could switch to another carrier.

5                    MR. ENGELMAN:  No further

6    questions, Your Honor.

7                    THE COURT:  All right.  Thank you.

8                    Cross examination.

9    CROSS EXAMINATION

10   BY MR. MARCUS:

11         Q.    Good afternoon, Mr. Bein, how are

12   you?

13         A.    Fine.  Thank you, sir.

14         Q.    You mentioned earlier that Jeffrey

15   Bein was the former president of the company, is

16   that right?

17         A.    Yes, that correct.

18         Q.    And Jeffrey Bein is your son?

19         A.    Yes, he is.

20         Q.    Is Jeffrey Bein still with the

21   company?

22         A.    No, he is not.

23         Q.    He is not.  Have you familiarized

24   yourself with the pleadings filed by HSG in this

25   matter?

1                        WORLDCOM, INC., ET AL

2              A.    Yes.

3              Q.    Have you read the declarations of

4    Jeffrey Bein in support of the motion to your

5    reply to our objection?

6              A.    I probably have, yes.

7              Q.    But you don't specifically recall?

8              A.    I remember seeing your reference to

9    it in your objection to our motion and quoting

10   from it, but I'm not sure -- I probably did read

11   the original declaration, yes.

12             Q.    So you have no basis to know

13   whether the information in there is, in fact,

14   accurate or not?

15             A.    You can ask me a question and I'll

16   do the best I can to answer it for you.

17             Q.    Again, you don't know if the

18   information in there is accurate or not?

19             A.    I probably do know, yes.

20             Q.    You probably --

21             A.    Mr. Marcus, we are a very small

22   family business and we worked very closely

23   together.

24             Q.    I understand.

25                   Okay.  On -- sorry, give me just

81

1                    WORLDCOM, INC., ET AL

2    one second.

3                    On June 28th of 2002, Mr. Jeff Bein

4    sent a termination letter to WorldCom, is that

5    correct?

6            A.    Yes.

7            Q.    If I use WorldCom or MCI or TTI

8    interchangeably, you'll understand?

9            A.    That's fine.

10           Q.    And is it fair to say that the

11   HSG -- that the termination letter that was sent

12   was based upon the exclusivity provision?

13           A.    Yes.

14           Q.    And you're familiar with the

15   August 6th WorldCom letter accepting the

16   termination of the representation agreement?

17           A.    Yes.

18           Q.    Let me refer you to Movant's

19   Exhibit -- sorry, give me one second -- 12, which

20   is the printout of the, I guess a portion of the

21   home page and the letter?

22           A.    Yes.

23           Q.    Are you familiar with this web

24   site?

25           A.    Yes, you need a password and an ID

82

1                    WORLDCOM, INC., ET AL

2    to access it.

3            Q.    Do you know what this web site is

4    maintained for?

5            A.    For agents.

6            Q.    Do you have the pleadings in front

7    of you?  You don't, do you?

8            A.    Unh-unh.

9                    MR. MARCUS:  May I approach the

10    witness?

11                    THE COURT:  Go ahead.

12            Q.    I'm looking at Tab 3A which is the

13    supplemental declaration of Jeff Bein.

14            A.    Okay.  I see it.

15            Q.    Looking at Page 3, Paragraph 8, it

16    says regarding -- this is regarding the inducement

17    that you allege the Debtors provided to you to

18    continue operating the call center.

19                    Can you read Paragraph 8?

20            A.    If I'm in the right place, it

21    begins "Debtor acted."

22            Q.    That's correct.

23            A.    "Debtor acted consistently with our

24    ongoing relationship as well, for example,

25    after --

83

WORLDCOM, INC., ET AL

1

2      Q.    You don't have to read it out loud.

3 I just want you to familiarize yourself.

4      THE COURT:  Why don't you

5 familiarize yourself with it for a minute?

6      I will -- you may then continue

7 with the statement.

8 BY MR. MARCUS:

9      Q.    Do you see the statement, "These

10 messages instructed customers to call HSG with any

11 service issues"?

12      A.    Yes.

13      Q.    Do you agree with that?

14      A.    Well, let me just say the bill

15 messages have been placed in our company six years

16 every month, month after month after month.

17      Q.    Sorry, I don't mean to interrupt.

18      Do you agree with the statement?

19      A.    Which part are you specifically

20 referring to?  The entire statement?

21      Q.    The messages instructed customers

22 to call HSG with service issues.

23      A.    I believe that in this period of

24 time we were more interested in obtaining dealers,

25 so I think we had a dealer message in there with a

84

1                    WORLDCOM, INC., ET AL

2    different phone number.

3            Q.    Okay.  So then, in fact, it doesn't

4    say that customers should call HSG with service

5    issues, correct?

6            A.    I think for those few bill

7    messages, you're correct.

8            Q.    Which few bill messages are you

9    referring to?

10           A.    That were right around the time of

11   the filing.

12           Q.    Okay.  Mr. Bein, are you familiar

13   with the calling cards?

14           A.    Absolutely.

15           MR. MARCUS:  Your Honor, may I

16   approach the witness?

17           THE COURT:  Go ahead.

18           MR. MARCUS:  Your Honor, I have

19   handed the witness Debtors' Exhibit A.

20   BY MR. MARCUS:

21           Q.    Mr. Bein, aren't these, in fact,

22   the calling cards that ATN sent out to the

23   customers?

24           A.    If you are referring to the third

25   page in --

85

1                    WORLDCOM, INC., ET AL

2              Q.    I am.

3              A.    -- yes, they are.

4              Q.    Are you aware on the front it says

5    "For additional calling cards or other services,

6    call ATN"?

7              A.    Yes.

8              Q.    "But for customer service, see the

9    back of the card."

10                   You see where it says that?

11             A.    No.  It says, "For calling

12   instructions, call -- " it didn't say call for

13   customer service.  It says to call about calling

14   instructions.

15             Q.    Can you look at the card on the top

16   right, the bottom right-hand side?

17             A.    Yes.  That's for calling

18   instructions, okay, or customer service.  "See

19   back of card."

20             Q.    How about the card right below

21   that?

22             A.    Okay.  Yes.

23             Q.    Or, "Call 24-hour WorldCom customer

24   service, see back of card."

25             A.    Okay.

86

1                    WORLDCOM, INC., ET AL

2          Q.    Are you familiar with the back of

3    these cards?

4          A.    Yes, I am.

5          Q.    And the customer service on the

6    back of the card, customer service number is, in

7    fact, WorldCom's customer service number?

8          A.    In small print, you are correct,

9    yes.

10         Q.    I want to refer you to Movant's

11   Exhibit B.  That's the call log.  I think one of

12   the last statements you made on direct was

13   customer service is crucial -- sorry -- it's

14   crucial to give customers the best customer

15   service possible.

16         A.    Uh-huh, yes.

17         Q.    The -- I am looking at the very

18   first page of the call log.  I see it starts on a

19   Monday, goes Monday, Tuesday, Wednesday, Thursday,

20   July 4th.  You didn't handle any calls that day,

21   correct?

22         A.    That's correct.  There was -- it

23   was a holiday.

24         Q.    And as I look through this, it runs

25   Monday, Tuesday, Wednesday, Thursday, Friday,

87

1                    WORLDCOM, INC., ET AL

2    starts again Monday?

3              A.      Uh-huh.

4              Q.      So there are no calls answered on

5    the weekend either, is that correct?

6              A.      There is an automated system that

7    does answer the calls.  And one of the menu

8    choices is we tell the caller if there's a

9    question -- if there's a question about your phone

10   bill or a change of address, to please call the

11   carrier, so that is providing a service to the

12   customer.

13             Q.      Okay.  Who refers them to

14   WorldCom's customer?

15             A.      It says call the customer service

16   number on your phone bill.

17             Q.      Okay.  Now let's -- let's just take

18   an average day, let's say, Thursday, the 11th,

19   just picking at random.  July 11th, average

20   handled per hour, 2.87, and then duration of the

21   calls, 209?

22             A.      Seconds.

23             Q.      209 seconds.

24             A.      Average per call which is 3.48

25   minutes.

88

1              WORLDCOM, INC., ET AL

2         Q.      I understand.  Minutes.

3              So over the course of the day

4    you've handled about three calls an hour for about

5    seven or eight, nine minutes per hour?

6         A.      If you're doing the mathematics, I

7    don't have my calculator here in front of me, as I

8    am sure you can see that.

9         Q.      You testified earlier that at the

10   call center it was a policy not to solicit

11   customers until sometime in August when you had a

12   relationship with PNG, correct, PowerNet Global?

13        A.      Sorry, repeat your question.

14        Q.      It was your policy at the call

15   center to solicit the customers to, I guess,

16   entice them to move to another carrier, correct?

17        A.      That's correct.

18        Q.      Until sometime in August you had a

19   relationship with PowerNet Global; at that point

20   in time you started --

21        A.      That's not correct, no.

22        Q.      Sorry.  That's not what you said

23   before?

24        A.      No.

25        Q.      What was your testimony?

WORLDCOM, INC., ET AL

A.    I said it was our policy to abide

by the surviving terms of our contracts.

Q.    Sorry, the timing --

THE COURT:  Slow down.

MR. MARCUS:  I apologize.

A.    To not solicit the customers, that

was our policy.  We had already after our

termination agreement, because our desire to be

nonexclusive, we already had a relationship with

PNG, but we still did not solicit the customers.

Q.    The call center calls that came in

during the month of August --

A.    Right.

Q.    -- you did not testify earlier that

you tried to switch those customers to PowerNet

Global?

A.    Mr. Marcus, let me be very clear.

The calls coming into the call center were either

from customers that were existing or prospects.

Only the prospects, the few calls that were coming

in from prospects did we try to now -- "switch" is

the wrong word, but tried to enroll them with PNG,

and those were a total of, I mentioned that

before, 1247.

90

1              WORLDCOM, INC., ET AL

2        Q.    Back to that number for a second,

3   1247?

4        A.    Actually 1237.

5        Q.    1237.  What was that period of

6   time?

7        A.    Frankly, I think it was after the

8   filing date through December.

9        Q.    For approximately five months or

10  so?

11       A.    Something like that, yes.

12       Q.    And your testimony was that because

13  1200 customers people who called in --

14       A.    Prospects.

15       Q.    -- called in and were switched to

16  PowerNet Global, your assumption is that all of

17  the other callers were WorldCom customers that

18  you, in fact, provided customer service to?

19       A.    Probably 90 percent of that is

20  true.  I can't say that each and every caller that

21  called in we were able to close.  I mean, if there

22  were -- I should say each and every prospect that

23  called in, I am not saying necessarily closed

24  them, closed the sale, but it was a very, very,

25  very high percentage; so I think it's a reasonable

91

1          WORLDCOM, INC., ET AL

2     assumption that of the over 10,000 phone calls,

3     that 9,000 were customer-service related.

4          Q.     Let me just get the numbers here.

5          A.     Okay.

6          Q.     You are saying 90 percent of the

7     callers following removal of the 1200 that you

8     switched over to PowerNet Global, or are you

9     saying 90 percent of the callers total; in other

10    words, everyone who you didn't switch to PowerNet

11    Global was somebody you provided customer service

12    to?

13         A.     No, I'm saying that there are some

14    more that you would have to take out that we

15    probably did not offer service to but that's a

16    very small number.

17         Q.     Not all for service to provide

18    customer service to?

19         A.     Could you repeat the question,

20    please?

21         Q.     Absolutely.  We're starting with

22    the premise of 10,000 phone calls.

23         A.     Correct.

24         Q.     And you said it's safe to assume

25    that 9,000 you provided customer service to

WORLDCOM, INC., ET AL

1

2  because about 1200 of them you switched to

3  PowerNet Global.  So focusing on the 9,000 --

4          A.    The 9,000.

5          Q.    Is your position that 90 percent of

6  those 9,000 were provided customer service to or

7  all of those 90?

8          A.    No.  I would say not all but

9  probably 90, 95 percent would be a good number.

10          Q.    But you have no idea how many of

11  those 90 percent were, in fact, prospective

12  customers?

13          A.    No.  We already took those out.  We

14  just had this discussion.  We just removed those

15  from the equation.

16              THE COURT:  No.  Let me see if I

17  can clarify.

18              What you removed from the equation

19  were the prospective customers that you signed up.

20  The prospective customers that didn't select your

21  offer or enter into agreement with you aren't a

22  part of -- a part -- I think you previously

23  testified it's a small part but, nonetheless, it's

24  a part of the 9,000 or so calls?

25              THE WITNESS:  That's correct, Your

93

1                    WORLDCOM, INC., ET AL

2    Honor.

3                    MR. MARCUS:  Thank you, Your Honor.

4    BY MR. MARCUS:

5            Q.    And as for the customers that as

6    opposed to the prospective customers that called,

7    as to the actual customers, there's no way for us

8    to tell what exactly was provided to that customer

9    looking at this call log, correct?

10           A.    No, not from the call log, no.

11           Q.    And so if the customer called in,

12   let's say, and wanted a cell phone --

13           A.    We don't offer that service, so

14   they would not call in for that service reason.

15           Q.    You don't offer cell phone service?

16           A.    Just on the Internet.

17           Q.    Just on the Internet.

18                 So if somebody got the phone number

19   on the Internet and called in --

20           A.    It's a point and click.  It's

21   strictly an Internet provider service.

22           Q.    There is no phone number to call on

23   your web site?

24           A.    There is, yeah.

25           Q.    Okay.  And if -- well, okay.  I

94

1                    WORLDCOM, INC., ET AL

2    think -- you testified earlier that one of the

3    three reasons you made the business decision to go

4    ahead and solicit customers was a conversation you

5    had with Brent Lako, correct?

6          A.      Correct.

7          Q.      Brent Lako told you that WorldCom

8    no longer wanted to procure residential customers,

9    correct?

