# REDACTED
# PRIVILEGE

-----Original Message-----
**From:** George Bein [mailto:george@callatn.com]
**Sent:** Tuesday, December 17, 2002 5:01 PM
**To:** Brent Lacho (Brent Lacho)
**Cc:** Jeff@callatn.com; ray.ahearn@wcom.com; swinkelman@fclaw.com
**Subject:** Rejection of your obligation's to HSG/ATN, Inc.
**Importance:** High

Brent -

1.)    Does this e-mail from you constitute legal notice?  I would think that such an important issue as the acceptance or rejection of a contract or its obligations would come as an official notice to our corporation by mail either from WorldCom or the bankruptcy court, not as an informal e-mail from you personally.

2.)    If this is official notice, I would appreciate a copy from you in writing on TTI or WorldCom stationary. Is that possible?

3.)    You refer to the website below.  I cannot find any item therein which address the issues of contract rejection.  The Proof of Claim items all seem to be related to pre-petition claims.  Can you more specifically direct me to anything on the site including the Q&A section that addresses contract rejection?

Thank you,

George

-----Original Message-----
**From:** Lacho, Brent [mailto:brent.lacho@wcom.com]
**Sent:** Tuesday, December 17, 2002 12:31 PM
**To:** george@callatn.com; jeff@callatn.com
**Subject:**

George-

As you know, WorldCom is in a Chapter 11 bankruptcy proceeding.  It has made a determination to reject your residual commission obligations as part of its management of the bankruptcy process.  We regret the impact on your company, but can assure you that you have the right to file a claim against the company as part of the bankruptcy claims process. Worldcom has established

a web site that fully explains the claims process and what you need to do in order

DH 00000102

to file a claim, as well as, a Q&A section to help address many of your questions.

You may access this web site at www.worldcom.com/infodesk/
<http://www.worldcom.com/infodesk/>.

Brent

DH 00000103