WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors and Debtors In Possession
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Marcia L. Goldstein, Esq. (MG 2606)
Lori R. Fife, Esq. (LF 2839)
Alfredo R. Perez, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :  Chapter 11 Case No.
WORLDCOM, INC., et al.,                                      :  02-13533  (AJG)
                                                             :
                                                             :  (Jointly Administered)
                      Debtors.                               :
------------------------------------------------------------x

## NOTICE OF REJECTION OF EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE**, that on August 30, 2002, WorldCom, Inc. and certain of its affiliated debtor entities (collectively, the "Debtors"), as debtors and debtors in possession filed a motion (the "Motion") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), seeking entry of an order, *inter alia*, establishing procedures for the Debtors' rejection of certain unexpired leases of nonresidential real property ("Leases") and unexpired personal property leases and other executory contracts ("Contracts"), from time to time, deemed unnecessary and burdensome in the Debtors' sound business judgment, pursuant to 11 U.S.C. § 365(a) and abandonment of certain personal property related to rejected Leases, pursuant to 11 U.S.C. § 554(a).

**PLEASE TAKE FURTHER NOTICE**, that on September 25, 2002, the Court entered an order (the "Order") granting the Motion and approving the proposed procedures (the "Procedures") for the rejection of Leases and Contracts and abandonment of certain personal property from time to time in furtherance of the Debtors' reorganization efforts. In summary, the Procedures enable the Debtors, in the exercise of their business judgment, to reject any Lease or Contract determined to be unnecessary and/or burdensome to the Debtors' ongoing business operations, and to abandon certain personal property, subject to ten (10) business days written notice via facsimile or overnight mail, to: (i) the counterparty (and its counsel, if known) under the respective Lease or Contract at the last known address available to the Debtors, (ii) counsel for the statutory committee of unsecured creditors, (iii) counsel for the Debtors' postpetition

lenders, (iv) the Office of the United States Trustee for the Southern District of New York, (v) counsel for the Ad-Hoc Committee of MCI Noteholders, and (vi) the parties identified on the Master Service List (collectively, the "Notice Parties"). A copy of the Order is enclosed.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the terms of the Order, unless a written objection hereto is filed and served in accordance with the terms of the Order, the Contracts[1] identified on Schedule A annexed hereto will be rejected pursuant to 11 U.S.C. § 365(a), effective as of the date set forth in Schedule A annexed hereto.

**PLEASE TAKE FURTHER NOTICE**, that if an objection to this Notice is timely filed and served upon: Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Christopher Marcus, Esq., counsel for the Debtors, so that such objection is actually received by counsel to the Debtors not later than ten (10) business days from the date hereof (with a copy also served on each of the other Notice Parties), the Debtors shall seek a hearing on such objection at the Court's earliest convenience. If such an objection to this Notice is timely received, and the Court ultimately upholds the Debtors' determination to reject the applicable Contract, then the Contract shall be deemed rejected as of the later of (i) the effective date set forth in this Notice or (ii) such date determined by the Bankruptcy Court as set forth in any Order overruling such objection.

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to the Order, claims arising out of the rejection of Leases or Contracts must be filed at the following address: **if by overnight delivery or hand delivery** to the United States Bankruptcy Court, WorldCom Claims Docketing Center, One Bowling Green, Room 534 New York, NY 10004-1408; **if by standard mailing** to the United States Bankruptcy Court, WorldCom Claims Docketing Center, P.O. Box 5089, Bowling Green Station, New

---

[1] Certain of the Contracts identified on Schedule A may not be executory contracts under section 365 of the Bankruptcy Code. The Debtors, however, are seeking to reject the Contracts identified on Schedule A out of an abundance of caution and hereby reserve all of their rights to assert that any of the Contracts identified on Schedule A are not executory contracts.

York, NY 10274-5089, on or before thirty (30) days after the effective date of rejection.

Dated: New York, New York
      January 3, 2003

                                        /s/ Lori R. Fife
                                        Marcia L. Goldstein, Esq. (MG 2606)
                                        Lori R. Fife, Esq. (LF 2839)

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, NY 10153-0119
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                                      and

                                        Alfredo R. Perez, Esq.

                                        WEIL, GOTSHAL & MANGES LLP
                                        700 Louisiana, Suite 1600
                                        Houston, TX 77002
                                        Telephone: (713) 546-5000
                                        Facsimile: (713) 224-9511

                                        Attorneys for Debtors and
                                         Debtors In Possession

| Counterparty To Contract | WorldCom Party to Contract | Type of Contract | Effective Date of Rejection |
|---|---|---|---|
| Howard Sanders<br>741 Boundrock Road, Suite 5<br>Dunellen, NJ 08812 | WorldCom, Inc. | Third Party Commission Contract | 1/3/2003 |
| HPC<br>PO Box 248<br>Roselle, NJ 07203 | MCI WorldCom Communications, Inc. | Third Party Commission Contract | 1/3/2003 |
| HSG / Atn, Inc.<br>1357 Ashford Ave Suite 2<br>San Juan, PR 907 | WorldCom, Inc. | Third Party Commission Contract | 1/3/2003 |
| HSG, Inc.<br>10250 Arizona Circle<br>Bethesda, MD 20817 | MCI WorldCom Communications, Inc. | Third Party Commission Contract | 1/3/2003 |
| HT Technologies, Inc.<br>275 Battery St., #1480<br>San Francisco, CA 94111 | WorldCom, Inc. | Third Party Commission Contract | 1/3/2003 |
| Hun S. Gim<br>5842 Bellflower Bl Suite 333<br>Lakewood, CA 90713 | MCI WorldCom Communications, Inc. | Third Party Commission Contract | 1/3/2003 |
| ICE (African Methodist)<br>15 Prospect Street<br>Paramus, NJ 07652 | TTI National, Inc. | Third Party Commission Contract | 1/3/2003 |
| ICM<br>4122 128th Ave. SE, Ste. 300<br>Bellevue, WA 98006 | MCI WorldCom Communications, Inc. | Third Party Commission Contract | 1/3/2003 |
| ICN {1DG}<br>224 Veneto<br>Irvine, CA 92714 | MCI WorldCom Communications, Inc. | Third Party Commission Contract | 1/3/2003 |
| I-Communicate Consulting USA<br>836 E. Rand Rd. #110<br>Arlington Heights, IL 60004-4008 | TTI National, Inc. | Third Party Commission Contract | 1/3/2003 |
| I-Communicate Consulting USA<br>836 E. Rand Rd. #110<br>Arlington Heights, IL 60004-4008 | WorldCom, Inc. | Third Party Commission Contract | 1/3/2003 |
| Ideas For Business<br>875 Mahler Road Suite 247<br>Burlingame, CA 94010 | WorldCom, Inc. | Third Party Commission Contract | 1/3/2003 |
| Impact Fundraising<br>29341 Stonecrest Road<br>Rolling Hills Esta, CA 90275 | MCI WorldCom Communications, Inc. | Third Party Commission Contract | 1/3/2003 |
| Impact Fundraising<br>29341 Stonecrest Road<br>Rolling Hills Estates, CA 90275 | TTI National, Inc. | Third Party Commission Contract | 1/3/2003 |