

"Your Direct Line To Savings"

10211 N 32ND STREET, SUITE A5
PHOENIX, ARIZONA 85028
CORPORATE: 800-705-4000
FAX: 800-700-1317
CUSTOMER SERVICE: 800-477-9692
www.callatn.com

September 25, 2002



Dear ▆▆▆▆▆▆,

As you know, ATN has been taking care of your phone services since June. Because of the uncertain future of TTI National which is wholly owned by bankrupt WorldCom, we would like to switch your account with another provider that we are now utilizing.

The other provider is PowerNet Global (PNG). They are an outstanding company with excellent service; they conduct their operation with high standards of ethics. ATN can handle all of the paperwork to affect a smooth transition of your account from TTI National to PNG.

Your current rate with TTI is 4.25 cpm; your current CA instate rate is 3.62 cpm.

With PNG, I can offer you 4.5 cpm with an 11% discount for an effective rate of just 4.01 cpm; that represents a savings of almost 6%. Your CA rate with PNG will be 3.9 cpm; however, the 11% discount provides an effective rate of just 3.47 cpm for a savings of just over 4%. In addition, we will provide 60 free minutes of state-to-state calling. The same rates also apply for toll-free numbers.

▆▆▆▆ we strongly recommend your allowing us to transition your account to PNG. You will save about 5% over TTI, but the bigger concern is that TTI/WorldCom may not survive the bankruptcy. There could be service disruptions and other problems. PNG would accept your account without any additional credit checks.

Please let me know if you would want me to prepare the paperwork. And, please call if you have any questions or concerns.

Sincerely,

George Bein, VP
800-705-4000, Ext. 9117