**MORGENSTERN JACOBS & BLUE**, LLC
ATTORNEYS AT LAW
885 THIRD AVENUE
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 750-6776
FACSIMILE: (212) 750-3128

**MEMO ENDORSED**

ERIC B. FISHER
ADMITTED IN NEW YORK
EFISHER@MJBLLC.COM

*Adjourned to 6/6/07 @ 2:00 PM*

May 14, 2007

SO ORDERED:
Date: 5/15/07    *Richard M. Berman*
Richard M. Berman, U.S.D.J.

**VIA FEDERAL EXPRESS**

Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *HSG/ATN, Inc. v. MCI Worldcom, et al., Case No. 07-3271 (RMB)*

Dear Judge Berman:

We represent appellant HSG/ATN, Inc. in the above-referenced appeal from an order of the Bankruptcy Court. With the consent of counsel for appellees, we respectfully request an adjournment of the initial status conference currently scheduled for May 21, 2007, because I will be out of the country on that date. I conferred by telephone with Your Honor's chambers and with my adversary, who will be traveling from Washington, D.C. for the conference, concerning an alternative date. If the Court's calendar permits, we respectfully request that the conference be rescheduled for June 6 at 2:00 p.m. This is our first request for an adjournment.

We thank the Court for its attention to this request.

Respectfully,

Eric B. Fisher

cc: Michael Tucci, Esq. (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/15/07

RECEIVED
MAY 15 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.