UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re :

WORLDCOM, INC., et al.,

                Reorganized Debtors.
-------------------------------------------------------x

HSG/ATN, INC.

              Appellant,

              v.

MCI WORLDCOM
COMMUNICATIONS, INC. and
WORLDCOM, INC.,

              Appellees

-------------------------------------------------------x

07 Civ. 3271 (RMB)

ECF Case

Chapter 11 Case No.
02-13533 (AJG)
(Jointly Administered)

Adv. Proc. No. 05-3143 (AJG)

**AFFIDAVIT OF SERVICE**

State of New York      )
                                 ) ss:
County of New York   )

      Kandra Payne, being duly sworn, deposes and says:

      1.     That deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

      2.     That on May 14, 2007, true and correct copies of the Appellant HSG/ATN, Inc.'s Brief in Support of Appeal and the Declaration of Eric B. Fisher in Support of Appeal Filed by HSG/ATN, Inc. were served upon:

Michael E. Tucci, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W. Suite 800
Washington, D.C. 20036

at the address designated by said party for that purpose by depositing a true copy of same

enclosed in a postpaid properly addressed wrapper in an official depository under the

exclusive care and custody of the United States Postal Service.

/s/Kandra Payne
Kandra Payne

Sworn to before me on
this 16th day of May 2007

/s/ Paul D. Wexler
Notary Public, State of New York
No. 02WE4520766
Qualified in New York County
Commission Expires Oct. 16, 2010