UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | |
|---|---|
| In re | 07 Civ. 3271 (RMB) |
| WORLDCOM, INC., et al., | |
| Reorganized Debtors. | ECF Case |

------------------------------------------------------x

| | |
|---|---|
| HSG/ATN, INC., | |
| Appellant, | Chapter 11<br>Case No. 02-13533 (AJG)<br>(Jointly Administered) |
| v. | |
| MCI WORLDCOM COMMUNICATIONS, INC., and WORLDCOM, INC. | Adv. Proc. No. 05-3143 |
| Appellees. | |

------------------------------------------------------x

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of W. Dennis Cross, attorney for Appellees MCI WorldCom Communications, Inc., and WorldCom, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Angela G. Heppner

Firm Name: Stinson Morrison Hecker

Address: 1201 Walnut St.

City/State/Zip: Kansas City, Missouri 64106

Telephone/Fax: (816) 691-3163/ (816) 691-3495

Email Address: aheppner@stinson.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 31, 2007
```

DB02/048629 0094 3782/7578864.1

2

is admitted to practice pro hac vice as counsel for Appellees in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: **5/30/07**

**New York, N.Y.**
City, State

*RMB*
United States District/Magistrate Judge

*Richard M. Berman*