UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                       :
                                            :    07 Civ. 3271 (RMB)
WORLDCOM, INC., et al.,                     :
                                            :    ECF Case
      Reorganized Debtors.           :
                                            :
-----------------------------------------------------------x
                                            :
HSG/ATN, INC.,                              :
                                            :    Chapter 11
      Appellant,                     :    Case No. 02-13533 (AJG)
                                            :    (Jointly Administered)
      v.                             :
                                            :
MCI WORLDCOM                                :    Adv. Proc. No. 05-3143
COMMUNICATIONS, INC., and                   :
WORLDCOM, INC.                              :
                                            :
      Appellees.                     :
                                            :
-----------------------------------------------------------x

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of W. Dennis Cross, attorney for Appellees MCI WorldCom Communications, Inc., and WorldCom, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: Michael E. Tucci

    Firm Name: Stinson Morrison Hecker

    Address: 1150 18th Street, N.W., Suite 800

    City/State/Zip: Washington, D.C. 2003

    Telephone/Fax: (202) 785-9100/ (202) 785-9163

    Email Address: mtucci@stinson.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 31, 2007

DB02/048629 0094 3782/7578883.1

is admitted to practice pro hac vice as counsel for Appellees in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 5/30/07

New York, N.Y.
City, State

RMB
_____
United States District/Magistrate Judge

Richard M. Berman