UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | 07 Civ. 3271 (RMB) |
| WORLDCOM, INC., et al., | : | |
| | : | ECF Case |
| Reorganized Debtors. | : | |

------------------------------------------------------x

| | | |
|---|---|---|
| HSG/ATN, INC., | : | |
| | : | Chapter 11 |
| Appellant, | : | Case No. 02-13533 (AJG) |
| | : | (Jointly Administered) |
| v. | : | |
| MCI WORLDCOM COMMUNICATIONS, INC., and WORLDCOM, INC. | : | Adv. Proc. No. 05-3143 |
| Appellees. | : | |

------------------------------------------------------x

## ENTRY OF APPEARANCE

W. Dennis Cross of Stinson Morrison Hecker LLP hereby enters his appearance in the above-captioned matter as counsel for the Appellees.

Respectfully submitted,

_s/ W. Dennis Cross_____
Mark A. Shaiken
W. Dennis Cross, SDNY Bar Code: WC4756
Angela G. Heppner
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2500
Kansas City, MO 64106-2150
(816) 842-8600-Telephone

(816) 691-3495- Facsimile

Michael E. Tucci
STINSON MORRISON HECKER LLP
1150 18th Street, N.W., Suite 800
Washington, DC 20036
Telephone: (202) 785-9100
Facsimile: (202) 785-9163

Attorneys for Appellees

2

DB02/048629 0094_3782/7593580.1
DB02/048629.0094_3782/7593580.1

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 1st day of June, 2007, the foregoing document was sent via ECF and first class U.S. Mail, postage pre-paid, to:

Eric B. Fisher
Morgenstern Jacobs & Blue, LLC
885 Third Avenue
New York, NY 10022
Attorney for HSG/ATN, Inc.

                                                    /s/ *W. Dennis Cross*
                                                  Attorney for Appellees

DB02/048629 0094_3782/7593580.1
DB02/048629.0094_3782/7593580.1