**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x

In re                                              :

                                                   :        07 Civ. 3271 (RMB)

WORLDCOM, INC., et al.,                            :

                                                   :        <u>ECF Case</u>

            Reorganized Debtors.                   :

                                                   :

---------------------------------------------------x

                                                   :

HSG/ATN, INC.,                                     :

                                                   :        Chapter 11

            Appellant,                             :        Case No. 02-13533 (AJG)

                                                   :        (Jointly Administered)

            v.                                     :

                                                   :

MCI WORLDCOM                                       :        Adv. Proc. No. 05-3143

COMMUNICATIONS, INC., and                          :

WORLDCOM, INC.                                     :

                                                   :

            Appellees.                             :

                                                   :

---------------------------------------------------x

## <u>DECLARATION OF MICHAEL E. TUCCI</u>

I declare under penalty of perjury:

1.      I am counsel to Appellees in this matter and am familiar with the facts set forth herein;

2.      I submit this declaration in support of the Brief of Appellees MCI WorldCom Communications, Inc., and WorldCom, Inc;

3.      Attached hereto as Exhibit 1 is a true and correct copy of the August 6, 2002 letter from WorldCom to HSG;

4.      Attached hereto as collective Exhibit 2 are HSG's Interrogatory Responses dated June 6, 2003 (ATN00053-00059) and HSG's Response dated June 6, 2003 (ATN00597-00617)

and Amended Response dated June 12, 2003 (ATN00589-00591) to Reorganized Debtors'

Request for Production of Documents, with responsive documents attached;

5.      Attached hereto as Exhibit 3 is a true and correct copy of HSG/ATN, Inc.'s

Response to Notice of Rejection of Executory Contracts;

6.      Attached hereto as Exhibit 4 is a true and correct copy of Proof of Claim No.

38458;

7.      Attached hereto as Exhibit 5 is a true and correct copy of HSG's Motion for

Allowance and Payment of Administrative Claim;

8.      Attached hereto as Exhibit 6 is a true and correct copy of Debtors' Objection to

Motion of HSG/ATN, Inc. for Allowance and Payment of Administrative Claim;

9.      Attached hereto as Exhibit 7 is a true and correct copy of Debtors' Fifty-Ninth

Omnibus Objection to Proofs of Claims [Third Party Agent/External Commissions Claims];

10.     Attached hereto as Exhibit 8 is a true and correct copy of Debtors' Objection to

Proof of Claim 38458 filed by HSG/ATN, Inc.;

11.     Attached hereto as Exhibit 9 is a true and correct copy of Debtors' Objection to

Claim Nos. 38580 and 38583 (Filed by HSG/ATN, Inc.) and Adversary Proceeding.

Dated this 1st day of June, 2007.


　　　　　*s/ Michael E. Tucci*　　　　　　
Michael E. Tucci