1  DAVID WM. ENGELMAN, AZ BAR NO. 004193
   STEVEN N. BERGER, AZ BAR NO. 009613
2  KEVIN M. JUDISCAK, AZ BAR NO. 012764
   ENGELMAN BERGER, P.C.
3  ONE COLUMBUS PLAZA, SUITE 1050
   3636 NORTH CENTRAL AVENUE
   PHOENIX, ARIZONA 85012
4
   Ph: (602) 271-9090
5  Fax: (602) 222-4999
   Email: dwe@engelmanberger.com
   Email: snb@engelmanberger.com
6  Email: kmj@engelmanberger.com

7        and

8  RICHARD L. KORAL, ESQ. (RK 2498)
   60 EAST 42ND STREET, SUITE 2320
   NEW YORK, NEW YORK 10165-2399
9
   Ph: (212) 682-1212
10 Fax: (212) 687-2084

11 Co-Counsel for HSG/ATN, Inc.

12

13           IN THE UNITED STATES BANKRUPTCY COURT

14            FOR THE SOUTHERN DISTRICT OF NEW YORK

15

| 16  In re: | Chapter 11 |
|---|---|
| 17  WORLDCOM, INC., et al., | Case No.02-13533 (AJG) |
| 18        Debtors. | |

19

## RESPONSE TO DEBTORS' FIRST SET OF NON-UNIFORM INTERROGATORIES TO HSG/ATN, INC.

21 TO THE HONORABLE ARTHUR J. GONZALES
   UNITED STATES BANKRUPTCY JUDGE
22

23       Pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure and Rules 26, 33 and 34

24 of the Federal Rules of Civil Procedure, HSG/ATN, Inc. ("HSG") hereby submits its response

25 ("Response") to the *Debtors' First Set of Non-Uniform Interrogatories to HSG/ATN, Inc.*

26 ("Interrogatories") as follows:

27 ///


N:\docs\HSG ATN Inc\Pleadings\Response to NUI clean.doc

1 **INTERROGATORY NO. 1**

2 Identify each of the Services you allege were provided to WorldCom after the Commencement Date.

3 With regard to each of the Services you allege were provided to WorldCom, specify: (a) the nature

4 and duration of each of the alleged Services; (b) the date of each of the alleged Services; (c) the name

5 and position of each HSG employee and/or representative who provided each of the alleged Services;

6 (d) time records for any HSG employee and/or representative related to each of the Services allegedly

7 provided by such employee and/or representative; and (e) billing records for each of the alleged

8 Services.

9 **RESPONSE NO. 1:**

10 HSG objects to Interrogatory No. 1 as it is not reasonably calculated to lead to the discovery

11 of admissible evidence. The term "services" defined in the Agreement refers to the telecom services,

12 including but not limited to long distance phone services, offered by WorldCom.

13 Without waiving the foregoing objection, and consistent with the understanding between the

14 parties' respective counsel in terms of a clarification of the term "services" in this Interrogatory, the

15 following is a description of the services provided by HSG following the Commencement Date with

16 respect to providing assistance for the benefit of the Customers.

17 HSG operated a five person call center that received calls from Customers. The hours of this

18 operation were from 8:00 a.m. to 4:00 p.m. eastern time, Monday through Friday. Typical calls

19 handled by the customer service representatives ("CSR") included changes of service as requested by

20 the Customers; adding or deleting services as requested by Customers, making address changes as

21 requested by Customers; fielding general questions about rates including international rates; and the

22 handling of resp-org forms.

23 The duration of these services was from the Commencement Date to approximately December

24 16, 2002.

25 The names of the employees who fielded the calls described above are:

26 Nora Jimison
Elizabeth Neaves Pizarro
27 Cynthia Polanco

ENGELMAN BERGER, P.C.
One Columbus Plaza, Suite 1050
3636 North Central Avenue
Phoenix, Arizona 85012

2

N:\docs\HSG ATN Inc\Pleadings\Response to NUI clean.doc

Iris Santiago
Aaron Woodrum

HSG possesses time cards for these employees; there are no billing records.

The following numbers of calls were received by HSG's call center for the following relevant periods:

| Month | Number of Calls |
|-------|-----------------|
| June 2002 | 2,591 |
| July 2002 | 2,980 |
| August 2002 | 2,464 |
| September 2002 | 2,596 |
| October 2002 | 2,612 |
| November 2002 | 2,833 |
| December 2002 | 2,337 |

**INTERROGATORY NO. 2**

In the HSG Motion for Allowance and Payment of Administrative Claim, Exhibit J at ¶ 13, you state that, "[b]eginning on or around November 15, 2002 and ending on or around December 15, 2002, in response to WorldCom's position it would pay no further commissions, HSG sent out a notice to prospects offering a new service provider." With respect to each such notice, identify: (a) the number of notices that were drafted; (b) the number of notices that were sent; (c) the date upon which each notice was sent to prospects; (d) the names and titles of each individual or entity who drafted, prepared, assisted in preparing, printed and/or delivered each notice; (e) the names and addresses of the prospects to whom such notices were sent; (f) the Cost of preparing the notices, including designing, drafting and printing each such notice; (g) the cost of distributing the notices, (h) time records related to preparation and/or distribution of the notices.

**RESPONSE NO. 2:**

3

N:\docs\HSG ATN Inc\Pleadings\Response to NUI clean.doc

ENGELMAN BERGER, P.C.
One Columbus Plaza, Suite 1050
3636 North Central Avenue
Phoenix, Arizona 85012

1    (a)    There is only one notice that was drafted.

2    (b)    That one notice was sent out to approximately 152,400 prospects.

3    (c)    The mailing was done over a period of four weeks commencing approximately

4    November 15, 2002.

5    (d)    George Bein and Jeff Bein, principals of HSG

6    (e)    Various Customers

7    (f)    Unknown

8    (g)    Unknown

9    (h)    None

10    **INTERROGATORY NO. 3**

11    In HSG's Reply to Debtor's Objection To Allowance and Payment of Administrative Claim

12    ("Reply"), Exhibit A, at ¶ 10, you state that "[o]n or about August 7, TTI National sent a letter

13    approved by Debtor to Debtor's and TTI's joint customers, detailing the services provided by

14    HSG/TTI." With respect to the letter referenced at ¶ 10 of Exhibit A, identify: (a) the WorldCom

15    Representative who approved the letter; (b) whether such approval was given orally or in writing; (c)

16    the date such approval was given; (d) the HSG Representative to whom such approval was given.

17    **RESPONSE NO. 3:**

18    (a)    Unknown

19    (b)    Unknown

20    (c)    Unknown

21    (d)    Unknown

22    This TTI National letter is dated August 7, 2000. HSG mistakenly believed it was August 7, 2002; so

23    reference to this letter in the Reply was mistaken. This letter bears no relevance to this proceeding.

