DAVID WM. ENGELMAN, SBA #004193
KEVIN M. JUDISCAK, SBA #012764
**ENGELMAN BERGER, P.C.**
ONE COLUMBUS PLAZA, SUITE 1050
3636 NORTH CENTRAL AVENUE
PHOENIX, ARIZONA 85012
───────────
Ph:  (602) 271-9090
Fax:  (602) 222-4999
Email:  dwe@engelmanberger.com
Email:  kmj@engelmanberger.com
───────────
Richard L. Koral, Esq. (RK 2498)
60 East 42nd St., Suite 2320
New York, N.Y. 10165-2399
(212) 682-1212

Attorneys for HSG/ATN, Inc.

# I N THE UNITED STATES BANKRUPTCY COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| WORLDCOM, INC., et al., | Case No. 02-13533 (AJG) |
| Debtors. | **HSG/ATN, INC. S RESPONSE TO NOTICE OF REJECTION OF EXECUTORY CONTRACTS** |

      HSG/ATN, Inc. ( HSG ), through its attorneys undersigned, hereby files this response to the Notice of Rejection of Executory Contracts dated January 3, 2003 (the Notice ) and objects to the Notice as it seeks to reject a previously terminated contract. In support of this response, HSG submits the following:

      1.    HSG is a Puerto Rico corporation engaged in the business of procuring and servicing telephone and internet customers for long distance communication providers.

      2.    On February 4, 1998, HSG and WorldCom Technologies, Inc. ( WorldCom )

entered into an agreement whereby WorldCom[1] appointed HSG as an authorized representative to market, sell and service products and services of WorldCom's affiliate TTI National ("TTI").

3. Under the terms of this agreement, WorldCom paid HSG commissions based upon the monthly usage of the TTI services by the customers procured by HSG (the "Customers").

4. The agreement was amended on five separate occasions. The agreement, as amended, is referred to as the "Representation Agreement".

5. Pursuant to its terms, the Representation Agreement was terminated on or about August 6, 2002. Consequently, the Representation Agreement was not subject to rejection pursuant to 11 U.S.C. §365(a), and HSG objects to the Notice on this basis.

6. Following this termination of the Representation Agreement, HSG continued to service the Customers until December, 2002.

7. The Debtors have paid HSG for commissions earned in July, August and September 2002, but none thereafter.

8. The Representation Agreement obligates WorldCom to continue to pay commissions to HSG for the telephone and internet usage by the Customers, provided HSG refrains from soliciting the Customers.

For the reason that it seeks to reject a terminated contract, HSG requests that the Notice be denied as to HSG.

**DATED** this 21st day of January, 2003.

        **ENGELMAN BERGER, P.C.**
        Attorneys for HSG/ATN, Inc


        By  S/
          David Wm. Engelman
          Kevin M. Judiscak
          One Columbus Plaza, Suite 1050
          3636 North Central Avenue
          Phoenix, Arizona 85012

---

[1] WorldCom additionally refers to MCI WorldCom Communications, Inc., the party to the sixth and final amendment with HSG.

2

RICHARD L. KORAL, ESQ.
Local Counsel for HSG/ATN, Inc.

_____S/_____
(RK 2498)
60 East 42nd St., Suite 1136
New York, N.Y. 10165
(212) 682-1212

TO:

Marcia L. Goldstein, Esq.
Lori R. Fife, Esq.
Alfredo R. Perez, Esq.
Weil, Gotshal & Manges LLP
Attorneys for Debtors and Debtors-in-Possession
767 Fifth Avenue
New York, NY  10153-0119

Daniel Golden, Esq.
Akin, Gump, Strauss, Hauer & Feld, LP
Attorneys for Creditors Committee
590 Madison Ave.
New York, N.Y. 10022

Office of the United States Trustee
33 Whitehall St., 21st Floor
New York, N.Y. 10004

ENGELMAN BERGER, P.C.
One Columbus Plaza, Suite 1050
3636 North Central Avenue
Phoenix, Arizona 85012

CERTIFICATION OF SERVICE BY MAIL

R    Richard L. Koral d    Richard L. Koral declares under the penalty of perjury that on Janu withinwithin Response to Notice of Rejection of Executory Contracts by mailing a true copy thereof to the following persons by first class mail:

Marcia L. Goldstein, Esq.
Lori R. Fife, Esq.
Alfredo R. Perez, Esq.
Weil, Gotshal & Manges LLP
Attorneys for Debtors and Debtors-in-Possession
767 Fifth Avenue
New York, NY  10153-0119

Daniel Golden, Esq.
Akin, Gump, Strauss, Hauer & Feld, LP
Attorneys for Creditors Committee
590 Madison Ave.
New York, N.Y. 10022

Office of the United States Trustee
33 Whitehall St., 21st Floor
New York, N.Y. 10004

Executed on January 21, 2003        S/
                                    _____
                                    RICHARD L. KORAL

ENGELMAN BERGER, P.C.
One Columbus Plaza, Suite 1050
3636 North Central Avenue
Phoenix, Arizona 85012