10          A.      No, he didn't -- I didn't say that.

11    He just said that our type of residential customer

12    was really not the type of customer that they were

13    looking for and they did not want the 12-dollar

14    customer I said.  And he said there was very

15    little value in our type of customer.

16          Q.      What's "our type of customer"?

17          A.      Residential customer, mostly

18    residential customers.

19          Q.      A family out of -- operating out of

20    a house?

21          A.      No, as opposed to a business

22    customer.

23          Q.      Local, long distance, residential

24    customer?

25          A.      And calling cards.

95

WORLDCOM, INC., ET AL

1

2      Q.      Calling cards.

3              Are you familiar with the Debtors'

4      Neighborhood program?

5      A.      Yes.

6      Q.      Are you aware this is one of the

7      Debtors' most aggressively marketed products?

8      A.      Certainly not through the agency

9      channel.  That was never offered to us as an

10     agent.  As far as I know, it's still not available

11     to the agents, certainly not when we were

12     associated with them.

13     Q.      Are you aware this is one of

14     WorldCom's aggressively marketed products?

15     A.      I see a lot of ads on TV.

16     Q.      Do you know they, in fact, target

17     residential users?

18     A.      Possibly, yes.

19     Q.      Let's go to the letters that were

20     sent to WorldCom customers and, in particular, I

21     would like to direct you to Movant's Exhibit 15,

22     which is a September 25th letter that you sent out

23     to one of WorldCom's customers, is that correct?

24     A.      Yes.

25     Q.      Let me take a step back for a

WORLDCOM, INC., ET AL

1

2    second.

3         Pursuant to the representation

4    agreement, when are the commissions paid?

5         A.    Forty-five days at the end of the

6    billing month.

7         Q.    So for the month of September 2002,

8    which was the last commission payment you

9    received, correct --

10        A.    Yes.

11        Q.    -- for the month of September 2002,

12   you would have received that commission payment on

13   November 15th, correct?

14        A.    Yes.

15        Q.    And you, in fact, did receive that

16   payment on November 15?

17        A.    It might not have been exactly on

18   the 15th but right around that time.

19        Q.    On or about November 15th?

20        A.    Yes.

21        Q.    And you say that September 25th,

22   2002 was an isolated incident?

23        A.    Yes.

24        Q.    And was this the first time that

25   you solicited customers?

97

1                    WORLDCOM, INC., ET AL

2          A.    Yes.

3          Q.    Again, your primary contact at

4   WorldCom was Brent Lako, correct?

5          A.    Correct.

6          Q.    And do you recall having a

7   conversation on July 31st with Brent Lako

8   admitting that you had solicited customers?

9          A.    No, I do not.

10         Q.    You don't recall the conversation

11  or you were not --

12         A.    I don't recall the conversation.

13         Q.    So it's entirely possible that you

14  were soliciting customers on July 31st?

15         A.    No, that doesn't follow just

16  because I can't recall the conversation.

17         Q.    Okay.  Sorry.  Just give me -- so

18  it's your testimony that on July 31st did you not

19  confirm to Brent Lako that ATN representatives had

20  solicited customers to switch services to

21  competitors of MCI WorldCom and that you confirmed

22  that that competitor was PowerNet Global?

23         A.    I don't recall a conversation like

24  that, no.

25         Q.    You don't recall the conversation

98

WORLDCOM, INC., ET AL

1

2   like that or you don't recall the conversation?

3           A.    I don't recall the conversation.

4           Q.    Thank you.

5           A.    I don't recall that there ever was

6   a conversation like that.  I'm not saying -- I

7   don't recall the exact words, I don't recall the

8   conversation.

9               MR. MARCUS:  Your Honor, can I have

10  one minute?

11              THE COURT:  Go ahead.

12              MR. MARCUS:  I think this is just

13  going to take a few more minutes.

14  BY MR. MARCUS:

15          Q.    Let me direct you to Movant's

16  Exhibit 19.  There was a letter I sent to you on

17  February 3rd.  And in this letter it references

18  that HSG had been sending letters to other agents

19  of WorldCom, is that correct?

20          A.    That's correct.

21              MR. MARCUS:  Your Honor, may I

22  approach the witness?

23              THE COURT:  Go ahead.

24  BY MR. MARCUS:

25          Q.    Do you recognize this letter?

99

1                    WORLDCOM, INC., ET AL

2            A.    Yes, I do.

3            Q.    Is this, in fact, a letter or a

4    form of the letter that was sent out to other

5    agents?

6            A.    Yes.

7            Q.    Who were these letters sent to?

8            A.    They were sent to agents that were

9    on a list of agents that WorldCom owed money to.

10           Q.    How many agents was this sent to?

11           A.    About 1400.

12           Q.    1400.

13           Do you recall in the course of

14   discovery that the Debtors had asked that you

15   provide the Debtor with information regarding your

16   communications with other agents?

17           A.    Yes.

18           Q.    And the answer to that question was

19   that you had sent out a form letter to several

20   agents and you listed three, three agents; is that

21   correct?

22           A.    I don't recall that, no.

23           Q.    Okay.  But isn't it a fact this

24   solicitation was, in fact, sent to over 1400

25   agents?

100

1                    WORLDCOM, INC., ET AL

2          A.    Now, are you using "solicitation"

3    in the same terms as before?

4          Q.    Let me phrase it differently.

5                This letter that you sent to other

6    agents was sent to over 1400 agents?

7          A.    Somewhere around there.  The notice

8    was on the prepetition money owed list.

9                MR. MARCUS:  That's all I have.

10               THE COURT:  Redirect?

11               MR. ENGELMAN:  A few questions.

12               THE COURT:  Go ahead.

13               MR. ENGELMAN:  Thank you.

14   REDIRECT EXAMINATION

15   BY MR. ENGELMAN:

16         Q.    Mr. Bein, following up this line of

17   questions regarding this letter of February 7th,

18   2003.  This letter was not directed to any of the

19   Customers, capital "C," that we talked about,

20   correct?

21         A.    Absolutely, no.

22         Q.    Is it your understanding that the

23   surviving terms of the representation agreement

24   evidenced by Movant's Exhibits 1 through 7 contain

25   any type of prohibition of your contacting these

WORLDCOM, INC., ET AL

1

2    agents?

3         A.    There was none whatsoever.

4         Q.    Talked earlier about -- in fact,

5    the Judge intervened and went over some of those

6    numbers in terms of what the call center reports

7    represent.

8              You're comfortable with the

9    accuracy of your testimony today, how many related

10   to each customers calling in for follow-up

11   service?

12        A.    I am very comfortable with that.

13        Q.    Did you -- strike that.

14             Did HSG solicit any Customers,

15   capitalized "C," for PNG customers prior to

16   July 31st, 2002?

17        A.    Absolutely not.

18        Q.    And did you ever have a

19   conversation with Mr. Brent Lako which you said

20   that HSG had done this type of solicitation?

21        A.    I don't think so.

22        Q.    And other than this one incident we

23   talked about referencing this line 2502 letter, is

24   it your testimony that there was no solicitation

25   of the customers until the middle of November?

102

1                    WORLDCOM, INC., ET AL

2           A.      That's my testimony, sir.

3           Q.      And the last commission check that

4    HSG received was covering the period of

5    September 2002, is that correct?

6           A.      That is correct.

7           Q.      And it hasn't received any

8    commissions for October, November, December of

9    2002?

10          A.      And beyond, yes.

11                  MR. ENGELMAN:  Nothing further,

12   Your Honor.

13                  THE COURT:  Any recross?

14                  MR. MARCUS:  No, Your Honor.

15                  THE COURT:  All right.  Thank you.

16   You may step down.

17                  MR. ENGELMAN:  No further witnesses

18   by Movant.

19                  THE COURT:  The Debtor has a

20   witness?

21                  MR. STROCHAK:  We do have one

22   witness, Your Honor.  We estimate the direct will

23   probably take 20 to 25 minutes.

24                  I know Your Honor is up against a

25   1:00 o'clock deadline, and I wanted to advise the

103

1                      ·          WORLDCOM, INC., ET AL

2    Court of that and we will take our guidance from

3    the Court.

4                      THE COURT:  I can't explain at this

5    minute, but the 1:00 o'clock deadline is something

6    of a personal nature I have to address.  And I

7    know it's inconvenient for the parties to do -- to

8    adjourn this and I know it's also costly to the

9    parties.

10                     MR. STROCHAK:  I wanted to indicate

11   our witness is a local witness.  He is from

12   northern New Jersey, so from the Debtors'

13   perspective.  It's no problem for us to come back

14   a later day.  I know counsel is here from the West

15   Coast, so there are some difficulties there.

16                     We will obviously take our guidance

17   to the Court.

18                     THE COURT:  Would counsel -- and I

19   don't impress this upon counsel for the Movant

20   here, would you be opposed to doing a cross

21   examination by telephone?

22                     MR. ENGELMAN:  That was going to be

23   my suggestion.

24                     THE COURT:  I really do apologize.

25                     MR. ENGELMAN:  I understand.

104

1                WORLDCOM, INC., ET AL

2                THE COURT:  But I'm not opposed to

3   you doing it -- I think it's best if you had the

4   witness in front of you for your cross

5   examination.  And I think if local counsel,

6   Mr. Koral, can be here to assist in terms of

7   presentation of documents to move it along, that

8   would be helpful.

9                MR. ENGELMAN:  Happy to do that.

10               THE COURT:  And I would really like

11  to adjourn this to July 1st.  And we will work out

12  the time.  And not only will you be on the phone,

13  so obviously, will be your client and you can

14  participate.  And it shouldn't in any way

15  discourage you if you literally want to be here.

16               MR. ENGELMAN:  Any opportunity to

17  leave Phoenix in the summer is always welcome, so

18  I may take you up on it; but I probably will

19  appear telephonically.  Thank you.

20               THE COURT:  You may be better off

21  with the weather of Phoenix than being in New

22  York.

23               I appreciate it.  We will put it on

24  July 1st.  We will work out a time, probably late

25  in the afternoon, to continue this with Debtors'

105

1                    WORLDCOM, INC., ET AL

2    witness who will be here in person and counsel for

3    the Movant can participate by phone.

4                    Mr. Koral, are you available on the

5    1st to be here?

6                    MR. KORAL:  I will be available,

7    yes.

8                    THE COURT:  All right.  Thank you

9    so much.

10                   (Whereupon, the proceedings were

11          concluded.)

12

13                            oOo

14

15

16

17

18

19

20

21

22

23

24

25

106

# INDEX

| Witness: | DIRECT | CROSS | REDIRECT | RECROSS |
|----------|--------|-------|----------|---------|
| GEORGE BEIN | 42 | 79 | 100 | |

# EXHIBITS

| | | |
|---|---|---|
| MOVANT'S A1-19 | | 41 |
| MOVANT'S B | | 41 |

107

1

2                    C E R T I F I C A T E

3   STATE OF NEW YORK        )

                             )SS.:

4   COUNTY OF NEW YORK       )

5

6           I, SABRINA SALAS, a Shorthand

7      Reporter and Notary Public within and for

8      the State of New York, do hereby certify:

9           I reported the proceedings in the

10     within entitled matter, and that the

11     within transcript is a true record of

12     such proceedings.

13           I further certify that I am not

14     related, by blood or marriage, to any of

15     the parties in this matter and that I am

16     in no way interested in the outcome of

17     this matter.

18           IN WITNESS WHEREOF, I have hereunto

19     set my hand this 20th day of June, 2003.