24    **INTERROGATORY NO. 4**

25    In HSG's Reply to Debtors' Objection to Allowance and Payment of Administrative Claim,

26    Exhibit A, at ¶ 113, you state that "Debtors' representative had previously informed HSG that Debtor

27    no longer desired to target residential users, which compromise nearly all of the HSG customers."

4

N:\docs\HSG ATN Inc\Pleadings\Response to NUI clean.doc

ENGELMAN BERGER, P.C.
One Columbus Plaza, Suite 1050
3636 North Central Avenue
Phoenix, Arizona 85012

1    With respect to this statement, identify: (a) the WorldCom Representative who informed HSG that

2    WorldCom no longer desired to target residential users; (b) the date such statement was made; (c) the

3    manner in which statement was made; (d) whether such statement was made verbally or in writing;

4    and (e) the HSG Representative to whom such approval was given.

5    **RESPONSE NO. 4:**

6        (a)    Brent Lacho

7        (b)    Various conversations starting in August 2002 and continuing for approximately 2-4

8    weeks thereafter.

9        (c)    Objection, ambiguous.

10       (d)    Verbally.

11       (e)    Objection, the term "approval" is ambiguous and inapplicable.    The statements

12   referred to in this interrogatory were made by Mr. Lacho to George Bein of HSG.

13   **INTERROGATORY NO. 5**

14       With respect to the decision by HSG to terminate the Agreement with WorldCom, identify: (a)

15   the HSG Representative who made the decision to terminate; (b) the date upon which such decision to

16   terminate was made; (c) the basis upon which the decision to terminate was made; (d) the names and

17   positions of any HSG Representative that discussed the decision to terminate.

18   **RESPONSE NO. 5:**

19       (a)    George Bein and Jeffrey Bein.

20       (b)    July, 2002, just prior to the Commencement Date.

21       (c)    HSG objects as this information is not reasonably calculated to lead to the discovery of

22   admissible evidence.  Without waiving this objection, a termination letter was sent to WorldCom a

23   prelude to the entry into a Seventh Amendment of the Representation Agreement between WorldCom

24   and HSG on a non-exclusive basis.

25       (d)    George Bein and Jeffrey Bein, the principals of HSG.

26   **INTERROGATORY NO. 6**

27       Identify any other Representative Agents contacted by HSG regarding opportunities to

5

N:\docs\HSG ATN Inc\Pleadings\Response to NUI clean.doc

1  provide Services to companies other than WorldCom.  With respect to any such Representative

2  Agents, identify: (a) whether the contact was verbal or in writing; (b) the HSG Representative who

3  authorized the contact; and (c) the date on which such contact was made.

4  **RESPONSE NO. 6:**

5      (a)    Writing, including email

6      (b)    George Bein and Jeffrey Bein

7      (c)    The mailing of a letter to representative agents occurred approximately February 5,

8  2003 and was sent to all representative agents listed on Debtors bankruptcy schedules.  There were

9  emails between George Bein and various agents, which are being supplied herewith.

10      **DATED** this ⟋ day of June, 2003.

11                                      **ENGELMAN BERGER, P.C.**

12

13                              By
                                    David Wm Engelman
14                                  Steven N. Berger
                                    Kevin M. Judiscak
15                                  One Columbus Plaza, Suite 1050
                                    3636 North Central Avenue
16                                  Phoenix, Arizona 85012
                                    Attorneys for HSG/ATN, Inc.

17

18  **ORIGINAL** of the foregoing
    faxed and mailed
19  this 6th day of June, 2003, to:

20  Marcia L. Goldstein, Esq.
    Lori R. Fife, Esq.
21  Alfredo R. Perez, Esq.
    **WEIL, GOTSHAL & MANGES LLP**
22  767 Fifth Avenue
    New York, NY 10153-0119
23  Attorneys for Debtors and Debtors-in-Possession

24

25

26

27

                                      6
    N:\docs\HSG ATN Inc\Pleadings\Response to NUI clean.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**V E R I F I C A T I O N**

George Bein, being first duly sworn upon his oath, deposes and says:

That I am the Defendant in this matter and have read the Answers to Non-Uniform Interrogatories and know its contents; and that the allegations contained therein are true to the best of my own personal knowledge, information and belief.

George Bein

WITNESS:

1   DAVID WM. ENGELMAN, AZ BAR No. 004193
    STEVEN N. BERGER, AZ BAR No. 009613
2   KEVIN M. JUDISCAK, AZ BAR No. 012764
    **ENGELMAN BERGER, P.C.**
3   ONE COLUMBUS PLAZA, SUITE 1050
    3636 NORTH CENTRAL AVENUE
    PHOENIX, ARIZONA 85012
4
    Ph: (602) 271-9090
5   Fax: (602) 222-4999
    Email: dwe@engelmanberger.com
    Email: snb@engelmanberger.com
6   Email: kmj@engelmanberger.com

7              and

8   RICHARD L. KORAL, ESQ. (RK 2498)
    60 EAST 42ND STREET, SUITE 2320
9   NEW YORK, NEW YORK 10165-2399

    Ph: (212) 682-1212
10  Fax: (212) 687-2084

11  Co-Counsel for HSG/ATN, Inc.

12

13              IN THE UNITED STATES BANKRUPTCY COURT

14              FOR THE SOUTHERN DISTRICT OF NEW YORK

15

16   In re:                              | Chapter 11

17   WORLDCOM, INC., et al.,             | Case No.02-13533 (AJG)

18              Debtors.

19
     **RESPONSE TO DEBTORS' FIRST SET OF NON-UNIFORM REQUEST FOR
20   PRODUCTION OF DOCUMENTS TO HSG/ATN, INC.**

21   TO THE HONORABLE ARTHUR J. GONZALES
     UNITED STATES BANKRUPTCY JUDGE
22

23        Pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure and Rules 26 and 34 of

24   the Federal Rules of Civil Procedure, HSG/ATN, Inc. ("HSG") through its undersigned counsel,

25   hereby submits its response ("Response") to the *Debtors' First Set of Non-Uniform Request for*

26   *Production of Documents to HSG/ATN, Inc.* ("Requests"). The documents submitted with this

27   Response are identified as follows:


     N:\docs\HSG ATN Inc\Pleadings\Response to NURFPD.doc

**REQUEST NO. 1**:

See letter marked as Exhibit "A" to *Debtors' Objection to Motion of HSG/ATN, Inc. for Allowance and Payment of Administrative Claim*, Exhibit A and Exhibit I to the Motion for Allowance and Payment of Administrative Claim by HSG/ATN, Inc.

**REQUEST NO. 2**:

American Telecom Network "Daily Call Results Report" covering the period of July, 2002 through December, 2002. This is being provided in hard copy and electronic form. HSG also has time records of its employees who provided the services requested which, will be provided upon request of the Debtors.