20

21     _____

                SABRINA SALAS

22

23

24

25

| A | | | |
|---|---|---|---|
| **abandon** 71:2,2,4 | **adjourn** 18:5,17 | **agreeable** 20:24 | 70:1 71:1 72:1 |
| **abide** 54:22 59:18 | 103:8 104:11 | **agreed** 9:16 12:15 | 73:1 74:1 75:1 |
| 77:18 89:2 | **adjourned** 1:20,22 | 18:5,11,14 22:12 | 76:1 77:1 78:1 |
| **abided** 56:21 60:2,2 | 1:23,25 2:4,7,8,9 | 27:15,25 28:5 29:8 | 79:1 80:1 81:1 |
| **ability** 34:4 78:18 | 2:12,14,17,19,20 | 40:15,16,17 | 82:1 83:1 84:1 |
| **able** 13:3 19:6 25:22 | 2:22,24 3:2,4,5 | **agreement** 2:10 8:19 | 85:1 86:1 87:1 |
| 27:9 75:24 78:3 | 18:19,25 20:2 | 9:7 11:24 12:8,22 | 88:1 89:1 90:1 |
| 90:21 | 24:24 28:8 | 13:4 46:9,13,16 | 91:1 92:1 93:1 |
| **ABN** 3:5 7:8 8:3 | **adjournment** 25:5 | 49:24 50:2 52:25 | 94:1 95:1 96:1 |
| **absolutely** 51:20,23 | **adjudicate** 35:21 | 54:25 55:2,3 56:22 | 97:1 98:1 99:1 |
| 52:15 54:24 57:18 | **adjust** 28:16 | 81:16 89:9 92:21 | 100:1 101:1 102:1 |
| 59:17 61:23 72:25 | **administrative** 2:8 | 96:4 100:23 | 103:1 104:1 105:1 |
| 73:7 84:14 91:21 | 3:22 25:13 39:23 | **agreements** 2:2,3,4 | **allege** 82:17 |
| 100:21 101:17 | **admission** 39:7 | 45:6,13,25 50:11 | **Allen** 1:19 |
| **acceptance** 54:15 | 40:14 | **ahead** 11:10 15:7 | **allocated** 75:3 |
| **accepted** 54:10 55:2 | **admitted** 39:8 41:6 | 28:20,25 31:4 | **allow** 2:3 12:16 |
| **accepting** 81:15 | **admitting** 97:8 | 44:24 67:20,24 | 20:15,21 31:11 |
| **access** 82:2 | **Adrian** 2:15,15,16 | 75:17 77:10 82:11 | 32:14 33:25 77:10 |
| **account** 65:25 | **ads** 47:20 95:15 | 84:17 94:4 98:11 | **allowance** 2:21 3:21 |
| **accuracy** 101:9 | **advanced** 62:21 | 98:23 100:12 | **allows** 20:18 |
| **accurate** 80:14,18 | **adversary** 8:2,3 | **airports** 16:9 | **alternative** 2:2,3 |
| **acknowledges** 54:15 | 10:17 | **Akin** 1:15 4:18 9:22 | **amend** 2:17 |
| **acted** 82:21,23 | **adverse** 20:17 34:3 | 36:8 | **amended** 3:9 |
| **acting** 7:13 | **advertisements** 44:6 | **al** 1:4 2:15,15,16,17 | **amendment** 50:19 |
| **action** 35:3,18 | **advise** 102:25 | 3:5,5 7:1 8:1 9:1 | 52:16,20,22 53:12 |
| **actions** 2:25 67:16 | **advised** 38:20 | 10:1 11:1 12:1 | 53:13,24 62:19 |
| **active** 27:2 | **advisement** 37:19 | 13:1 14:1 15:1 | **amendments** 46:12 |
| **actual** 46:4 59:2 | **advisors** 1:17 | 16:1 17:1 18:1 | 52:24 |
| 70:9 71:22 93:7 | **affinity** 44:7 | 19:1 20:1 21:1 | **amount** 12:10,15,17 |
| **Adam** 4:15 7:22 | **afternoon** 79:11 | 22:1 23:1 24:1 | 12:21 33:9 34:9 |
| **add** 35:13 36:23 | 104:25 | 25:1 26:1 27:1 | 55:15 |
| **addition** 12:22 49:7 | **agency** 95:8 | 28:1 29:1 30:1 | **amounts** 2:9 |
| 58:21 59:6 | **agenda** 17:23 | 31:1 32:1 33:1 | **Amro** 3:5 7:8 8:3 |
| **additional** 8:21 9:11 | **agent** 52:3,24 59:8 | 34:1 35:1 36:1 | **analysis** 35:7 |
| 16:11 20:15 49:11 | 62:7 63:18 78:7 | 37:1 38:1 39:1 | **answer** 71:7 80:16 |
| 85:5 | 95:10 | 40:1 41:1 42:1 | 87:7 99:18 |
| **address** 11:22 13:24 | **agents** 62:7,20 63:4 | 43:1 44:1 45:1 | **answered** 61:8 87:4 |
| 14:10 38:17 40:9 | 82:5 95:11 98:18 | 46:1 47:1 48:1 | **anticipate** 25:19 |
| 75:7 87:10 103:6 | 99:5,8,9,10,16,20 | 49:1 50:1 51:1 | **anymore** 63:3 |
| **addressed** 11:24 | 99:20,25 100:6,6 | 52:1 53:1 54:1 | **apologize** 40:6 89:6 |
| 16:20 17:6 | 101:2 | 55:1 56:1 57:1 | 103:24 |
| **addresses** 29:11 | **aggregate** 34:6 | 58:1 59:1 60:1 | **appear** 25:15 104:19 |
| 48:12 | **aggressively** 95:7,14 | 61:1 62:1 63:1 | **appearances** 6:3 |
| **adhere** 57:17 | **ago** 26:4 43:6,9,18 | 64:1 65:1 66:1 | 38:9 |
| | **agree** 83:13,18 | 67:1 68:1 69:1 | **application** 22:10 |

25:6
applications 1:15
  24:22 25:2
appreciate 104:23
approach 41:12
  67:18 82:9 84:16
  98:22
appropriate 9:10
  21:15 27:10 35:19
approval 3:7,13,14
  9:8,11 11:13 21:11
  53:25
approved 21:10
approving 3:11,12
approximate 56:18
approximately
  12:10,12,19 43:6
  53:11 55:17 61:15
  64:11 65:12 78:17
  90:9
April 27:20 28:14
area 68:16
argument 38:17
  39:25 40:10
arguments 37:16
Arizona 4:10 39:9
  39:10,20
Arnall 6:12
arrangement 3:11
  50:6,13,15 78:15
arrive 75:2
ARTHUR 1:13
asked 13:24 57:4
  74:12 99:14
asking 32:14 37:7
  76:25 77:4
aspects 22:17
assert 12:10
assets 2:23
assist 104:6
associated 44:13
  95:12
association 50:5
assume 2:4,9,10
  15:12 91:24

assumption 3:8
  15:17 90:16 91:2
assure 2:6
assured 56:20
ATN 84:22 85:6
  97:19
attached 40:19
attempt 55:20,25
  64:24
attorney 5:19 31:6
  31:24 39:8
attorneys 4:4,8,13
  4:19 5:4,9,14
  21:17
Attorney's 16:17
AT&T 2:24
auction 3:10 16:3,14
August 2:11 29:14
  30:17 55:17 56:20
  59:12,13 62:22
  73:13 81:15 88:11
  88:18 89:13
August/September
  62:5
authority 16:2 20:21
authorization 2:22
  51:22
authorize 3:15
authorizing 2:5 3:8
  16:23
automated 87:6
automatic 2:3,7,14
  2:19,25 3:20 27:21
  28:3 29:12 34:23
available 19:19
  29:24 61:11 95:10
  105:4,6
Avenue 4:4,9,20
  5:10,15
average 70:21,23,25
  71:25 72:3 87:18
  87:19,24
aware 8:23 16:4
  19:19 26:2 51:18
  51:19 85:4 95:6,13

a.m 1:9
A1 40:23 45:4 46:9
  46:21 50:10
A1-19 41:7 106:10
A10 54:14
A11 58:4
A12 58:13 59:4
A15 60:23 61:3,4
A16 64:15
A18 67:4
A2 40:23 46:11,12
A7 46:12,15
A9 50:25

**B**

B 1:12 2:13 3:11
  41:10,19 42:5
  67:19 68:4 69:4
  75:20 86:11 106:9
  106:11
back 14:6,16 30:10
  30:11,16 32:19
  46:7 48:8 62:18
  66:6 74:18 77:17
  85:9,19,24 86:2,6
  90:2 95:25 103:13
balance 10:7 76:3
bank 3:5 5:5 8:3,18
bankruptcy 1:2,13
  11:13 13:11 15:12
  23:10 35:12 49:12
  55:7,21 56:5,9
  61:8 73:4,24
banks 9:3,4,14,25
  10:5,16,18
base 78:25
baseball 57:13
based 11:5,25 15:3
  15:22 17:13 23:16
  46:22 81:12
basically 14:3 32:21
  52:22
basis 43:12 44:15
  47:7 52:10 75:21
  80:12

begins 29:25 82:21
behalf 17:21 26:15
  36:8 39:20 57:10
Bein 41:21 42:12,14
  45:2 48:24 51:2,11
  51:12 63:8 75:19
  77:4,7 79:11,15,18
  79:20 80:4 81:3
  82:13 84:12,21
  100:16 106:5
belief 45:19 63:9
believe 8:16 9:13
  11:23 13:9 14:10
  15:8,15 16:19,21
  19:20 20:8,23
  24:19 26:21 27:20
  29:13 33:5 34:24
  38:3 40:19 41:12
  58:22 61:7 83:23
believes 36:15
Bell 1:21,22,24,25
BellSouth 20:22
  23:4
bench 41:13
Beneath 70:21
benefit 35:9 36:16
  45:18
benefits 45:21
Berger 4:8 39:20
best 33:6 79:3 80:16
  86:14 104:3
better 104:20
beyond 2:20 8:14
  24:9 102:10
bid 16:23
bidding 17:7
biggest 63:17
bill 13:22 76:15
  83:14 84:6,8 87:10
  87:16
billed 66:19
billing 45:21 46:22
  47:3 55:16,18
  66:20 96:6
bit 43:25 47:8 69:5

Block 1:20 27:14
  29:8
blood 107:14
Boggs 1:20 6:6
bold 71:8
book 44:23
bottom 85:16
Bowling 1:10
Box 5:5
breach 31:14 32:8
break 31:16 38:7
  67:22 75:12
break-up 3:11 16:12
  16:24
Brent 54:7 56:19
  62:24 94:5,7 97:4
  97:7,19 101:19
Brewer 2:13,13
brought 10:6 26:17
BRUCE 6:5
building 16:6
business 32:11
  34:12 43:14,15,21
  43:24 44:11 52:9
  57:23 60:17 61:5
  61:25 63:5 80:22
  94:3,21

---

C

C 3:11 4:2 5:2 6:2
  7:2 60:9,16 61:22
  64:21 76:6 100:19
  101:15 107:2,2
calculator 88:7
calendar 27:3 29:16
call 17:25 18:2 40:3
  41:16,20 47:19,23
  47:23 48:5,8,13
  49:11 61:6 63:22
  65:17 68:5,9,11,12
  68:23 70:22 71:25
  72:10,15,19,23
  73:19 74:24 75:9
  76:6,18 77:22,25
  78:13 82:18 83:10

83:22 84:4 85:6,12
  85:12,13,23 86:11
  86:18 87:10,15,24
  88:10,14 89:12,19
  93:9,10,14,22
  101:6
called 21:14 38:21
  65:7 68:13 90:13
  90:15,21,23 93:6
  93:11,19
caller 87:8 90:20
callers 90:17 91:7,9
calling 45:16 47:24
  48:6 49:8,8 68:21
  76:6,13 84:13,22
  85:5,11,13,17
  94:25 95:2 101:10
calls 48:4 68:23
  69:18 70:2,5,7,9
  70:14,18 72:16,21
  72:22 74:3,4,5,15
  74:24 75:3 76:2
  77:25 86:20 87:4,7
  87:21 88:4 89:12
  89:19,21 91:2,22
  92:24
capacity 16:18
capital 61:22 64:21
capitalized 60:9,16
  76:6 101:15
card 47:24 48:7 49:8
  49:9,9 85:9,15,19
  85:20,24 86:6
cards 45:16 49:11
  76:13 84:13,22
  85:5 86:3 94:25
  95:2
care 26:18
carefully 65:21
Caroline 2:19
carrier 79:4 87:11
  88:16
carrying 46:4
case 1:4 8:19 11:17

14:18 23:9,11
  25:13 27:24 31:6
  31:24 32:5,8 33:12
  34:15,17,21 49:12
  55:7,21,23 73:24
cases 34:4 36:17
  72:12 78:3,6
Cassiano 68:13,15
cause 36:12
cell 93:12,15
center 3:19 5:5
  30:23 31:3,9,20,23
  32:4 36:22 49:10
  63:22 68:6,9,11,12
  68:23 72:19,23
  76:6,18 77:23,25
  82:18 88:10,15
  89:12,19 101:6
centers 47:14
Central 4:9
centralized 35:11
certain 2:10 3:16
  12:24,24 22:15
certainly 25:5,19
  74:17 95:8,11
certify 107:8,13
cetera 26:15 40:23
change 36:4 73:8,11
  73:12 78:16 87:10
changed 8:25
changes 47:21 48:12
changing 47:21,22
channel 95:9
Chapter 32:7,25
  33:22 34:4,6
Charles 2:13
check 55:19 102:3
checks 63:16,19,25
  77:19
Cheryl 2:13
choices 87:8
Christopher 5:11
  17:20
circuit 17:18
circuits 12:24 13:2,7

17:23 18:4
circumstances 34:22
  35:6 36:5
City 2:23 3:11 16:3
  16:6
claim 2:20,22 3:16
  3:17,18 12:9,10,11
  12:17,21 13:8 14:4
  14:6 18:11 24:9
  27:6,7,22 28:6
  29:3 32:16 33:23
  34:18 35:21,25
  36:13 37:10 39:23
claims 8:9 9:4,11
  26:25 27:19 34:10
  35:11 36:14 37:5
clarify 75:8 92:17
clear 21:22 35:23,24
  36:5 59:3,18 60:6
  62:4,25 63:6 74:22
  89:18
clearer 18:24
clearly 57:14 74:25
click 93:20
client 32:19 104:13
clients 23:10
close 41:23 50:4
  90:21
closed 90:23,24
closely 80:22
Club 44:8
Coast 44:8,8 103:15
Code 15:12
coded 65:24
colleagues 38:2
Columbus 4:9
column 69:25 71:2
come 10:9 72:22
  103:13
comfortable 101:8
  101:12
coming 68:23 70:6
  89:19,21
commence 63:19
commenced 35:3

comment 11:4 15:2
15:21 23:15
comments 16:16,19
16:20
commercial 35:4
commission 46:25
47:4,8,9 55:18
62:11,21 63:16,19
73:14 77:19,20
96:8,12 102:3
commissions 55:6
55:10,24 56:7,7,23
57:16 59:22 63:12
96:4 102:8
committee 1:16,18
3:3,15,20,23 4:4
4:19 5:14 9:8,23
9:24 10:9 11:19,22
12:4 13:25 14:11
14:12 16:19 17:5
21:18 22:7,20
23:18 36:6,9,15,19
Committee's 36:10
Communication
68:14
communications
1:21,22,24 2:8 3:4
3:16,17 7:9 27:6
53:18 54:2 68:15
99:16
company 1:21,23,24
2:10,18 20:16
42:19 43:11 46:25
48:24 51:13,15,18
63:22 68:13,15,18
77:15 79:15,21
83:15
compel 2:8,10,11
compelling 2:4,5
34:22
compels 35:24
competitor 97:22
competitors 97:21
complaint 1:23
complaints 47:23

completed 18:15
complex 32:8
complicated 10:4,5
complied 25:16
components 62:16
compromise 12:23
13:11 35:10
computed 71:21,22
72:6,7
computer 78:12,19
conceptual 22:11
concern 13:25 14:15
16:22 18:9 22:18
61:7
concerned 14:11
concerning 36:25
concerns 11:23,23
17:6 18:3
concluded 105:11
concludes 24:5
conditions 52:23
54:23
conduct 34:3 43:20
conducted 44:10
conducting 39:11
conference 1:22
2:19 3:5 28:13
confirm 97:19
confirmation 30:2
30:18
confirmed 97:21
connection 7:7,9
10:6
consent 21:5
consented 24:11,13
consideration 16:11
consist 47:17
consistently 82:23
consists 47:18 59:4
constructive 10:7
construe 59:15
consult 30:4
contact 26:7 97:3
contacting 100:25
contain 100:24

contained 49:2
54:23
contested 26:23,25
39:23
continuation 8:20
8:22 24:21
continue 10:24
21:16 31:17,20
52:9 56:6,23 82:18
83:6 104:25
continued 5:2 6:2
23:8 56:2 64:12
65:12 78:21
continues 22:14
continuing 16:22
54:3
contract 2:6,23
31:14 32:9 47:5
50:18 51:25 59:19
77:18
contracts 44:16
45:20 47:11 51:8
52:23 89:3
contributing 46:24
control 29:13
conversation 56:17
57:3 61:16,20
70:10 78:4 94:4
97:7,10,12,16,23
97:25 98:2,3,6,8
101:19
conversations 52:12
53:18 54:6 56:13
56:17 62:24
convert 65:6
Cooper 31:9 32:2
Coopers 1:17
copy 9:18 51:2
Corp 2:24
corporation 3:4,18
3:19 29:4 42:20,21
correct 14:22 22:25
24:10 30:24 37:25
44:20,21 46:9,10
46:14,17,18 49:16