**REQUEST NO. 3**

The form letter sent to the following entities

American Telecom Network
Family Motorcoach Association
Good Sam Club
Coast to Coast

November 25, 2002, a letter from George Bein to a single Customer.

**REQUEST NO. 4**

Form letter sent to representation agents described in the answer to Interrogatory number 6 propounded by the Debtors to HSG.

**DATED** this ⁄2 day of June, 2003.

ENGELMAN BERGER, P.C.

By_____
David Wm. Engelman
Steven N. Berger
Kevin M. Judiscak
One Columbus Plaza, Suite 1050
3636 North Central Avenue
Phoenix, Arizona 85012
Attorneys for HSG/ATN, Inc.

ENGELMAN BERGER, P.C.
One Columbus Plaza, Suite 1050
3636 North Central Avenue
Phoenix, Arizona 85012

2

1

2  **ORIGINAL** of the foregoing
faxed and mailed
3  this 6th day of June, 2003, to:

4  Marcia L. Goldstein, Esq.
Lori R. Fife, Esq.
5  Alfredo R. Perez, Esq.
**WEIL, GOTSHAL & MANGES LLP**
6  767 Fifth Avenue
New York, NY 10153-0119
7  Attorneys for Debtors and Debtors-in-Possession

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ENGELMAN BERGER, P.C.
One Columbus Plaza, Suite 1050
3636 North Central Avenue
Phoenix, Arizona 85012

3

ATN 00599

# American Telecom Network
### Daily Call Results Report

| | YTD 2001 | MTD January | MTD February | July Mon 1 | Tue 2 | Wed 3 | Thu 4 | Fri 5 | Mon 8 |
|---|---|---|---|---|---|---|---|---|---|
| Calls Offered | 43041 | 3256 | 2809 | 168 | 99 | 109 | 0 | 135 | 143 |
| Calls Handled | 41517 | 3149 | 2738 | 168 | 98 | 108 | 0 | 133 | 140 |
| % | 96% | 97% | 97% | 100% | 99% | 99% | 0% | 99% | 98% |
| Average Handled per hour | 4.13 | 3.58 | 3.53 | 3.73 | 2.61 | 2.40 | 0.00 | 3.55 | 3.73 |
| Abandoned | 1524 | 107 | 71 | 0 | 1 | 1 | 0 | 2 | 3 |
| % | 3.54% | 3.29% | 2.53% | 0.00% | 1.01% | 0.92% | 0.00% | 1.48% | 2.10% |
| Short Abandoned | 53 | 5 | 11 | 0 | 1 | 1 | 0 | 1 | |
| % | 0.12% | 0.15% | 0.39% | 0.00% | 1.01% | 0.92% | 0.00% | 0.00% | 0.00% |
| Long Abandoned | 1471 | 102 | 60 | 0 | 0 | 0 | 0 | 2 | 3 |
| % | 3.42% | 3.13% | 2.14% | 0.00% | 0.00% | 0.00% | 0.00% | 1.48% | 2.10% |
| Average Time To Abandoned | 53 | 69 | 62 | 0 | 71 | 0 | 0 | 75 | 63 |
| Hours worked | 10041 | 880 | 776.5 | 45 | 37.5 | 45 | 0 | 37.5 | 37.5 |
| Talk Time % | 24.24% | 24.71% | 26.31% | 27.88% | 19.26% | 17.24% | 0.00% | 18.27% | 19.88% |
| Talk Time | 2432:48:14 | 216:16:43 | 203:30:20 | 12:13:11 | 7:08:42 | 7:45:34 | 0:00:00 | 6:52:28 | 7:23:39 |
| Average Duration of Call Seconds | 240 | 248 | 16 | 262 | 263 | 253 | 0 | 180 | 190 |
| Average Duration of Call Minutes | 3.57 | 3.78 | 0.27 | 4.37 | 4.38 | 4.22 | 0.00 | 3.00 | 3.17 |
| Average Hold Time | 7 | 8 | 6 | 6 | 5 | 4 | 0 | 5 | 7 |
| After Call Work and Breaks % | 22.46% | 19.84% | 19.24% | 16.96% | 19.62% | 8.56% | 0.00% | 16.28% | 18.64% |
| Idle Time % | 41.27% | 44.02% | 49.62% | 50.70% | 62.03% | 64.96% | 0.00% | 60.53% | 52.07% |
| Total Call Overflowed to PBX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Calls Warm Transferred to PBX | 2074 | 310 | 1062 | 59 | 29 | 54 | 0 | 31 | 137 |
| Total Calls Warm Transferred to PBX % | 5% | 10% | 39% | 35% | 30% | 50% | 0% | 29% | 98% |



# American
## Daily Call Result

| | Tue 9 | Wed 10 | Thu 11 | Fri 12 | Mon 15 | Tue 16 | Wed 17 | Thu 18 | Fri 19 |
|---|---|---|---|---|---|---|---|---|---|
| Calls Offered | 120 | 113 | 129 | 127 | 106 | 161 | 111 | 115 | 120 |
| Calls Handled | 120 | 114 | 130 | 127 | 106 | 165 | 114 | 118 | 121 |
| % | 100% | 99% | 99% | 100% | 100% | 98% | 100% | 97% | 99% |
| Average Handled per Hour | 2.67 | 2.51 | 2.87 | 2.82 | 3.53 | 5.37 | 3.04 | 3.07 | 3.20 |
| Average Time To Abandoned | 0 | 0 | 0 | 0 | 0 | 106 | 0 | 82 | 0 |
| Abandoned | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| % | 0.00% | 0.88% | 0.77% | 0.00% | 0.00% | 2.42% | 0.00% | 2.54% | 0.83% |
| Short Abandoned | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| % | 0.00% | 0.88% | 0.7% | 0.00% | 0.00% | 0.61% | 0.00% | 0.00% | 0.83% |
| Long Abandoned | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 3 | 0 |
| % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 1.82% | 0.00% | 2.54% | 0.00% |
| Average Duration of Call Seconds | 207 | 237 | 209 | 210 | 211 | 160 | 223 | 190 | 187 |
| Average Duration of Call Minutes | 3.45 | 3.95 | 3.48 | 3.50 | 3.52 | 2.67 | 3.72 | 3.17 | 3.12 |
| Hours worked | 45 | 45 | 45 | 45 | 50 | 50 | 37.5 | 37.5 | 37.5 |
| Talk Time % | 15.38% | 16.61% | 16.84% | 17.41% | 21.00% | 24.00% | 18.66% | 16.38% | 16.83% |
| Talk Time | 6:59:21 | 7:38:21 | 7:28:39 | 7:24:51 | 6:13:12 | 7:03:51 | 7:03:02 | 6:04:33 | 6:14:01 |
| Average Hold Time | Seconds | Seconds | Seconds | Seconds | Seconds | Seconds | Seconds | Seconds | Seconds |
| After Call Work and Breaks % | 16.50% | 13.71% | 15.50% | 16.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Idle Time % | 59.30% | 58.61% | 61.09% | 52.07% | 61.99% | 54.65% | 57.42% | 66.59% | 58.27% |
| Total Call Overflowed to PBX | 3 | 4 | 3 | 4 | 5 | 9 | 4 | 8 | 9 |
| Total Calls Warm Transferred to PBX | 89 | 51 | 29 | 42 | 20 | 62 | 15 | 18 | 20 |
| Total Calls Warm Transferred to PBX % | 74% | 45% | 22% | 33% | 19% | 39% | 13% | 16% | 17% |