49:23 50:19,20,25
51:5,6 54:16 58:7
59:5,14 60:4,11,12
60:21,22 61:14
64:8,9 65:2 67:7
69:19,23,24 71:23
71:24 72:9 79:17
81:5 82:22 84:5,7
86:8,21,22 87:5
88:12,16,17,21
91:23 92:25 93:9
94:5,6,9 95:23
96:9,13 97:4,5
98:19,20 99:21
100:20 102:5,6
correctly 10:19
cost 61:10
costly 103:8
costs 27:16
counsel 1:16,17 3:15
7:13 8:18 9:13
11:22 12:2,7 13:14
16:18 18:2 20:8
27:10 31:19 32:18
36:21,25 38:3,7
39:7,10 67:3
103:14,18,19
104:5 105:2
country 34:11 48:8
62:8
COUNTY 107:4
couple 19:20 31:17
course 9:8,12 10:8
21:11 35:17 45:8
47:10 56:3 88:3
99:13
court 1:2 7:12,15,19
7:21 8:5,7,23 9:9
9:18,19 10:10,12
10:25 11:4 13:16
13:18 14:12,23
15:2,18,21 16:4,25
17:10,13 18:14,15
18:16,22 19:10,12
19:17,24 20:4,25

5

21:15,25 22:6,14
23:6,12,15,22 24:6
24:11,18,23 25:18
25:20,23,25 26:19
27:23 28:4,7,15,20
28:23 29:18,21,23
30:4,11,18,20,21
31:4,7,10,12,13,15
31:19,25 32:6,14
32:23 33:8,13,19
34:19 35:9,12,16
35:21,25 36:6,21
37:4,8,8,11,15,18
37:22 38:5,10 39:4
39:10,13,18,24
40:4 41:2,5,14,22
42:3,13,25 43:14
44:24 67:20,24
74:18 75:6,16 77:5
77:8 79:7 82:11
83:4 84:17 89:5
92:16 98:11,23
100:10,12 102:13
102:15,19 103:2,3
103:4,17,18,24
104:2,10,20 105:8
courtroom 27:12
courts 34:10,10
37:12
Court's 9:8 11:17
21:11 29:15 30:17
covering 102:4
Covington 2:19
co-counsel 1:15
create 37:6
credit 73:14
creditors 1:16,18
3:4,21,23 4:19
5:14 17:5 33:6
34:20 36:9,16
cross 75:7,8 77:9
79:8,9 103:20
104:4 106:4
crucial 79:2,2 86:13
86:14

CSR 3:24 72:14
CSRs 71:12
current 56:3
currently 42:15
Custom 1:10
customer 47:13,14
47:16,18 48:14,17
48:20,21 49:5,7,9
55:7 61:7,20 63:2
68:6,20,22 70:11
70:11 71:4,12,20
72:4,5 74:23 75:3
76:4,9,12,14 77:15
78:25 79:3,3 85:8
85:13,18,23 86:5,6
86:7,13,14 87:12
87:14,15 90:18
91:11,18,25 92:6
93:8,11 94:11,12
94:14,15,16,17,22
94:24
customers 35:5
45:15,22,23 46:2
46:23 47:12,15,19
48:11,13 49:14,17
49:19,21 55:21,25
56:2,8 57:4,15
59:21 60:8,9,9,16
61:5,22 62:3 63:3
63:11,23,24 64:5,7
64:21,22,25 65:6
65:15,16,18,20,25
66:6,7 68:24,25
73:2,6,15,17 74:4
74:6,16,16 75:21
75:25 76:4,5,10,19
76:22 77:16,24
78:8,22 83:10,21
84:4,23 86:14
88:11,15 89:7,11
89:16,20 90:13,17
92:12,19,20 93:5,6
93:7 94:4,8,18
95:20,23 96:25
97:8,14,20 100:19

101:10,14,15,25
customer-service
91:3
Cutler 1:18 3:14 4:3
20:7,11,15 21:8,12
21:17 22:4,9,20

—————————————
D

D 3:12 7:2 106:2
daily 43:12 69:18
DARRYL 6:12
data 63:5
date 1:21 3:12 18:17
18:17 20:2 28:9,9
28:13 29:13,20
30:5,10 36:4 53:15
55:10,14 56:18
76:20 90:8
dated 2:11 61:12
dates 30:15
David 4:11 39:8,19
day 61:18 86:20
87:18 88:3 103:14
107:19
days 8:21 9:12 47:2
64:13 96:5
day's 8:14
deadline 2:21 24:9
102:25 103:5
deal 57:6
dealer 44:9 83:25
dealers 83:24
dealings 14:8,8
Dear 59:7
Debtor 1:5 2:6,6,10
3:18 7:23 8:13
24:13 26:10 33:6
82:21,23 99:15
102:19
Debtors 1:15,17 2:4
2:8,22,23,24 3:3,7
3:8,10,10,13,13,16
3:20,21,22,22 4:13
5:9 8:24 9:2,4
13:10,24 17:21

20:17,24 25:14,15
27:5 29:3 33:20
34:4,12,19 35:4
36:16,19,20 82:17
84:19 95:3,7 99:14
103:12 104:25
Debtor's 3:3 7:24
8:10 11:12 15:11
December 65:13
66:14 67:2 69:19
78:17,20 90:8
102:8
decided 2:21 67:12
71:6 76:21
decision 57:23 61:25
62:16 64:24 94:3
declaration 80:11
82:13
declarations 80:3
deducted 76:2
deduction 75:2
deemed 47:2
defendant 1:23
defendants 2:15,15
2:16,16 3:6 8:18
10:16
definitely 44:12 53:3
56:10,24 59:5
Delaware 5:6 13:23
delineated 65:22
demonstrate 36:11
Dempsey 1:15
denied 35:16 36:3
37:16 62:23
depending 28:2
describe 43:13,25
58:6 68:4
designed 49:8
desire 36:2 89:9
desk 78:7
detail 45:11
detailed 68:5
determination 32:15
determine 75:24
determined 1:21

47:5,6
deviate 57:19
deviated 57:21
different 26:13
   47:19 56:11 84:2
differently 100:4
difficulties 103:15
diligence 10:4
direct 42:10 54:6
   67:21 72:15 86:12
   95:21 98:15
   102:22 106:4
directed 100:18
directly 7:4 75:5
   78:7
disclosure 33:2
discontinue 67:13
discourage 104:15
discourse 22:24
discovery 27:19
   32:16 35:2 74:12
   74:18,21,25 99:14
discussed 13:15
discussion 10:22
   21:8 22:19 70:10
   92:14
discussions 8:18
   22:9
dismiss 1:23 2:16
dispute 3:19 13:4
   29:5 35:4
distance 45:15 46:5
   47:24 94:23
District 1:2 31:7,8
   31:12,25 32:2,5
   33:8 34:10 37:8
   39:9
Division 16:8
Dizengoff 4:22 9:21
   9:22 14:13 22:8
   23:20
docket 7:10 11:15
   15:13 17:22 20:7
   27:8 29:5
docketed 27:8

documents 21:20
   32:17 38:12 64:18
   104:7
doing 7:15,19 10:8
   43:15 78:11 88:6
   103:20 104:3
dollars 26:11 66:5
Dr 2:20 24:8
draft 22:2
Drye 1:17 5:13 17:4
   25:12,16 26:16
Drye's 25:6
due 10:8 13:5
duly 42:6
duration 71:25
   87:20
duties 43:7,10
D.C 4:14

_____
E
E 1:12,12 4:2,2 5:2,2
   6:2,2 7:2,2 42:5,5
   42:5 106:2,9 107:2
   107:2
earlier 61:24 63:9
   79:14 88:9 89:15
   94:2 101:4
early 32:24
earned 47:2 59:21
East 5:19
ECF 24:17
economics 14:18
economy 33:7 37:12
effect 33:24 34:3,17
effectively 34:5,5
efficiencies 35:10
efficiency 35:24
efficiently 38:19
effort 65:9,16,18
   66:9 76:11
efforts 25:11 36:18
   65:23 67:13
eight 88:5
either 16:22 30:6
   68:24 73:2 78:12

87:5 89:19
Electric 2:18
embedded 68:12
emerge 34:5
emergency 19:7
employees 68:17,18
   76:18 77:3,7,23
employment 8:24
enable 38:24
energy 34:9
enforce 2:25
Engelman 4:8,11
   39:8,16,19,19,20
   40:11 41:8,17,20
   41:25 42:11 44:22
   44:25 67:18,23
   68:2 74:20 75:14
   75:18 76:25 77:12
   77:21 79:5 100:11
   100:13,15 102:11
   102:17 103:22,25
   104:9,16
English 5:3 13:23
enjoining 8:9
enormous 34:8
enroll 45:15 89:23
enrolled 49:15,21
   60:10 66:17 75:25
enrolling 48:21
enrollment 73:23
ensue 37:8
ensure 26:16
enter 92:21
entered 7:7 8:8
   44:17 45:8 55:4
entering 10:20
Enterprises 3:7
   11:14
entertain 32:23
entice 88:16
entire 83:20
entirely 97:13
entitled 107:10
entries 69:6
entry 3:10 30:20

equation 92:15,18
equipment 72:20
Eskildsen 7:13,16
especially 65:24
ESQ 4:6,11,15,16,21
   4:22 5:7,11,16,18
   6:4,5,7,8,9,10,12
essentially 14:5
   27:18 59:20
establishes 29:12
establishing 3:10,12
estate 16:3
estimate 66:4,12,15
   74:2 75:20,22
   102:22
et 1:4 2:14,15,16,16
   3:4,5 7:1 8:1 9:1
   10:1 11:1 12:1
   13:1 14:1 15:1
   16:1 17:1 18:1
   19:1 20:1 21:1
   22:1 23:1 24:1
   25:1 26:1,15 27:1
   28:1 29:1 30:1
   31:1 32:1 33:1
   34:1 35:1 36:1
   37:1 38:1 39:1
   40:1,23 41:1 42:1
   43:1 44:1 45:1
   46:1 47:1 48:1
   49:1 50:1 51:1
   52:1 53:1 54:1
   55:1 56:1 57:1
   58:1 59:1 60:1
   61:1 62:1 63:1
   64:1 65:1 66:1
   67:1 68:1 69:1
   70:1 71:1 72:1
   73:1 74:1 75:1
   76:1 77:1 78:1
   79:1 80:1 81:1
 · 82:1 83:1 84:1
   85:1 86:1 87:1
   88:1 89:1 90:1
   91:1 92:1 93:1

94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
evened 14:7
evening 17:25
event 40:5
eventually 50:16
everybody 63:21
evidence 40:2,25
41:11 64:23
evidenced 100:24
evidentiary 38:13
38:15
evolving 33:4
exact 53:15 56:24
75:24 98:7
exactly 60:18 65:22
93:8 96:17
examination 42:10
67:21 75:7 79:8,9
100:14 103:21
104:5
examine 77:9
examined 42:8
examining 9:24
example 69:7 71:9
82:24
excess 16:10
exchanged 38:14
exclusive 44:14
49:24 50:2,6,12
exclusively 43:17
exclusivity 50:6 52:7
52:8 81:12
excuse 10:6 12:20
executed 50:11
62:19
executory 2:6,23
exhibit 40:17,21,23
41:6,7,9,10,19
44:23 45:3 46:8,9
46:12,15 50:24,25
52:20 54:14 58:4
58:12 59:4 60:23

61:3 64:15 67:4,19
68:4 69:3,4,18
74:3 75:20 81:19
84:19 86:11 95:21
98:16
exhibiting 74:6
exhibits 40:15,18,23
45:4 46:11,21
50:10 100:24
existing 20:14,18
56:8 64:22 73:2
74:4 89:20
exists 36:12
expand 20:20
expect 32:12
expeditiously 36:13
expense 3:22 39:23
expenses 25:15
explain 49:20 63:8
69:5,5 103:4
extend 8:13,15 9:10
extension 3:6 7:25
9:2 10:21
extensive 8:17
extent 38:11,15
74:14
E-mails 21:19