ATN 00601



**aīn American** — Daily Call Result

| | Mon 22 | Tue 23 | Wed 24 | Thu 25 | Fri 26 | Mon 29 | Tue 30 | Wed 31 | MTD July |
|---|---|---|---|---|---|---|---|---|---|
| Calls Offered | 174 | 134 | 128 | 0 | 164 | 256 | 171 | 162 | 2980 |
| Calls Handled | 173 | 133 | 126 | 0 | 180 | 259 | 170 | 166 | 2923 |
| % | 99% | 99% | 98% | 0% | 99% | 93% | 99% | 99% | 99% |
| Average Handled per hour | 3.84 | 2.98 | 2.80 | 0.00 | 4.50 | 6.31 | 3.78 | 3.47 | 3.40 |
| Abandoned | 1 | 1 | 2 | 0 | 4 | 10 | 1 | 6 | 61 |
| % | 0.57% | 0.75% | 1.56% | 0.00% | 2.17% | 7.50% | 0.58% | 3.70% | 1.71% |
| Short Abandoned | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 3 | 9 |
| % | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.39% | 0.00% | 1.88% | 0.30% |
| Long Abandoned | 1 | 1 | 2 | 0 | 4 | 18 | 1 | 3 | 42 |
| % | 0.57% | 0.75% | 1.56% | 0.00% | 2.17% | 6.99% | 0.58% | 1.85% | 1.41% |
| Average Time To Abandoned | 31 | 78 | 119 | 0 | 81 | 96 | 14 | 124 | 41 |
| Hours worked | 45 | 45 | 45 | 0 | 37.5 | 45 | 45 | 45 | 862.5 |
| Talk Time % | 28.79% | 18.64% | 18.99% | 0.00% | 28.03% | 10.83% | 18.79% | 18.71% | 19.00% |
| Talk Time | 11:31:43 | 8:22:11 | 7:12:30 | 0:00:00 | 10:26:55 | 4:55:43 | 8:26:04 | 8:27:31 | 163:20:01 |
| Average Duration of Call Seconds | 240 | 227 | 206 | 0 | 209 | 74 | 178 | 185 | Seconds |
| Average Duration of Call Minutes | 4.00 | 3.76 | 3.43 | 0.00 | 3.48 | 1.23 | 2.97 | 3.25 | 0.38 |
| Average Hold Time | 5 | 3 | 5 | 0 | 8 | 5 | 5 | 8 | 5 |
| After Call Work and Breaks % | 0.00% | 0.00% | 34.68% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 9.45% |
| Idle Time % | 54.74% | 80.58% | 44.84% | 0.00% | 48.23% | 31.19% | 43.85% | 54.42% | 54.83% |
| Total Call Overflowed to PBX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Calls Warm Transferred to PBX | 33 | 47 | 52 | 0 | 51 | 53 | 188 | 84 | 1164 |
| Total Calls Warm Transferred to PBX % | 19% | 35% | 41% | 0% | 28% | 22% | 111% | 54% | 40% |

03/08/1995  16:17  8005205676            HSG/ATN                          PAGE  03



## American Telecom Network™

### PLEASE READ THIS IMPORTANT LETTER
### FOR INFORMATION REGARDING THE QUALITY
### OF YOUR TTI NATIONAL TELEPHONE SERVICE*

*Dear American Telecom Network Customer:*

As an independent telecom agent, ATN is committed to providing you with premium quality telephone service at the lowest rates. At the time of your enrollment, TTI National, Inc. was able to best meet your telecom service requirements.

Because TTI National is owned by MCI WorldCom, a company which recently filed for bankruptcy, that level of service has been severely compromised: *TTI's customer service hours have been reduced by 39%.* Due to the WorldCom bankruptcy, TTI faces an uncertain future. As a result, we have ended our relationship with TTI National, Inc.

To better serve you, ATN has aligned with PowerNet Global (PNG) - a nationwide leader in telecom services. As a loyal customer, this means big benefits for you, including:

- **5.4 cents per minute for Long Distance** state-to-state calls; no monthly fees, no hidden charges. Call 1-888-523-5924 today to get 60 minutes of FREE calls as an additonal bonus!

- **5.4 cents per minute for your own Toll-Free** state-to-state calls; no monthly fees, no hidden charges

- **13.9 cents per minute for Calling Card** calls; no monthly fees or hidden charges

- **$9.95 Monthly Internet Access** *(a 33% savings off the low PNG rate of $14.95, and 60% less than AOL monthly access!)*

**As a convenience, ATN has opened a pre-approved account with PNG for you.**
*Please read the enclosed letter carefully.*

If you have any questions or concerns, our friendly associates are standing by to help you make a smooth transition to the PNG calling plan. Call 1-888-523-5924 today to experience a new level of savings and service through PowerNet Global.

Thank you for your continued support as an ATN customer. It is our goal to provide you with low cost telephone services from companies with high standards of ethics and honesty. PNG is exactly such a company. We look forward to hearing from you. *You have a choice and a voice!*

Sincerely,

Jeffrey P. Bein      *President, American Telecom Network*

*\* Industry analysts believe that the quality of service offered by WorldCom will probably degrade.*
*See "What Should WorldCom's Customers Do?" Business Communications Review, September 2002, pp.10-12.*

ATN 00603



**American Telecom Network**℠



**Family Motor Coach Association**
DISCOUNT PHONE SERVICES

### PLEASE READ THIS IMPORTANT LETTER
### FOR INFORMATION REGARDING THE QUALITY
### OF YOUR TTI NATIONAL TELEPHONE SERVICE*

***Dear Family Motor Coach Association Member:***

As a Family Motor Coach Association endorsed service provider, ATN is committed to providing you with premium quality telephone service at the lowest rates. At the time of your enrollment, TTI National, Inc. was able to best meet your telecom service requirements.

Because TTI National is owned by MCI WorldCom, a company which recently filed for bankruptcy, that level of service has been severely compromised: ***TTI's customer service hours have been reduced by 39%.*** Due to the WorldCom bankruptcy, TTI faces an uncertain future. As a result, we have ended our relationship with TTI National, Inc.