F
F 1:12 5:7 107:2
Facilities 2:11
fact 2:15 52:15 75:4
80:13 84:3,21 86:7
90:18 92:11 95:16
96:15 99:3,23,24
101:4
facts 40:18
failed 36:11
failure 32:9
fair 13:10 81:10
fall 13:5
familiar 81:14,23
84:12 86:2 95:3
familiarize 83:3,5
familiarized 79:23

family 80:22 94:19
far 25:19 95:10
fashion 26:13 37:3
favorable 13:9
faxed 61:17
FCC 13:5 20:17
23:5
February 14:4 66:16
66:20 69:13 98:17
100:17
Federal 39:9
fee 1:15 3:11 16:12
16:24 24:22 25:2,6
fees 13:2,5 25:14
26:11
Feld 1:16 4:18
felt 9:9
Fiber 2:11
Fifth 5:10
fighting 34:9
figure 66:24
file 2:20 8:15 24:9
filed 1:24 2:6,7,12
2:14,17,19,20,21
2:22,24,24 3:2,3,3
3:6,6,8,10,12,13,16
3:17,18,18,19,19
3:20,21,22,22 8:16
11:5 15:22 17:14
23:16 24:8,15
27:20 29:3 30:23
32:6 49:13 55:8,22
55:23 56:6,9 73:24
79:24
filing 18:10 32:7,22
55:10,14 73:5,9
76:20 84:11 90:8
final 21:25
finally 41:8 72:10
financial 14:2,7,8
findings 2:15
fine 19:11,15 23:20
23:21 79:13 81:9
finish 10:3 53:21
firm 22:10,20 67:17

firms 26:16
first 7:6,20,24 27:5
38:6 39:25 40:3
46:8 58:25 59:7
64:19 65:11 66:19
68:10 69:11,11
86:18 96:24
fit 30:16
five 43:6,8,18 68:17
71:12 75:10 90:9
five-minute 31:16
38:6
fix 12:15,17
fixing 12:9
flip 7:4
Focal 3:4
focus 36:17 38:16
focusing 92:3
follow 59:18 97:15
followed 63:14
following 29:25
60:14 66:8 91:7
100:16
follows 42:9
follow-up 78:22
101:10
form 3:12 9:16
16:23 17:7 22:11
23:2,21 24:16 37:3
99:4,19
formal 55:3 57:22
formation 43:18
formats 56:11 78:10
formed 43:4,8
former 8:10 35:5
65:20 79:15
forth 27:23 74:19
Forty-five 96:5
forum 34:2
forward 17:24 25:3
39:18
four 26:14 50:4
frame 62:6 64:11
frankly 26:3 90:7
free 45:16

Freres 1:19
Friday 86:25
front 49:9 68:3 76:8
 82:6 85:4 88:7
 104:4
front-end 47:14
fulfilling 47:10
full 9:12 21:7 38:25
 66:19,20
full-time 68:17
function 76:9
Fund 3:8 11:15
fundamental 33:17
fundamentally
 34:14
furnished 32:17
furnishing 32:19
further 11:4 13:16
 14:8 15:2,21 21:8
 22:19,23,23 23:10
 23:15 24:25 28:22
 36:15 53:18,25
 79:5 102:11,17
 107:13

_____
G
G 7:2 42:5,5
gained 35:11
gather 49:13
general 7:13 20:21
 43:11
generally 44:4,5
 45:10,11
generate 72:23
generated 56:8 66:5
 66:13
George 41:21 42:14
 106:5
Georgia 31:8 32:2
 34:24 37:8
Gerhardt 6:11
Germany 48:6
GERRIL 6:7
getting 63:18 71:5
Gibson 57:9,12

give 10:3 40:7 73:20
 79:3 80:25 81:19
 86:14 97:17
given 38:9
Global 65:8 88:12
 88:19 89:17 90:16
 91:8,11 92:3 97:22
go 11:10 15:7 17:24
 24:6 25:3 28:20,25
 30:10,11 31:4
 44:24 62:2 64:24
 67:20,24 69:4,17
 75:17 77:10 82:11
 84:17 94:3 95:19
 98:11,23 100:12
goes 69:14 86:19
going 7:10 9:14
 14:16 17:18 18:25
 19:4,5,6 22:23
 24:3 26:6,22 29:24
 30:13 31:15 34:8,8
 37:4 38:2,6,8,22
 42:4 56:25 60:15
 63:4,24 74:10
 76:23 77:17 98:13
 103:22
Golden 6:12
Goldstein 25:12
GONZALEZ 1:13
good 7:3,16,22
 20:10 21:3 25:11
 40:11 42:12 44:7
 79:11 92:9
Gotshal 1:19 4:13
 5:9 7:23 17:20
gotten 19:22
grant 11:7 15:5,23
 17:15 20:5 23:17
 39:14
granted 8:7 21:23
granting 21:7
great 34:19
Green 1:10
Greg 21:4
Gregory 6:12

gross 14:4
groups 44:7
guess 81:20 88:15
guidance 103:2,16
Gump 1:15 4:18
 9:22 36:8

_____
H
H 106:9
hand 11:8 13:16
 15:5,24 17:16 23:2
 23:22 28:23 41:10
 107:19
handed 38:14 84:19
handle 17:18 37:14
 38:3 70:21 78:4
 86:20
handled 26:13 27:13
 29:7 36:14 70:7,9
 70:18,19 87:20
 88:4
handling 26:22
hands 14:17
handwriting 62:8
happy 74:21 104:9
harder 64:4
Harlan 31:2
Harriet 2:13
Hauer 1:16 4:18
hear 37:4 38:17 39:4
heard 9:20 11:5
 13:19 14:24 15:3
 15:19,22 17:2
 23:16 38:8 53:10
hearing 1:15 2:24
 3:12 16:15 18:6
 26:6 28:9 29:20
 30:2,19 38:19,22
 39:12
hearsay 76:24 77:4
 77:7
Heidelbach 6:10
 9:13,16 10:14,15
help 78:7
helpful 104:8

hereunto 107:18
high 90:25
higher 47:8
hired 67:17
hold 71:6
Holding 2:7
hole 56:24
holiday 86:23
home 34:19 35:8,25
 81:21
Homeland 16:8
HON 1:13
Honor 7:4,6,12 8:4
 9:22 10:11 11:12
 14:14 15:9,10,25
 16:14 17:17,19
 18:13,21 19:16,18
 20:6,11 21:4 22:8
 23:25 24:19 26:2
 27:18 28:22 30:25
 33:16,18 36:3,10
 36:24 37:21 39:17
 40:17 41:4 44:22
 67:19 75:14 76:24
 77:2,13 79:6 84:15
 84:18 93:2,3 98:9
 98:21 102:12,14
 102:22,24
hope 29:15
hoping 28:14
hour 70:23,24,25
 87:20 88:4,5
hours 71:9,12,22
house 1:10 94:20
housekeeping 40:14
Howard 2:13
HSG 4:8 5:19 38:3
 39:10 43:3,4,5,8
 43:14,15 44:10,17
 45:7,12 46:16,20
 47:11 48:13 49:15
 49:22 50:11,22
 51:24 53:5,11 55:4
 55:6,20 58:9 59:11
 60:2,10 61:22,25

62:6 63:10 64:6
65:18 67:2,10 73:5
73:16 76:18,21
77:2,23 78:21
79:24 81:11 83:10
83:22 84:4 98:18
101:14,20 102:4
HSG's 54:3 64:24
HSG/ATN 3:21
37:24 39:21 42:18
42:23

**I**

ID 81:25
idea 48:16 92:10
identify 48:17 49:6
61:2 76:10
ii 2:23
immediate 2:9
immediately 29:17
impetus 10:20
important 78:24
impossible 37:6
impress 103:19
inbound 68:22
incident 57:22,25
96:22 101:22
including 47:20
inconvenient 103:7
incorporated 42:23
42:24 43:5
incurring 32:10
indicate 103:10
indicated 60:5 61:24
66:11
individual 3:13,14
18:8 19:13,14
33:23,24 61:16
inducement 82:16
indulgence 29:15
informal 11:20
information 32:19
74:14 77:24 78:5
80:13,18 99:15
initial 61:7

initially 8:4
initiated 50:21 61:6
initiating 51:4
injunction 3:6 7:25
8:6,8,12,14,16,20
9:10 10:2,10,23
inquiries 26:14
76:19
insert 65:3
inside 23:6
instances 60:20
instructed 83:10,21
instructions 49:10
76:18 85:12,14,18
intend 54:22
intention 45:15
intentional 26:12
interchangeably
81:8
interest 14:2 33:6
37:11
interested 83:24
107:16
interface 78:7,9
interfacing 78:19
intermediate 10:7
Internet 45:17 58:16
58:20 59:6 93:16
93:17,19,21
interposed 11:7 15:5
15:23
interpretation 59:23
interrupt 83:17
intervened 101:5
introduce 7:12
introduced 7:19
investigation 21:18
investigative 3:15
involved 12:14
21:17,21 32:8
Ira 4:22 9:22
isolated 57:22,25
96:22
issue 18:23,23 25:8
25:22 26:3,4 32:20

37:9,13,19 40:10
issued 8:2 76:13
issues 10:4 12:23
38:13,16 48:14
74:19 83:11,22
84:5

**J**

J 1:13 4:6 5:11
Jackson 3:9 15:13
jam 37:13
James 6:10 10:14
January 69:13,22
Jeff 81:3 82:13
Jeffrey 6:9 48:24
51:2,11,12 79:14
79:18,20 80:4
Jenner 1:20 27:14
29:8
jeopardize 63:15,20
77:20
Jersey 103:12
Joinder 3:3,20,22
joins 36:20
Judge 1:13 39:15
101:5
judgment 1:24 2:17
judicial 33:7 37:12
July 16:14,15 19:10
24:22 33:22 49:13
55:13,14 69:14
70:13,22 71:10
86:20 87:19 97:7
97:14,18 101:16
104:11,24
juncture 35:24
June 1:8 8:11,14,16
51:14 52:13 54:10
69:23 81:3 107:19
jurisdictions 34:12

**K**

K 4:14
Katz 2:13,13
keep 73:22

Kelley 1:17 5:13
17:4 25:6,12,16
26:15
kept 52:22
KEVIN 6:4
kind 78:10,18
King 4:16 38:2
Kirk 57:9,11,12,12
knew 48:15 62:13
63:22,23 64:3
65:22
know 8:23 14:9
19:25 21:25 26:7
27:11 37:14 38:20
39:24 48:13 65:25
73:25 76:7 80:12
80:17,19 82:3
95:10,16 102:24
103:7,8,14
knowledge 51:7
53:2,7 58:15
known 2:2 25:22
knows 33:19
Koral 5:18 39:6,6,15
104:6 105:4,6
KPMG 1:20
Kramer 6:9
KRISTIN 4:16

**L**

L 5:18
LADDIN 6:12
Lako 54:7 56:19
62:24 94:5,7 97:4
97:7,19 101:19
language 18:12,15
22:2
lapsed 2:2
largest 62:7
late 104:24
late-filed 2:22
Laughlin 2:14
LAURILLIARD
6:4
law 26:16 42:8 67:17

**Lawler** 1:18
**laws** 42:22,24
**lawsuit** 10:5 34:2,7
34:23,24
**lawsuits** 32:11 33:21
33:24 34:13 37:2
37:15
**Lazard** 1:19
**lease** 2:12 3:9 15:12
15:17 16:7
**leases** 2:9
**leave** 2:20 24:9
27:22 104:17
**leaving** 76:3
**Lee** 31:5
**left** 8:12 70:2 75:11
**lessee** 16:18
**letter** 48:22 49:2
51:2,8,19 52:18
54:9,14,17,18,19
54:22,23 57:9
58:16,22,24 59:2,7
59:12,13 61:4,12
61:21 64:20 65:4
67:3,11,16 76:12
81:4,11,15,21
95:22 98:16,17,25
99:3,4,19 100:5,17
100:18 101:23
**letters** 59:16 95:19
98:18 99:7
**let's** 24:6 57:25 59:3
68:8 87:17,17,18
93:12 95:19
**Levin** 6:9
**license** 3:19 29:4
**lift** 28:3 29:11 34:23
35:16
**lifting** 33:25
**light** 30:17
**limited** 20:13 21:6
22:4 23:3,6
**line** 71:15 72:20
100:16 101:23
**Linear** 2:18

**liquidate** 27:22
31:11 32:15
**liquidated** 33:9
34:18 37:10
**liquidation** 33:25
35:8
**list** 99:9 100:8
**listed** 26:25 99:20
**literally** 104:15
**litigating** 35:8,25
**litigation** 31:6,24
**little** 16:10 31:21
43:25 47:8,9 69:5
94:15
**live** 70:10,10,20
**LLC** 1:19,19,20
2:18 3:7 11:14
**LLP** 1:15,16,17,17
1:18,19,20,20 4:13
4:18 5:3,9,13 6:9
6:11,12
**loan** 21:15
**local** 39:7 94:23
103:11 104:5
**located** 3:9
**log** 37:13 41:16
86:11,18 93:9,10
**logged** 71:13,18
74:24
**logo** 48:23
**logos** 48:19
**long** 45:15 46:4
47:24 63:10,14
94:23
**Longacre** 3:8 11:15
12:3,18 14:2,4,19
**Longacre's** 14:17
**longer** 62:6 63:2
64:3 67:21 94:8
**look** 45:3 50:9 60:24
64:14,19 69:3
70:13 74:23 85:15
86:24
**looking** 28:10 58:19
59:3 82:12,15

86:17 93:9 94:13
**lot** 11:21 40:7 47:19
48:15 49:17 95:15
**lots** 22:9
**loud** 83:2
**louder** 31:21
**lower** 47:9 61:10
**LP** 2:21