To better serve you, ATN has aligned with PowerNet Global (PNG) - a nationwide leader in telecom services. As a loyal Family Motor Coach Association member, this means big benefits for you, including:

- **5.4 cents per minute for Long Distance** state-to-state calls; no monthly fees, no hidden charges. Call 1-888-521-8105 today to get 60 minutes of FREE calls as an additional bonus!

- **5.4 cents per minute for your own Toll-Free** state-to-state calls; no monthly fees, no hidden charges

- **13.9 cents per minute for Calling Card** calls; no monthly fees or hidden charges

- **$9.95 Monthly Internet Access** (*a 33% savings off the low PNG rate of $14.95, and 60% less than AOL monthly access!*)

**As a convenience, ATN has opened a pre-approved account with PNG for you.**
*Please read the enclosed letter carefully.*

If you have any questions or concerns, our friendly associates are standing by to help you make a smooth transition to the PNG calling plan. Call 1-888-521-8105 today to experience a new level of savings and service through PowerNet Global.

Thank you for your continued support as a Family Motor Coach Association Member. It is our goal to provide you with low cost telephone services from companies with high standards of ethics and honesty. PNG is exactly such a company. We look forward to hearing from you. ***You have a choice and a voice!***

Sincerely,

Jeffrey E. Bein      *President, American Telecom Network*

\* *Industry analysts believe that the quality of service offered by WorldCom will probably degrade.*
*See "What Should WorldCom's Customers Do?" Business Communications Review, September 2002, pp. 10-12.*

03/08/1995  16:17    8005205676                    HSG/ATN                          PAGE  85

 

## PLEASE READ THIS IMPORTANT LETTER
## FOR INFORMATION REGARDING THE QUALITY
## OF YOUR TTI NATIONAL TELEPHONE SERVICE*

*Dear Good Sam Club Member:*

The Good Sam Club and our long distance service provider, ATN, are committed to provide you with premium quality long distance telephone service at the lowest rates. At the time of your enrollment, TTI National, Inc. was selected as the carrier best able to meet your requirements, and they have been providing your service since that time.

In the past few months, it has been impossible to avoid the headlines regarding the MCI WorldCom bankruptcy. TTI National, our carrier, is a wholly owned subsidiary of MCI WorldCom. Since the MCI WorldCom filing, we have become concerned that our level of service could be severely compromised and we are concerned about the future; in fact, TTI's customer service hours have already been reduced considerably. There is some concern that, because WorldCom has laid off over 17,000 workers, it is possible that TTI's servicing of your account may be adversely affected.

Our goal is to make sure that our members enjoy the best possible services offered through your Good Sam membership benefits. We want to make sure that you continue to receive excellent service and savings on your long distance calls. To better serve you, we have a new option available to Good Sam members.

We are pleased to announce that ATN has aligned with PowerNetGlobal (PNG) – a nationwide leader in telecom services – to provide new, low phone service rates. This means big benefits for you, including:

- **5.4 cents per minute for Long Distance** state-to-state calls; no monthly fees, no hidden charges. Call 1-888-523-5926 today to get 60 minutes of FREE calls as an additional bonus!

- **5.4 cents per minute for your own Toll-Free** state-to-state calls; no monthly fees, no hidden charges

- **13.9 cents per minute for Calling Card** calls; no monthly fees or hidden charges

- **$9.95 Monthly Internet Access** *(a 33% savings off the low PNG rate of $14.95, and 60% less than AOL monthly access!)*

**As a convenience, ATN has opened a pre-approved account with PNG for you.**
*Please read the enclosed letter carefully.*

If you have any questions or concerns, our friendly associates are standing by to help you make a smooth transition to the new PNG calling plan. Call 1-888-523-5926 today. Thank you for your continued support of the Good Sam Club and our long distance program.

*Sincerely,*

Sue Bray  *Executive Director, The Good Sam Club*          Jeffrey P. Bein  *President, American Telecom Network*

* *Industry analysts believe that the quality of service offered by WorldCom will probably degrade.*
  *See "What Should WorldCom's Customers Do?" Business Communications Review, September 2002, pp.10-12.*

03/08/1995  16:17    8005205676              HSG/ATN                        PAGE  06

 

**American Telecom Network**℠            DISCOUNT PHONE SERVICES

### PLEASE READ THIS IMPORTANT LETTER
### FOR INFORMATION REGARDING THE QUALITY
### OF YOUR TTI NATIONAL TELEPHONE SERVICE*

***Dear Coast to Coast Member:***

As a Coast to Coast endorsed service provider, ATN is committed to providing you with premium quality telephone service at the lowest rates. At the time of your enrollment, TTI National, Inc. was able to best meet your telecom service requirements.

Because TTI National is owned by MCI WorldCom, a company which recently filed for bankruptcy, that level of service has been severely compromised: *TTI's customer service hours have been reduced by 39%.* Due to the WorldCom bankruptcy, TTI faces and uncertain future. As a result, we have ended our relationship with TTI National, Inc.

To better serve you, ATN has aligned with PowerNet Global (PNG) - a nationwide leader in telecom services. As a loyal Coast to Coast member, this means big benefits for you, including:

- **5.4 cents per minute for Long Distance** state-to-state calls; no monthly fees, no hidden charges. Call 1-888-523-5925 today to get 60 minutes of FREE calls as an additional bonus!

- **5.4 cents per minute for your own Toll-Free** state-to-state calls; no monthly fees, no hidden charges

- **13.9 cents per minute for Calling Card** calls; no monthly fees or hidden charges

- **$9.95 Monthly Internet Access** *(a 33% savings off the low PNG rate of $14.95, and 60% less than AOL monthly access!)*

**As a convenience, ATN has opened a pre-approved account with PNG for you.**
*Please read the enclosed letter carefully.*

If you have any questions or concerns, our friendly associates are standing by to help you make a smooth transition to the PNG calling plan. Call 1-888-523-5925 today to experience a new level of savings and service through PowerNet Global.

Thank you for your continued support as a Coast to Coast Member. It is our goal to provide you with low cost telephone services from companies with high standards of ethics and honesty. PNG is exactly such a company. We look forward to hearing from you. *You have a choice and a voice!*

Sincerely,

Jeffrey F. Bein                                         Grant E. Miller
*President, American Telecom Network*                   *President, Coast to Coast*

*\* Industry analysts believe that the quality of service offered by WorldCom will probably degrade.*
*See "What Should WorldCom's Customers Do?" Business Communications Review, September 2002, pp.10-12.*

ATN  00606

03/08/1995  16:17    8005205676                HSG/ATN                        PAGE  07

OCT 28 2002 16:18
OCT 28 '02    12:50 No.003 P.02

18211 N 32ND STREET, SUITE A5
PHOENIX, ARIZONA 85028
CORPORATE: 800-705-6000
FAX: 888-708-6367
CUSTOMER SERVICE: 800-477-9695
www.crlinkt.com

w Direct Line To Savings™

September 25, 2002

Via fax number 31

Dear

As you know, ATN has been taking care of your phone services since June. Because of
the uncertain future of TTI National which is wholly owned by bankrupt WorldCom, we
would like to switch your account with another provider that we are now utilizing.