———————

**M**

**Madison** 4:20
**mail** 58:23 59:2,9
71:5
**mailing** 65:11 66:17
**maintain** 35:20
**maintained** 82:4
**major** 62:15
**manage** 34:5
**managed** 2:2
**management** 11:17
27:24 43:11
**Manges** 1:19 4:13
5:9 7:23 17:20
**manner** 3:12
**MARC** 6:8
**March** 8:8 66:23,25
**Marcus** 5:11 17:17
17:19,20 18:20
19:8,11,15 38:2
41:18 67:3 74:10
75:5 76:23 77:6
79:10 80:21 82:9
83:8 84:15,18,20
89:6,18 93:3,4
98:9,12,14,21,24
100:9 102:14
**mark** 5:16 17:3 25:4
49:3,5
**marked** 40:16,20,22
41:9 45:3 75:20
**market** 43:23 44:7
47:11 64:25 76:21
**marketed** 95:7,14
**marketing** 43:16
44:2,3 45:14 48:18

65:17 66:9 76:11
**marriage** 107:14
**Master** 3:8 11:15
**material** 61:19
**mathematics** 88:6
**matter** 1:3 7:24 8:4
11:11 12:9 15:9,11
20:6,20 22:11 24:2
24:3,7 25:7 26:20
27:13 28:19,19
29:2,6 30:22 33:9
35:7 37:23 38:3,9
39:11,24 40:14
52:15 79:25
107:10,15,17
**matters** 7:5,6 18:18
18:24 19:3 21:14
21:21 22:13,14
24:5,20 26:23,24
28:17
**Max** 2:14
**Mayer** 8:9,10 9:5,11
**Mayer's** 8:24
**McCARTER** 5:3
13:23
**MCI** 1:21,22,23
81:7 97:21
**McWhorter** 1:19
**mean** 44:20 49:25
70:3,8 71:3 83:17
90:21
**meaning** 60:15
**means** 59:20 70:14
70:18 71:4
**Mellon** 5:5
**memorandum** 58:7
58:10
**mention** 24:21
**mentioned** 79:14
89:24
**menu** 70:16 71:5
87:7
**Mercantile** 2:21
**merit** 37:17
**message** 3:19 31:3

31:20,23 32:10
36:22 57:14 83:25
**messages** 76:15
83:10,15,21 84:7,8
**method** 74:25
**Metzger** 1:18
**microphone** 41:22
**middle** 101:25
**mid-July** 53:16
**Milkman** 1:19
**million** 12:11,12,19
12:20 16:10
**millions** 26:11
**mind** 52:2 59:15
66:15
**minute** 83:5 98:10
103:5
**minutes** 31:17 38:18
67:23 72:8 75:10
75:11 87:25 88:2,5
98:13 102:23
**Mississippi** 2:10 3:9
15:13
**mistake** 20:2
**modification** 20:14
**modified** 11:8 23:18
**moment** 79:4
**Monday** 70:13
86:19,19,25 87:2
**money** 14:16 34:9
99:9 100:8
**month** 47:3 55:16,18
56:20 62:22 66:13
66:18,19 83:16,16
83:16,16 89:13
96:6,7,11
**monthly** 45:23
46:22,24 77:20
**months** 19:20 26:4
32:25 57:2 90:9
**month-to-date**
69:12,13
**Morgan** 31:8
**morning** 7:3,16,22
20:10 21:3 42:12

**motion** 1:23,24,25
2:4,7,8,10,13,15,15
2:16,19,20,21,21
2:22,24 3:2,6,7,8
3:10,12,13,14,15
3:19,21 7:25 8:5,7
8:15 11:12,16,21
12:5,13 15:5,11,24
16:2,2 18:4,5,7
20:7 21:7 24:8
27:21 28:3 29:11
29:20 30:23 32:22
32:24 35:22 36:3
37:16,24 38:4
39:14,22 80:4,9
**motions** 2:17 16:5
17:22,23 35:16
**Movant** 36:11 39:5
41:9 42:18 102:18
103:19 105:3
**Movants** 40:23
**Movant's** 36:13
40:17,21 41:6,7,10
41:19 45:3 46:8,11
46:15 50:25 52:20
64:15 67:19 68:3
69:3 75:20 81:18
86:10 95:21 98:15
100:24 106:10,11
**move** 8:13 39:7
40:14,24 64:5
88:16 104:7
**moving** 40:2
**Murphy** 1:20

_____ N _____
**N** 4:2 5:2 6:2 7:2
42:5 106:2
**name** 42:13,14
48:22 54:7
**names** 48:18 49:3,5
**national** 3:19 30:23
31:3,9,20,23 32:4
32:10 36:22 44:6
61:11 73:3

**nature** 12:2 37:5
45:12 103:6
**near** 34:25 63:7 64:3
**necessarily** 90:23
**need** 18:25 25:20
38:21 75:8 78:6
81:25
**needed** 57:24 62:2
75:9
**needs** 21:7
**negotiations** 9:3,5
**neighborhood** 33:20
95:4
**NEMORE** 6:9
**net** 12:20
**network** 3:17,17
27:7 44:9 46:3
**never** 7:17 62:18
95:9
**new** 1:2,11,11 2:24
4:5,5,20,20 5:10
5:10,15,15,20,20
7:13 16:7 20:20
42:7 47:12 55:20
55:25 56:2 62:3
65:19 73:15,17,23
103:12 104:21
107:3,4,8
**nine** 88:5
**nonexclusive** 52:3
52:10,17,24 89:10
**nonresidential** 3:9
**North** 4:9
**northern** 31:8,25
103:12
**Nos** 3:17 27:7
**Notary** 42:6 107:7
**note** 17:5
**noted** 24:4
**notice** 8:14 11:16
17:6 100:7
**notices** 3:12
**notification** 24:25
**notwithstanding**
25:11

**November** 64:12
65:12 76:21 96:13
96:16,19 101:25
102:8
**number** 19:3 47:25
49:10 62:19 66:21
70:5 71:12 73:25
76:2,13,14,16 84:2
86:6,7 87:16 90:2
91:16 92:9 93:18
93:22
**numbers** 12:14
33:18 34:7 40:22
45:16 47:22,22
65:25 91:4 101:6
**numerous** 21:19
35:16
**NYLB** 3:2
**N.V** 3:5
**N.W** 4:14

_____ O _____
**O** 1:12 5:5 7:2 42:5
**object** 74:11 76:23
**objection** 2:6,23,24
3:3,16,20,21,22,22
12:5 14:20 16:22
25:5 27:5,8 29:3
36:20 41:2,3,12,14
41:15,18 80:5,9
**objections** 2:12,14
3:3,18 11:18,20
15:16 26:25 27:2
**obligations** 2:6,12
**obtaining** 83:24
**obviously** 26:10
27:25 32:22 37:4
63:18 103:16
104:13
**occur** 64:10 78:9
**occurred** 65:10
**OCS** 3:9
**October** 102:8
**offer** 40:24 41:11
50:7 91:15 92:21

93:13,15
**offered** 27:16 52:16
  61:9 62:21 70:2
  95:9
**Office** 16:17 21:2,4
  21:9 22:3
**Official** 1:16,18 3:3
  3:20,23 4:19 36:8
**Oh** 49:17 53:13 57:6
**okay** 18:13 45:5
  49:18,22 64:16,23
  70:25 78:20 80:25
  82:14 84:3,12
  85:18,22,25 87:13
  87:17 91:5 93:25
  93:25 97:17 99:23
**Omnibus** 2:17
**ones** 56:3
**ongoing** 10:21 14:2
  57:15 59:21 82:24
**oOo** 105:13
**open** 8:12
**operating** 20:16
  82:18 94:19
**operation** 72:13,15
**operator** 72:19
**opportunity** 8:13
  23:19 104:16
**opposed** 93:6 94:21
  103:20 104:2
**opposition** 3:6 11:7
  15:4,23
**Optic** 2:11
**Oracle** 3:18,19 29:4
  30:5
**oral** 39:25
**orally** 56:12
**order** 2:4 3:8,10,16
  8:12 11:9,18 13:16
  15:6,24 16:23 17:8
  17:16 18:14,14
  20:14,20 21:22,24
  22:2,11,18 23:2,21
  23:23 24:16 25:13
  25:17 27:10,15,15

27:16,17,24,25
  28:5,22,24 29:9,10
  30:9,20 37:19
  55:16
**orders** 2:16 3:13,14
  18:5,8 19:13,14
  20:18
**ordinary** 35:4
**organize** 38:18
**original** 27:22 46:9
  46:13 80:11
**originally** 18:25
  19:22
**outbound** 68:21
  72:21
**outcome** 28:2
  107:16
**overall** 43:10,11
**Overflow** 72:10
**oversight** 26:12
**owed** 99:9 100:8
**owners** 72:19
**owns** 68:11
**o'clock** 19:12 24:24
  38:22,24 75:10
  102:25 103:5

————————
        **P**
**P** 4:2,2,15 5:2,2,5
  6:2,2 7:2
**Pachter** 1:19
**Pacific** 1:21,22,24
**page** 7:10 58:25 59:7
  69:11 81:21 82:15
  84:25 86:18
**pages** 59:4
**paid** 13:7 14:5 25:12
  26:10 47:2,7,8
  55:6 56:23 63:12
  96:4
**papers** 35:14
**Paragraph** 82:15,19
**Park** 4:4 5:15
**Parks** 31:6 32:20
**part** 21:16 57:6,8

83:19 92:22,22,23
  92:24
**participate** 9:14
  104:14 105:3
**participating** 10:15
  27:11
**particular** 32:15
  34:21 35:18 45:4
  48:5 95:20
**parties** 14:7 103:7,9
  107:15
**Partner** 59:8
**Partners** 2:21
**party** 24:17
**password** 81:25
**Patton** 1:20 6:6
**Paul** 7:12
**pay** 25:14
**payment** 2:5,9 3:21
  16:24 26:16 39:22
  46:6,19 96:8,12,16
**payments** 62:11
**PC** 1:20
**pending** 16:7 31:24
  33:21 34:13,24
  37:9
**Pentagon** 3:11 16:3
  16:6
**people** 19:23 66:17
  90:13
**percent** 16:12 25:14
  72:25 90:19 91:6,9
  92:5,9,11
**percentage** 71:16,19
  90:25
**Perez** 7:3,17 15:8,10
  15:25 17:17 19:18
  20:4 22:22 24:2,10
  24:15,19 25:11,25
  26:2,21
**perfectly** 59:18
**performance** 2:11
**period** 65:10 75:23
  75:24 83:23 90:5
  102:4

**periods** 55:11
**Perlstein** 4:6 20:8,10
  20:11 22:25 23:24
**permitted** 21:12
  50:7
**person** 70:20 105:2
**personal** 2:12 103:6
**personally** 52:12
**perspective** 103:13
**petition** 63:13 65:17
  78:2
**Phoenix** 4:10 39:20
  72:11,13,15
  104:17,21
**phone** 10:15 49:10
  61:10,16 62:3 70:6
  70:14 71:13,18
  72:21 75:9 76:12
  76:14,16 84:2 87:9
  87:16 91:2,22
  93:12,15,18,22
  104:12 105:3
**phonetic** 54:8 68:13
**phrase** 100:4
**pick** 41:23
**Pickering** 1:18 3:14
  4:3 20:12
**picking** 87:19
**Piper** 1:18
**place** 21:16 35:20
  82:20
**placed** 83:15
**plaintiff** 1:24 3:2,6
**plaintiffs** 2:17
**plan** 33:2,10
**planned** 17:24
**plans** 2:2 30:18
**player** 57:13
**Plaza** 4:9
**PLC** 1:19
**pleadings** 11:5
  15:22 17:13 23:16
  79:24 82:6
**please** 42:25 43:13
  45:2 60:24 69:8

87:10 91:20
pleased 8:17
plenty 28:15
PNG 65:8 66:8,21
 73:18,21,23 75:25
 88:12 89:11,23
 101:15
podium 12:6 42:2
point 9:6 24:25
 31:13 32:22 36:25
 58:4 64:6 67:12
 74:11,17,21 88:19
 93:20
pointed 74:13
policy 63:21 77:3,15
 88:10,14 89:2,8
portion 14:6 81:20
position 10:19 36:11
 92:5
positions 12:24
possible 86:15 97:13
Possibly 95:18
post 63:13 65:17
 77:25
posted 58:16
post-petition 2:5,9
potential 11:20
 29:11
Power 2:10
PowerNet 65:7
 88:12,19 89:16
 90:16 91:8,10 92:3
 97:22
practical 35:7
practice 39:8
precisely 66:2
predecessor 44:20
 45:7
prefer 39:25 40:3
prejudice 34:19
 35:22 36:3
preliminary 8:5,8
 8:12 33:11
premise 91:22
prepared 52:25 53:3

prepetition 13:7
 33:21 37:2 49:22
 56:25 60:11 100:8
present 7:11 9:16,18
 27:16,18 28:5,21
 29:9 34:22
presentation 28:8
 104:7
presented 33:3
presently 61:11
presentment 27:15
preserving 78:25
president 42:19 43:3
 43:8 48:23 51:13
 79:15
Presser 1:20
pretrial 28:13
pretty 75:4
previous 29:6 52:23
 65:2
previously 13:15
 22:12 92:22
Pre-Trial 1:22 2:18
 3:5
price 16:10,13
Pricewaterhouse
 1:16
primarily 27:14
 29:7 54:6
primary 97:3
principal 31:9 32:3
principally 23:5
principals 32:3 77:2
print 86:8
printout 81:20
prior 52:17 101:15
priority 12:25
probably 8:23 19:6
 26:14 32:12 38:17
 50:3,4 53:16 61:17
 64:4 69:21 73:13
 80:6,10,19,20
 90:19 91:15 92:9
 102:23 104:18,24
problem 19:8 33:17