The other provider is PowerNet Global (PNG). They are an outstanding company with
excellent service; they conduct their operation with high standards of ethics. ATN can
handle all of the paperwork to affect a smooth transition of your account from TTI
National to PNG.

Your current rate with TTI is 4.25 cpm; your current CA instate rate is 3.62 cpm.

With PNG, I can offer you 4.5 cpm with an 11% discount for an effective rate of just 4.01
cpm; that represents a savings of almost 6%. Your CA rate with PNG will be 3.9 cpm;
however, the 11% discount provides an effective rate of just 3.47 cpm for a savings of
just over 4%. In addition, we will provide 60 free minutes of state-to-state calling. The
same rates also apply for toll-free numbers.

we strongly recommend your allowing us to transition your account to PNG.
You will save about 5% over TTI, but the bigger concern is that TTI/WorldCom may not
survive the bankruptcy. There could be service disruptions and other problems. PNG
would accept your account without any additional credit checks.

Please let me know if you would want me to prepare the paperwork. And, please call if
you have any questions or concerns.

Sincerely,

George Bain, VP
800-705-6000, Ext. 9112

ATN  00607

03/08/1995  16:17    8005205676              HSG/ATN                                PAGE  08



*Your Direct Line To Savings™*

10211 N 32ND STREET, SUITE A3
PHOENIX, ARIZONA 85028
CORPORATE: 800-705-4000
FAX: 800-700-4387
CUSTOMER SERVICE: 800-477-9692
www.callatn.com

2/5/2003

**DATE**    3:00 pm

Dear Former TTI Agent:

First of all, if you are one of the 2% of the agents that TTI wants to retain, then this letter is not for you. Please throw it away. Good Luck working with a company whose leaders have already exhibited their moral and ethical values.

However, if you are among the 98% of the agents who have been dumped by WorldCom and TTI, then this letter is for you. You have lost your earned commissions as well as your residual commissions while TTI retains your customers and the profits generated by your customers.

My company, the American Telecom Network (ATN), is in the same group as you are. We are being dumped by TTI as well. We were among their largest agents in the country generating well over $1 million in monthly revenue. As such, TTI owes us a lot of money. We have hired bankruptcy attorneys to fight for us. After dealing with their agency division for about ten years and the people who run it, I guess I'm not really surprised by how we, and you, are now being treated. But that's a story for another time.

**My message to you today is:  DO SOMETHING ABOUT YOUR SITUATION! Don't wait. Start making money again right now!!**

ATN made the choice to move away from TTI some time ago. Therefore, we got a head start by developing excellent relationships with other vendors. Because ATN has an excellent reputation as one of the foremost master agents in the country, these other vendors were eager and excited to have ATN join with them. They offered to us some great rates and commissions to support our well-known and highly respected dealer program.

I sincerely urge you to consider becoming a dealer for ATN. We can support you with excellent marketing materials, advertising design, great rates and excellent commissions. Our standard commission the first year is 11%. However, if you have a proven track record in obtaining customers, I will be happy to negotiate a special commission structure with you.

Please visit www.CallATN.com/dealers to download our dealer agreement. Sign it and fax it back to us so you can start making money again. Don't let TTI have the last word. Do it now! You may know that ATN has been written about in Money Magazine, Consumer Reports and many other national publications. We know how to market telecom services and you can take advantage of our expertise.

If you have any questions, please e-mail me at George@CallATN.com.

With best wishes and regards,

George P. Bein
President

P.S. ATN offers Cell Phone Services as well. Get a free phone at www.CallATN.com.

American Telecom Network™

ATN 00608

Page 1 of 1

## George Bein

**From:**    George Bein [george@oallatn.com]
**Sent:**    Monday, December 30, 2002 5:02 PM
**To:**      'jkaufman@linwoodcom.com'
**Subject:** TTI/WorldCom

Hi Jeff – Our company was a very large agent for TTI. In fact we were their largest in the country until recently. They owe us some $875,000 in pre-petition commissions.
They recently rejected our contract. I have retained a bankruptcy lawyer to fight for our earned commissions and maybe make a case that they really cannot stop our residual commissions while also keeping the profits from the customers.

In the meantime, we are moving forward with another vendor. We have been given an excellent commission structure and would be pleased if you would consider becoming a subdealer of ours.

Best wishes,

George Bein
President

American Telecom Network  (ATN)

6/3/2003

ATN 00609

## George Bein

**From:**   George Bein [george@calltn.com]
**Sent:**   Thursday, January 02, 2003 7:34 PM
**To:**     'bethmiller@fortunehitech.net'
**Subject:** WorldCom Agents

Hi Beth and Dave

Back in August, you sent an e-mail to WorldComAgents@thedigest.com. That e-mail came to me.

Our company was one of the largest WorldCom/TTI agents in the country. Those owe us about $1.3 million in both pre- and post-petition money. I understand that they have terminated about 98% of their agents and are keeping only about 20 who supposedly enroll mostly business customers.

Our company has hired an excellent bankruptcy lawyer to fight for the money owed us. We are even questioning their right to cut off future residual commissions.

Perhaps you are one of the lucky ones to have your contract accepted, not rejected. If so, that's great. If not, you should consider moving your customers to a vendor who will pay you commissions. That choice would be yours since I cannot give you legal advice. ATN has joined up with a new vendor as a Master Dealer and we have decided to try to move all of our customers. Our commission structure is excellent, so if I can be of help to you, please let me know.

I have tried to contact Jon Johnson at 858-422-7000 but that apparently is not a good number. I am not trying to go around Mr. Johnson, but I am unable to reach him.

I have also heard of other Fortune Hi-Tech dealers and I will send to them a similar e-mail.

Have a very Happy New Year.

George Bein, President
American Telecom Network (ATN)
1-800-560-5676

P.S. If you know how to reach Mr. Johnson, please have him contact me.

6/3/2003

ATN 00610

Page 1 of 1

### George Bein

**From:**    George Bein [george@callatn.com]
**Sent:**    Thursday, January 02, 2003 7:33 PM
**To:**      'rlandcindy@fortunehitech.net'
**Subject:** WorldCom Agents

Hi Cindy – Back in August, you sent an e-mail to WorldComAgents@thedigest.com. That e-mail came to me.