34:6,14 103:13
problems 78:8
procedures 3:10
 16:24 17:7 21:15
proceed 31:11 32:14
 33:8,8
proceeded 9:6
proceeding 8:2
 10:17
proceedings 20:18
 20:22 23:5,6,7
 35:17 105:10
 107:9,12
process 9:12 27:19
 32:16 33:3 36:14
 73:12
processed 43:25
procure 55:20,25
 73:5,17 94:8
procured 56:9 60:10
 63:11 64:7
produced 63:16
products 47:7,8 49:3
 95:7,14
product-by-product
 47:7
program 62:21 95:4
programs 63:5
progressed 34:25
prohibition 100:25
PRONSKE 6:7
proof 2:20,22 24:9
proofs 3:16,18 18:10
 27:6 29:3
property 2:12 3:9,11
 15:13,17 16:3
proposed 3:10,11
 9:25 16:9,23 17:7
 21:24 24:16
proposing 16:13
prosecution 8:9
prospect 73:19
 90:22
prospective 68:24
 74:16 92:11,19,20

93:6
prospects 73:2,3,17
 89:20,21,22 90:14
provide 32:9 45:14
 61:10 68:16 78:21
 91:17 99:15
provided 11:16
 47:13 48:10 74:6,9
 82:17 90:18 91:11
 91:25 92:6 93:8
provider 48:18
 93:21
provides 12:8 13:4
 22:4
providing 45:12,25
 46:3 87:11
provision 2:11 18:10
 81:12
Public 42:6 107:7
publications 44:6
Puerto 42:16,24
 43:5 68:7,14 72:14
Pull 39:18
purchase 3:11 16:9
 16:13
Purchasing 2:18
purpose 52:2
purposes 27:4 43:14
pursuant 11:12
 15:11 45:25 46:20
 51:8 96:3
pursue 2:7
push 19:9
put 25:7 26:6 28:10
 104:23
putting 25:8,21
P.C 4:8

_____

**Q**

quash 2:16
question 33:18
 53:21 62:10,12,14
 69:8 77:11 80:15
 87:9,9 88:13 91:19
 99:18

questions 9:17 11:20 13:17 28:4,22 60:14 61:9 74:12 75:15 79:6 100:11 100:17
quo 22:15
quoting 80:9
Qwest 20:19 22:13 23:8

**R**

R 1:12 4:2 5:2,16 6:2 6:8 7:2 42:5 107:2
raise 11:19 25:20
raised 16:21 18:9 25:18 38:13
random 87:19
rang 70:14
rate 47:4 48:4,5 78:5
rates 48:9
RBOCs 20:16 21:13 21:22 22:16 23:3
reached 8:19 11:25
reaching 62:16
read 54:19 80:3,10 82:19 83:2
ready 25:2 35:2 40:2
real 3:9 15:13,17 16:3 34:16
realizing 19:23
really 29:10 32:13 33:18 35:2 38:25 43:10 57:24 66:19 94:12 103:24 104:10
reason 8:22,25 10:23 20:16 25:10 34:16 35:23 71:6 72:14 93:14
reasonable 90:25
reasons 35:15,15 36:18 47:20 48:16 94:3
recall 8:4 55:12 66:24 80:7 97:6,10

97:12,16,23,25 98:2,3,5,7,7 99:13 99:22
receive 16:16 45:19 46:25 54:17,18 55:9,24 56:6 58:9 96:15
received 11:18 17:25 18:2 41:7,19 48:22 54:22 55:17 57:9 58:22 59:2,8,11 67:2,6,7 74:15 77:24 96:9,12 102:4,7
receives 59:11,12
receiving 45:22 49:8 67:10
recess 31:18 39:3 75:13
recognize 32:23 98:25
recollection 12:19
recommendation 10:9
record 11:6 12:2 15:4 17:5,15 23:17 24:7 25:7,8,21 26:7 38:25 40:9 60:6 68:5 107:11
records 73:22
recounted 12:13
recross 102:13 106:4
Redirect 100:10,14 106:4
refer 50:24 54:13 67:3 81:18 86:10
reference 70:4 80:8
references 98:17
referencing 101:23
referring 24:7 49:20 83:20 84:9,24
refers 87:13
regard 52:14
regarding 12:2 18:9 54:3 82:16,16

99:15 100:17
regular 42:21
regulatory 20:17,22 22:13,13 23:4
reject 2:4,6,9,10,23 17:23 18:4
rejected 13:3
rejection 3:13,14 12:23 18:8
rejections 17:18
related 2:9 3:11 12:23 29:4 50:12 68:6 76:4 91:3 101:9 107:14
relating 3:18 21:21
relationship 12:3 42:17 54:4 63:9 82:24 88:12,19 89:10
relative 48:8
relatively 15:16 35:3
released 52:4,6
relief 2:3,5,7,8,13,19 3:2,15,20 21:6,23 22:5 27:21 35:19 36:12
remarks 33:11
remember 80:8
removal 91:7
removed 92:14,18
renewal 35:22 36:4
reorganization 36:18
rep 72:4
repeat 88:13 91:19
reply 2:17 3:19 80:5
report 8:17 68:9 69:22 72:23 75:19
reported 3:24 66:21 107:9
reporter 38:10 107:7
reports 101:6
represent 10:16 20:15 21:13 22:12

23:8 31:22 33:7 64:18 71:10,16 72:2,11 101:7
representation 11:25 13:14 14:20 20:21 81:16 96:3 100:23
representations 11:6 15:3 17:14 20:19 22:21
representative 52:13 54:7 56:5 70:12
representatives 53:19 54:2 56:13 97:19
represented 10:18 14:17 33:19 74:3
representing 23:10 31:3
represents 13:10 64:20 66:20 70:9 71:11,17 72:3,20 74:4
reps 71:13 77:16
repurchased 14:5
request 11:8 17:15 20:13 23:18 57:20 60:3
requested 21:6 24:12,13 62:23
requesting 31:10
requests 26:15 74:18
required 32:13
requiring 2:6 25:14
reside 42:15,16
residential 63:2 94:8 94:11,17,18,23 95:17
residual 56:7 57:16
resolution 13:10 24:12 33:3 35:11 36:14
resolve 9:3 13:3

25:22
resolved 7:4 25:9
  26:4 37:3
resolving 37:9 78:8
Resorts 44:8
respect 9:10 12:12
  12:25 13:2,6 18:7
  22:15 25:16 26:18
  33:23
respond 74:20 76:19
response 3:17 11:3
  14:25 15:20 17:12
  23:14 24:16 61:6
  67:10,16
rest 26:22 69:17
result 12:16
resulting 32:9
retain 21:13 62:20
retention 3:15 20:14
return 31:16 39:2
revenue 45:23 46:24
  63:17 66:5,13
review 23:19 65:14
reviewed 21:19
revised 22:11
revision 28:2
Reynolds 57:11,12
  59:13
Rican 68:14
Richard 2:13 5:18
  39:6
Rico 42:16,24 43:5
  68:7 72:14
right 7:21 10:12,25
  12:11 13:18,22
  14:23 15:7,18
  16:25 17:10 18:16
  18:22 19:17,25
  22:6 23:12 24:18
  24:23 26:5,19
  28:20 29:18 30:3
  30:21,22 31:4,19
  33:13,14 36:21
  37:18,23 39:13
  41:5 50:15 59:25

60:8 62:4 69:2
  70:15,17,19 71:8
  71:11 72:6 75:16
  76:11 77:5,10 79:7
  79:16 82:20 84:10
  85:16,20 89:14
  96:18 102:15
  105:8
rights 38:25
right-hand 85:16
ring 47:22
routine 15:16
Rudnick 1:18
Rule 11:13 13:11
run 40:5
runs 86:24

————————————
                S
————————————
S 4:2 5:2 6:2 7:2
  106:9
Sabrina 3:24 42:7
  107:6,21
safe 91:24
Salas 3:24 42:7
  107:6,21
sale 3:12 16:14 17:7
  90:24
Sam's 44:7
Sanders 1:15
satisfactorily 9:6
satisfied 12:4
Satyaprasad 4:21
  36:7,7
save 27:15
saying 41:24 59:18
  90:23 91:6,9,13
  98:6
says 59:24 70:2,21
  70:22,23 71:9,10
  71:15 72:11,17
  74:25 82:16 85:4
  85:10,11,13 87:15
SBC 20:20,22 23:3
schedule 27:23
  28:11 29:12 30:16

30:17
scheduled 28:13
scheduling 27:3,10
  27:17,25 28:5 29:8
  29:10,11,25 30:19
Schwartz 2:13
Scott 1:20
Scully 1:20
second 12:7 58:2
  81:2,19 90:2 96:2
seconds 71:25 72:7
  87:22,23
security 16:8,9
see 26:8 30:5 37:15
  40:21 58:12 65:23
  67:5 69:15 77:3
  82:14 83:9 85:8,10
  85:18,24 86:18
  88:8 92:16 95:15
seeing 80:8
seeking 18:7,18
  27:21
seen 21:25 22:10
select 92:20
sell 16:2 63:4
sending 51:19 52:17
  98:18
senior 8:10
sense 10:11
sent 51:8,21 52:5
  61:4 64:20 81:4,11
  84:22 95:20,22
  98:16 99:4,7,8,10
  99:19,24 100:5,6
separate 27:23
  28:19 40:18
September 32:6
  55:18 61:12 95:22
  96:7,11,21 102:5
service 2:16 3:13,14
  18:4,8 19:13,14
  32:10 37:11 45:17
  47:13,14,16,18
  48:14,17 49:3,5,10
  49:15,22 56:3

61:10 62:3 64:8
  65:6,19 66:8 68:6
  68:21,23 70:11
  71:13 72:4 74:7
  76:4,9,12 77:15
  78:22 79:3 83:11
  83:22 84:4 85:8,13
  85:18,24 86:5,6,7
  86:13,15 87:11,15
  90:18 91:11,15,17
  91:18,25 92:6
  93:13,14,15,21
  101:11
services 2:11 13:6
  32:9 43:16 45:12
  45:16,19,22,24
  46:4 47:21 49:11
  50:7 56:8 66:3,18
  73:20 74:8 85:5
  97:20
set 19:21,22 27:23
  30:9 40:18 107:19
setoff 12:12,16,16
  14:6,16
setoffs 2:5
setting 20:5
settlement 3:7 9:3
  9:25 10:21 11:13
  14:21
seven 88:5
seventh 52:20,21
  53:12,13,24 62:19
Shapiro 2:20 24:8
short 8:20 12:6,8
  31:18 32:18 39:3
  75:13
Shorthand 107:6
show 44:23 60:23
Shuba 4:21 36:7
side 85:16
sides 38:25
signature 48:24,25
signed 46:16 48:23
  53:5,8 65:18 92:19
simple 48:3,11

simply 25:21 35:6
74:24
single 76:14
sir 46:14 50:14 53:6
53:22 58:5 64:9
71:24 78:23 79:13
102:2
site 81:24 82:3 93:23
situations 60:3
six 44:14 50:4,4
83:15
sixth 50:18
Slow 89:5
small 20:19 55:15
72:13 80:21 86:8
91:16 92:23
Smith 1:19 6:11
31:2,2,5,22 36:24
37:21
Snavely 3:2
software 3:18 29:4
sold 12:18 14:4
sole 10:20
solely 23:3,4 27:3
solicit 57:4,15,20
59:20 60:7 62:2
63:11,23,24 77:16
88:10,15 89:7,11
94:4 101:14
solicitation 60:13
65:3,9 67:14 99:24
100:2 101:20,24
solicited 61:22 96:25
97:8,20
soliciting 60:8 97:14
solve 37:12
somebody 78:5
91:11 93:18
Somerstein 5:16
17:3,4 25:4,4 26:5
somewhat 37:9
son 51:12,19 79:18
Sonnax 35:6
soon 18:15 37:19
sorry 53:22 57:12,13

58:25 62:12 63:19
69:9 74:10 77:6
80:25 81:19 83:17
86:13 88:13,22
89:4 97:17
sort 22:15 23:7
sought 38:8
SOUTHERN 1:2
Southwestern 1:25
speak 31:21 32:20
35:9
speaking 44:5 45:10
71:19
special 1:17,17 3:15
3:15 4:4 21:18
specific 12:14 18:3
specifically 80:7
83:19
Spectrasite 2:8
spending 34:8
spent 11:21
spoke 22:22 56:19
Squire 1:15
SS 107:3
stage 36:17
stages 32:24
standards 13:11
standing 34:3
STANLEY 6:8
start 40:4
started 40:7 64:6,12
65:11 73:16 76:10
88:20
starting 91:21
starts 59:7 86:18
87:2
state 23:5 34:10 37:3
39:9 42:7,12,22
48:5 107:3,8
stated 36:19 75:4
statement 33:2
40:18 83:7,9,18,20
statements 23:17
86:12
States 1:2,10 16:17

31:7,12,25
Staton 2:7
status 8:24 22:15
stay 2:3,5,7,14,19,25
3:3,20 27:21 28:3
29:12 33:25 34:23
35:16,19,20 36:12
step 42:3 95:25
102:16
stipulation 9:15,17
stipulations 7:7
stop 62:11,12
stopped 62:13
Strauss 1:16 4:18
Street 4:14 5:19
strict 77:15
strictly 68:20,22
76:3 93:21
strike 65:14 101:13
Strochak 4:15 7:10
7:20,22,23 10:18
11:11 15:8 26:22
26:24 28:12,18,21
29:2,19,22 30:3,8
30:13,24 33:14,15
37:25 41:3,15
102:21 103:10
subject 9:7 16:5,7
21:11 22:19 27:25
submission 24:3
submissions 2:21
24:12
submit 18:13 30:19
53:11
submitted 24:3
38:12 53:9,17,23
53:24
subsequent 46:12
subsequently 12:18
substantial 32:11
35:9
substantially 34:25
substantive 39:11
successful 48:21
65:24

sufficient 10:3
suggest 30:14 35:6
suggestion 103:23
Suite 4:9,14 5:19
summary 1:24 12:8
summer 104:17
supplemental 82:13
support 80:4
sure 19:21 26:8
29:24 38:7 53:15
54:20 69:7 80:10
88:8
surprised 26:5
surrounding 18:10
survive 57:24
surviving 56:22
59:19 89:3 100:23
Susan 8:10
swiping 62:7
switch 64:8 79:4
89:16,22 91:10
97:20
switched 66:2,6,8
90:15 91:8 92:2
Switzerland 48:7
sworn 42:6
system 65:22 70:6
70:17 71:5,6,14,18
87:6