Our company was one of the largest WorldCom /TTI agents in the country. Those owe us about $1.3 million in both pre- and post-petition money. I understand that they have terminated about 98% of their agents and are keeping only about 20 who supposedly enroll mostly business customers.

Our company has hired an excellent bankruptcy lawyer to fight for the money owed us. We are even questioning their right to cut off future residual commissions.

Perhaps you are one of the lucky ones to have your contract accepted, not rejected.  If so, that's great. If not, you should consider moving your customers to a vendor who will pay you commissions.  That choice would be yours since I cannot give you legal advice. ATN has joined up with a new vendor as a Master Dealer and we have decided to try to move all of our customers. Our commission structure is excellent, so if I can be of help to you, please let me know.

I have tried to contact Jon Johnson at 858-422-7000 but that apparently is not a good number.  I am not trying to go around Mr. Johnson, but I am unable to reach him.

I have also heard for other Fortune Hi-Tech dealers and I will send to them a similar e-mail.

Have a very Happy New Year.

George Bein, President
American Telecom Network (ATN)
1-800-560-5676

P.S, If you know how to reach Mr. Johnson, please have him contact me.

6/3/2003

Page 1 of 1

## George Bein

| | |
|---|---|
| **From:** | George Bein [george@callatn.com] |
| **Sent:** | Thursday, January 02, 2003 7:32 PM |
| **To:** | 'marco350@cs.com' |
| **Subject:** | WorldCom Agents |

Hi Marc – Back in August, you sent an e-mail to WorldComAgents@thedigest.com. That e-mail came to me.

Our company was one of the largest WorldCom /TTI agents in the country. Those owe us about $1.3 million in both pre- and post-petition money. I understand that they have terminated about 95% of their agents and are keeping only about 20 who supposedly enroll mostly business customers.

Our company has hired an excellent bankruptcy lawyer to fight for the money owed us. We are even questioning their right to cut off future residual commissions.

Perhaps you are one of the lucky ones to have your contract accepted, not rejected. If so, that's great. If not, you should consider moving your customers to a vendor who will pay you commissions. That choice would be yours since I cannot give you legal advice. ATN has joined up with a new vendor as a Master Dealer and we have decided to try to move all of our customers. Our commission structure is excellent, so if I can be of help to you, please let me know.

I have tried to contact Jon Johnson at 858-422-7000 but that apparently is not a good number. I am not trying to go around Mr. Johnson, but I am unable to reach him.

I have also heard for other Fortune Hi-Tech dealers and I will send to them a similar e-mail.

Have a very Happy New Year.

George Bein, President
American Telecom Network (ATN)
1-800-560-5676

P.S. If you know how to reach Mr. Johnson, please have him contact me.

6/3/2003

## George Bein

**From:**    George Bein [george@callatn.com]
**Sent:**    Thursday, January 02, 2003 7:32 PM
**To:**      'brenner@fortunehitech.net'
**Subject:** WorldCom Agents

Hi Kathy –

Back in August, you sent an e-mail to WorldComAgents@thedigest.com. That e-mail came to me.

Our company was one of the largest WorldCom /TTI agents in the country. Those owe us about $1.3 million in both pre- and post-petition money. I understand that they have terminated about 98% of their agents and are keeping only about 20 who supposedly enroll mostly business customers.

Our company has hired an excellent bankruptcy lawyer to fight for the money owed us. We are even questioning their right to cut off future residual commissions.

Perhaps you are one of the lucky ones to have your contract accepted, not rejected. If so, that's great. If not, you should consider moving your customers to a vendor who will pay you commissions. That choice would be yours since I cannot give you legal advice. ATN has joined up with a new vendor as a Master Dealer and we have decided to try to move all of our customers. Our commission structure is excellent, so if I can be of help to you, please let me know.

I have tried to contact Jon Johnson at 858-422-7000 but that apparently is not a good number. I am not trying to go around Mr. Johnson, but I am unable to reach him.

I have also heard for other Fortune Hi-Tech dealers and I will send to them a similar e-mail.

Have a very Happy New Year.

George Bein, President
American Telecom Network (ATN)
1-800-560-5676

P.S. If you know how to reach Mr. Johnson, please have him contact me.

6/3/2003

## George Bein

| | |
|---|---|
| **From:** | George Bein [george@callatn.com] |
| **Sent:** | Thursday, January 02, 2003 7:30 PM |
| **To:** | 'rkesling@fortunehitech.net' |
| **Subject:** | WorldCom Agents |

Hi Rod —

Back in August, you sent an e-mail to WorldComAgents@thedigest.com. That e-mail came to me.

Our company was one of the largest WorldCom /TTI agents in the country. Those owe us about $1.3 million in both pre- and post-petition money. I understand that they have terminated about 98% of their agents and are keeping only about 20 who supposedly enroll mostly business customers.

Our company has hired an excellent bankruptcy lawyer to fight for the money owed us. We are even questioning their right to cut off future residual commissions.

Perhaps you are one of the lucky ones to have your contract accepted, not rejected.  If so, that's great. If not, you should consider moving your customers to a vendor who will pay you commissions.  That choice would be yours since I cannot give you legal advice. ATN has joined up with a new vendor as a Master Dealer and we have decided to try to move all of our customers. Our commission structure is excellent, so if I can be of help to you, please let me know.

I have tried to contact Jon Johnson at 858-422-7000 but that apparently is not a good number.  I am not trying to go around Mr. Johnson, but I am unable to reach him.

I have also heard for other Fortune Hi-Tech dealers and I will send to them a similar e-mail.

Have a very Happy New Year.

George Bein, President
American Telecom Network (ATN)
1-800-560-5676

P.S. If you know how to reach Mr. Johnson, please have him contact me.

6/3/2003

ATN  00614

## George Bein

**From:**    George Bein [george@callatn.com]
**Sent:**    Thursday, January 02, 2003 7:03 PM
**To:**      'bfriedman@tacequip.net'
**Subject:** Worldcom Agents

Hi Barbara – Back in August, you sent an e-mail to WorldComAgents@thedigest.com. That e-mail came to me.

Our company was one of the largest WorldCom /TTI agents in the country. Those owe us about $1.3 million in both pre- and post-petition money. I understand that they have terminated about 98% of their agents and are keeping only about 20 who supposedly enroll mostly business customers.

Our company has hired an excellent bankruptcy lawyer to fight for the money owed us. We are even questioning their right to cut off future residual commissions.

Perhaps you are one of the lucky ones to have your contract accepted, not rejected. If so, that's great. If not, you should consider moving your customers to a vendor who will pay you commissions. That choice would be yours since I cannot give you legal advice. ATN has joined up with a new vendor as a Master Dealer and we have decided to try to move all of our customers. Our commission structure is excellent, so if I can be of help to you, please let me know.