———— T ————

T 106:9 107:2,2
Tab 82:12
tabbed 40:22
tagged 65:19
take 7:20 9:12 26:18
30:15 31:16 37:18
38:6,18 41:22 45:2
60:15,24 62:3
64:14 67:15,22
69:3 74:22 75:12
87:17 91:14 95:25
98:13 102:23
103:2,16 104:18
taken 31:18 39:3

75:13
takes 66:16,18
talk 57:25 60:7,13
  68:8,9 71:15,21
talked 59:25 100:19
  101:4,23
talking 60:7 72:4
  75:19
target 64:7 95:16
targeted 65:16
tariffs 13:5
task 37:6
Taylor 5:7 13:13,20
  13:22 14:22
Teldar 3:16,17
  26:21 27:6,11,20
  28:19
telecom 43:24,24
telecommunications
  3:7 5:4 11:14
  43:16
telephone 1:21,23
  1:24 6:3 9:15
  27:12 78:13
  103:21
telephonically
  104:19
tell 42:25 56:16
  64:17 74:13 87:8
  93:8
temporary 3:6 7:25
ten 8:14 44:13 67:23
  75:15
tens 26:10
tentative 9:7
term 49:19 71:2
termed 52:19
terminate 50:16
terminated 50:19
  54:25 78:18
terminating 51:25
termination 2:3
  12:25 13:5,6 50:21
  51:5,8 54:9 55:2
  57:9 81:4,11,16

89:9
terms 2:2 3:16 9:25
  12:7,14 46:6,7,19
  46:20,24 52:22
  54:22 56:21,22,24
  59:19,20 77:3
  78:25 89:3 100:3
  100:23 101:6
  104:6
testified 42:9 88:9
  92:23 94:2
testify 89:15
testimony 40:9
  63:10 78:21,23
  88:25 90:12 97:18
  101:9,24 102:2
Thank 7:21 9:21
  10:25 14:13 17:9
  19:16,17 23:24
  24:18 25:24 33:13
  33:15 37:21,22
  39:15,16 40:11
  75:17 77:12 79:7
  79:13 93:3 98:4
  100:13 102:15
  104:19 105:8
thereto 2:9
thing 24:21 35:20
  56:25 62:24 71:22
things 19:22 47:19
  48:11 78:12
think 10:2,8,17,22
  14:17 19:21,24,25
  25:6,20 32:18
  35:15 38:4,5 40:4
  40:7,15 55:15
  57:13 72:16 74:22
  75:4,6,8 77:6
  78:24 83:25 84:6
  86:11 90:7,25
  92:22 94:2 98:12
  101:21 104:3,5
third 62:23 84:24
thought 26:3 69:9
three 26:14 57:2

59:4 62:15 88:4
  94:3 99:20,20
Thursday 86:19,25
  87:18
till 65:13
time 3:12 10:3 11:21
  25:3 28:16 33:21
  34:9 35:22 40:6,7
  40:7 49:12 51:18
  54:21 61:21,25
  62:6 64:3,11 65:10
  66:16,16 67:12
  68:17 71:16,18,19
  71:21,22 72:3 73:4
  75:23,24 76:20
  83:24 84:10 88:20
  90:6 96:18,24
  104:12,24
timely 2:11
times 56:10,20 57:21
  70:15,17,19 77:17
timing 89:4
title 43:2 51:15
today 9:15 18:24
  21:6,10,23 22:23
  25:21 27:12 101:9
told 26:5 55:24 56:4
  63:10 73:14 77:18
  94:7
toll 45:16
toll-free 47:21,23,25
top 69:12 85:15
total 70:5 71:11,18
  72:10,16 76:2
  89:24 91:9
track 65:23
tracked 66:12
tracking 65:22
trademarks 48:19
traffic 46:5
transcript 107:11
transfer 2:23
transferred 72:18
travelling 48:7
treasurer 8:11

trial 31:12 35:2
tried 89:16,23
true 50:25 90:20
  107:11
trust 10:7
Trustee 20:9,23 21:5
Trustee's 20:25 21:4
  21:9 22:3
try 26:18 38:18 62:2
  64:5 73:17,20
  89:22
trying 26:7 31:11
  60:15 65:5 73:5
TSA 16:7,18
TTI 61:11 73:2 81:7
Tuesday 18:21
  28:14 29:16 86:19
  86:25
turn 12:6
TV 95:15
tweak 18:12
two 7:6,20 17:22
  26:24 56:25 57:21
  59:16 60:3,20
  62:19 64:17 78:11
two-story 16:6
type 43:20 45:24
  63:2 74:8 94:11,12
  94:15,16 100:25
  101:20

U

Uh-huh 86:16 87:3
ultimately 33:3
UltraCall 49:4
UltraCard 49:4
UltraNet 49:4
uncontested 24:5,20
understand 7:18
  22:14 49:18 60:14
  60:18 80:24 81:8
  88:2 103:25
understanding
  22:21 72:18
  100:22

Understood 59:10
unexpired 2:12 3:9
  15:12
unfortunate 26:17
Unh-unh 82:8
United 1:2,10 16:17
  31:7,12,25
unsecured 1:16,18
  3:4,20,23 4:19
  13:8 36:9
upload 78:12
usage 55:7
use 13:21 41:25 48:6
  49:19 81:7
users 95:17
utilized 19:5,6
U.S 1:13

— V —

V 2:14
vacate 2:16
vacation 30:18
Valor 3:7 5:4 7:9
  11:14 12:2,3,9,24
  13:14,25 14:4,5,19
Valor's 12:9,17
value 2:2 63:2 94:15
valued 62:6
variety 47:20
various 34:11
vendor 50:8 65:7
  73:21
Verestar 2:5
Verizon 18:2,2,9,11
  18:17 20:19 22:12
  23:8
versus 7:8 8:3
vice-president 8:11
  51:16,17
view 58:19
voice 71:5

— W —

W 6:9
waited 32:21 64:4

wall 62:9
Wanda 2:13
want 31:13 39:2
  45:11 48:7 63:3,4
  63:15,20 67:21
  69:4 77:19 83:3
  86:10 94:13
  104:15
wanted 7:12,18 49:5
  52:4,6,9 62:20
  65:23 69:9 76:9
  78:5 93:12 94:8
  102:25 103:10
Warm 72:17,18
warrants 35:19
Warren 1:17 2:15
  2:15,16 5:13 17:4
Washington 4:14
Watch 42:3
waterfall 34:17
way 14:3 30:9 40:24
  74:13 77:16 93:7
  104:14 107:16
ways 78:11
weather 104:21
web 81:23 82:3
  93:23
Wednesday 86:19
  86:25
week 8:25 29:25
  30:7 55:13
weekend 87:5
weeks 26:4 57:2
week's 18:6
Weil 1:19 4:13 5:9
  7:23 17:20
welcome 48:22 49:2
  76:12 104:17
went 32:11 33:22
  65:9 74:18 101:5
West 103:14
we'll 22:23 26:18
  30:8,11 65:17
we're 16:13 32:13
  37:7 38:22 59:3

60:6,7 63:4 91:21
we've 16:20 18:5,11
  18:15 22:8
whatsoever 34:22
  68:22 77:17 101:3
WHEREOF 107:18
WHITE 6:5
William 4:6,11 5:7
  20:11
Wilmer 1:18 3:14
  4:3 20:7,11,15
  21:8,12,17 22:4,9
  22:20
Wilmington 5:6
  13:23
window 10:2
wish 9:19 13:19
  14:24 15:19 17:2
  26:12
witness 40:3 44:23
  67:19 77:14 82:10
  84:16,19 92:25
  98:22 102:20,22
  103:11,11 104:4
  105:2 106:4
  107:18
witnesses 32:13
  38:21 40:5,8
  102:17
word 89:23
words 91:10 98:7
work 18:12 27:9
  30:5,15,16 104:11
  104:24
worked 14:3 22:3
  71:9 80:22
working 11:21
  47:24,25 48:2
WorldCom 1:4,21
  1:22,23 2:14,18,18
  3:4,5 7:1,8,14 8:1
  8:2 9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1,7 20:1

21:1,20,20 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1,7,18 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1,11,13,17
  44:19 45:1,7,12,19
  45:21,25 46:1,3,16
  46:20 47:1 48:1,21
  49:1,13,14,22 50:1
  50:8,12 51:1,2,9
  51:25 52:1,9,13
  53:1,2,4,7,12,19,24
  54:1,3,4,6,10,14
  55:1,3,4,21 56:1,2
  56:5,14 57:1,5,10
  58:1,7,17 59:1
  60:1,10 61:1 62:1
  62:20 63:1,12,17
  64:1,7,22 65:1,20
  66:1 67:1,3 68:1
  68:24 69:1 70:1
  71:1 72:1 73:1,5,6
  74:1,4,15 75:1
  76:1 77:1 78:1,13
  78:14 79:1 80:1
  81:1,4,7,15 82:1
  83:1 84:1 85:1,23
  86:1 87:1 88:1
  89:1 90:1,17 91:1
  92:1 93:1 94:1,7
  95:1,20 96:1 97:1
  97:4,21 98:1,19
  99:1,9 100:1 101:1
  102:1 103:1 104:1
  105:1
WorldCom's 32:17
  32:24 60:17 78:7
  86:7 87:14 95:14
  95:23
wouldn't 34:16
written 44:16 64:23

wrong 89:23

**X**

x 1:3,7 106:2,9

**Y**

Yanina 2:20 24:8
yeah 44:3 93:24
year 27:20
years 43:6,8,18
  44:13 45:8 50:4,5
  83:15
year-to-date 69:12
Yep 73:19
yesterday 22:22
York 1:2,11,11 2:24
  4:5,5,20,20 5:10
  5:10,15,15,20,20
  42:7 104:22 107:3
  107:4,8

**Z**

zero 72:11
Zinmeister 3:2
Zipes 21:3,4

**$**

$1.7 12:12
$133 16:10
$133,000 66:22
$15,000 55:16
$200,000 55:17
$225,000 55:19
$3.128 12:20
$3.6 12:19
$4.8 12:11

**0**

02 52:14
02-13533 1:5
02-2366 1:23
02-3511 3:4
03-2015 8:3
03-2032 2:14
03-2105 3:5
03-2175 2:18

03-2366 1:21,22

**1**

1 40:22 100:24
1st 19:10 69:14,22
  70:13,22 71:10
  104:11,24 105:5
1.95 16:12
1:00 38:22,24
  102:25 103:5
10 32:13 55:16
10,000 91:2,22
10:00 1:9 19:12
  24:24
100 4:14 72:25 106:5
10022 4:5,20
101 5:15
10153-0119 5:10
10165 5:20
10178 5:15
1050 4:9
11 32:7,25 33:22
  34:4,6
11th 87:18,19
111 5:5
113 3:13 18:4 19:13
12 2:11 32:25 58:12
  81:19
12-dollar 63:3 94:13
12:00 75:10
1200 90:13 91:7 92:2
1237 75:25 90:4,5
1247 89:25 90:3
14 7:10
1400 99:1 11,12,24
  100:6
15 32:13 95:21 96:16
15th 8:11,14 24:22
  64:12 65:12,13
  76:21 96:13,18,19
1501 4:14
16 65:3
16th 78:17,20
168 70:14,14,17,19
17 1:8 64:15,19,19

19 40:22,24 98:16
19th 29:14 30:6
19690 5:6
1991 2:11

**2**

2.87 87:20
20 10:16 102:23
20th 107:19
20005 4:14
2001 32:6
2002 49:13 51:14
  54:10 61:13 69:19
  69:23 81:3 96:7,11
  96:22 101:16
  102:5,9
2003 1:8 29:14 66:20
  100:18 107:19
2004 28:14
209 87:21,23
21st 49:13
22nd 19:2,3
23rd 16:14
2320 5:19
24th 19:4,5,19
24-hour 85:23
24004 3:17 27:7
24005 3:17 27:7
25 102:23
25th 61:12 95:22
  96:21
2500 33:21 37:2,4,15
2502 101:23
26th 20:5
28th 51:14 52:13
  54:10 81:3
29th 16:15

**3**

3 82:15
3A 82:12
3rd 98:17
3.1 12:20
3.48 87:24
3.73 70:22

30 8:21 9:12 64:13
30th 69:23
30-day 10:2
30-year-old 68:14
31st 97:7,14,18
  101:16
350 4:4
3636 4:9
365 15:11

**4**

4th 86:20
41 106:10,11
42 106:5
42nd 5:19
45 47:2 71:10

**5**

5 28:14
5th 30:12 59:12
5097 27:8
5101 29:5
5644 11:15
590 4:20

**6**

6th 59:13 81:15
6/26 1:22,23,25
60 5:19
6062 15:14
6441 20:7
65012 4:10

**7**

7 45:4 46:21 50:10
  100:24
7th 8:16 100:17
7/01 2:4,8,10,18 3:2
  3:4,5
7/08 2:22,24
7/1 19:12
7/15 2:12,14,19,20
  24:24
7/29 2:7
767 5:10
79 106:5

| 8 | |
|---|---|
| **8** 52:20 82:15,19 | |
| **8/19** 29:21 | |
| **80** 25:14 | |
| **86** 3:14 18:8 19:14 | |

| 9 | |
|---|---|
| **9,000** 74:5 76:3 91:3 | |
| 91:25 92:3,4,6,24 | |
| **90** 90:19 91:6,9 92:5 | |
| 92:7,9,11 | |
| **90l9** 11:13 13:12 | |
| **95** 92:9 | |