I have tried to contact Jon Johnson at 858-422-7000 but that apparently is not a good number. I am not trying to go around Mr. Johnson, but I am unable to reach him.

I have also heard for other Fortune Hi-Tech dealers and I will send to them a similar e-mail.

Have a very Happy New Year.

George Bein, President
American Telecom Network (ATN)
1-800-560-5676

P.S. If you know how to reach Mr. Johnson, please have him contact me.

6/3/2003

Page 1 of 1

### George Bein

**From:**     George Bein [george@callatn.com]
**Sent:**     Thursday, January 02, 2003 7:39 PM
**To:**       'dfugate@beacon-com.com'
**Subject:** WorldCom Agents

Hi Dan –

Back in August, you sent an e-mail to WorldComAgents@thedigest.com. That e-mail came to me.

Our company was one of the largest WorldCom /TTI agents in the country. Those owe us about $1.3 million in both pre- and post-petition money. I understand that they have terminated about 96% of their agents and are keeping only about 20 who supposedly enroll mostly business customers.

Our company has hired an excellent bankruptcy lawyer to fight for the money owed us. We are even questioning their right to cut off future residual commissions.

Perhaps you are one of the lucky ones to have your contract accepted, not rejected. If so, that's great. If not, you should consider moving your customers to a vendor who will pay you commissions. That choice would be yours since I cannot give you legal advice. ATN has joined up with a new vendor as a Master Dealer and we have decided to try to move all of our customers. Our commission structure is excellent, so if I can be of help to you, please let me know.

Have a very Happy New Year.

George Bein, President
American Telecom Network (ATN)
1-800-560-5676

6/3/2003

03/08/1995  16:17    8005285676                    HSG/ATN                    PAGE  28

Page 1 of 1

**George Bein**

From: George Bein [george@callatn.com]

Sent: Thursday, January 02, 2003 7:41 PM

To:    'wadewing@yahoo.com'

Hi Wade --

Back in August, you sent an e-mail to WorldComAgents@thedigest.com. That e-mail came to me.

Our company was one of the largest WorldCom /TTI agents in the country. Those owe us about $1.3 million in both pre- and post-petition money. I understand that they have terminated about 98% of their agents and are keeping only about 20 who supposedly enroll mostly business customers.

Our company has hired an excellent bankruptcy lawyer to fight for the money owed us. We are even questioning their right to cut off future residual commissions.

Perhaps you are one of the lucky ones to have your contract accepted, not rejected. If so, that's great. If not, you should consider moving your customers to a vendor who will pay you commissions. That choice would be yours since I cannot give you legal advice. ATN has joined up with a new vendor as a Master Dealer and we have decided to try to move all of our customers. Our commission structure is excellent, so if I can be of help to you, please let me know.

Have a very Happy New Year.

George Bein, President
American Telecom Network (ATN)
1-800-560-5676

6/3/2003

ATN 00617

1   DAVID WM. ENGELMAN, AZ BAR NO. 004193
    STEVEN N. BERGER, AZ BAR NO. 009613
2   KEVIN M. JUDISCAK, AZ BAR NO. 012764
    **ENGELMAN BERGER, P.C.**
3   ONE COLUMBUS PLAZA, SUITE 1050
    3636 NORTH CENTRAL AVENUE
    PHOENIX, ARIZONA 85012
4
    Ph: (602) 271-9090
5   Fax: (602) 222-4999
    Email: dwe@engelmanberger.com
    Email: snb@engelmanberger.com
6   Email: kmj@engelmanberger.com

7         and

8   RICHARD L. KORAL, ESQ. (RK 2498)
    60 EAST 42ND STREET, SUITE 2320
    NEW YORK, NEW YORK 10165-2399
9
    Ph: (212) 682-1212 .
10  Fax: (212) 687-2084

11  Co-Counsel for HSG/ATN, Inc.

12

13          **IN THE UNITED STATES BANKRUPTCY COURT**

14          **FOR THE SOUTHERN DISTRICT OF NEW YORK**

15  | In re: | Chapter 11 |

16  | WORLDCOM, INC., et al., | Case No.02-13533 (AJG) |

17  | Debtors. | |

18

19  **AMENDED RESPONSE TO DEBTORS' FIRST SET OF NON-UNIFORM**
    **REQUEST FOR PRODUCTION OF DOCUMENTS TO HSG/ATN, INC.**

20

21  **TO THE HONORABLE ARTHUR J. GONZALES**
    **UNITED STATES BANKRUPTCY JUDGE**

22

23          Pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure and Rules 26 and

24  34 of the Federal Rules of Civil Procedure, HSG/ATN, Inc. ("HSG"), through its undersigned

25  counsel, hereby submits its amended response ("Amended Response") to the *"Debtors' First Set of*

26  *Non-Uniform Request for Production of Documents to HSG/ATN, Inc."* ("Requests"). The

27  documents submitted with this Response are identified as follows:

ENGELMAN BERGER, P.C.
One Columbus Plaza, Suite 1050
3636 North Central Avenue
Phoenix, Arizona 85012

**REQUEST NO. 1**:

See letter marked as Exhibit "A" to *"Debtors' Objection to Motion of HSG/ATN, Inc. for Allowance and Payment of Administrative Claim"* and Exhibits "A" "I" to the *"Motion for Allowance and Payment of Administrative Claim by HSG/ATN, Inc."*

**REQUEST NO. 2**:

American Telecom Network "Daily Call Results Report" covering the period of July 2002 through December 2002. This is being provided in hard copy and electronic form. HSG also has time records of its employees who provided the services requested which will be provided upon request of the Debtors.

**REQUEST NO. 3**

November 25, 2002, a letter from George Bein to a single Customer, which represents a letter sent by Mr. Bein of HSG in response to an unsolicited call from a Customer.

Form letter sent to the Customers that is referenced in HSG's response to Interrogatory No. 2.

**REQUEST NO. 4**

Form letter sent to representation agents described in the answer to Interrogatory No. 6 propounded by the Debtors to HSG. This form letter was sent to the following entities

American Telecom Network
Family Motorcoach Association
Good Sam Club
Coast to Coast

DATED this $\underline{12}$ day of June 2003.

ENGELMAN BERGER, P.C.

By _____
David Wm Engelman
Steven N. Berger
Kevin M. Judiscak
One Columbus Plaza, Suite 1050
3636 North Central Avenue
Phoenix, Arizona 85012
Attorneys for HSG/ATN, Inc.

2

**ORIGINAL** of the foregoing
faxed and mailed this 2ᵗʰ day
of June 2003 to:

Kristin G. King
Christopher Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Attorneys for Debtors and Debtors-in-Possession

ENGELMAN BERGER, P.C.
One Columbus Plaza, Suite 1050
3636 North Central Avenue
Phoenix, Arizona 85012

3