**HEARING DATE AND TIME: December 7, 2004 AT 10:00 A.M. EST**
**OBJECTION DEADLINE: November 19, 2004 AT 4:00 P.M. EST**

STINSON MORRISON HECKER LLP
Attorneys for Debtors and Debtors in Possession
1201 Walnut Street
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
Mark A. Shaiken, Esq.
Douglas Y. Curran, Esq.
Angela G. Heppner, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------x
In re                                  :
                                       :   Chapter 11 Case No.
WORLDCOM, INC., et al.,                :   02-13533 (AJG)
                                       :
                                       :   (Jointly Administered)
                     Debtors.          :
--------------------------------------------------------x
```

## DEBTORS' FIFTY-NINTH OMNIBUS OBJECTION TO PROOFS OF CLAIMS [THIRD PARTY AGENTS/EXTERNAL COMMISSIONS CLAIMS]

TO THE HONORABLE ARTHUR J. GONZALEZ,
UNITED STATES BANKRUPTCY JUDGE

MCI, Inc. (successor to WorldCom, Inc.) and certain of its direct and indirect

subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), respectfully

represent:

## JURISDICTION

1.    The Court has jurisdiction to consider this Objection and the relief requested herein pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.    On July 21, 2002 (the "Commencement Date") and November 8, 2002, WorldCom, Inc. and certain of its direct and indirect domestic subsidiaries commenced cases under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). By Orders dated July 22, 2002 and November 12, 2002, the Debtors' chapter 11 cases were consolidated for procedural purposes only and are being jointly administered.

3.    On October 31, 2003, the Debtors' Modified Second Amended Joint Plan of Reorganization (the "Plan") was confirmed. The Plan became effective on April 20, 2004.

## SCHEDULES AND PROOFS OF CLAIM

4.    On November 21, 2002, the Debtors filed their Schedules of Liabilities (as amended and supplemented, the "Debtors' Schedules") and their Schedules of Executory Contracts and Unexpired Leases. On December 5, 2002, the Debtors filed their Statements of Financial Affairs.

5.    On October 29, 2002, this Court entered its Order (a) Pursuant to Bankruptcy Rule 3003 (c)(3) Establishing the Deadline for Filing Certain Proofs of Claim and Approving the Form and Manner of Notice Thereof (the "Bar Date Order"). The Bar Date Order established January 23, 2003 as the bar date (the "Bar Date") for filing proofs of claim in these cases. Pursuant to the terms of the Bar Date Order, on or about November 22, 2002, the Debtors mailed notice of the bar date (the "Bar Date Notice") to in excess of 1.2 million creditors and potential claimants.

6.      On March 25, 2003, the Court entered its Order Pursuant to 11 U.S.C. § 105 Approving Notice Procedures Regarding Claim Objections and Deemed Schedule Amendment Motions ("Claim Objection Procedure Order"), approving certain procedures regarding noticing of claims objections and omnibus motions for deemed schedule amendments.

7.      The Debtors have been engaged in the process of reviewing filed proofs of claim in these Chapter 11 cases (the "Proofs of Claim"). The Debtors have begun the process of conducting a comprehensive review and reconciliation of all prepetition claims, including both the claims scheduled in the Debtors' Schedules (the "Scheduled Claims") and the claims asserted in the Proofs of Claim (the "Filed Claims"). This process includes identifying particular categories of Filed Claims that may be targeted for disallowance and expungement, reduction and allowance, or reclassification and allowance. To reduce the number of claims, and to avoid possible double recovery or improper recovery by claimants, the Debtors anticipate filing numerous omnibus objections to such categories of claims. This objection is one such omnibus objection.

8.      The Debtors have reviewed each proof of claim listed on the attached Exhibit A and have concluded that one or more of the following objections apply to each such proof of claim:

a.      The claim was not timely filed.

b.      The claim purports to be secured, but is not a secured claim.

c.      The claim purports to be a priority claim, but does not qualify for priority treatment under Section 507(a) of the Bankruptcy Code.

d.      The claim exceeds the priority claim limit of $4,650 set forth in Section 507(a)(3) of the Bankruptcy Code.

e.      The claim purports to be an administrative claim, but is not entitled to administrative status.

f.      The claim has been paid, settled or released and/or claimant has received full accord and satisfaction for the claim.

3

g.    The claimant has not provided sufficient information to support the claim or to permit the Debtors to evaluate it. The Debtors reserve the right to assert additional objections.

h.    The Debtors disagree with the amount claimed.

i.    The claim is a duplicate of another claim.

j.    The Debtors dispute the basis of the claim.

k.    The claimed amount should be offset or reduced by the amount owed by the claimant to the Debtor.

9.    Accordingly, the Debtors object to each proof of claim listed on the attached Exhibit A and request that each such proof of claim be reduced and allowed in the amount stated, or disallowed and expunged in its entirety, or allowed as a general unsecured claim, as set forth in Exhibit A.

10.    Separate objections and adversary proceedings may be instituted with respect to claims made by claimants against which Debtors also assert a basis for liability. Debtors reserve the right to commence additional adversary proceedings against the claimants listed in Exhibit A as they discover the basis for any such proceedings.

## NOTICE

11.    In accordance with the Claim Objection Procedures Order, notice of this Objection has been provided to counsel for the U.S. Trustee, the Committee, the Debtors' post-petition lenders, the United States Attorney for the Southern District of New York, the ad hoc MCI Noteholders Committee, AT&T Corporation, Puerto Rico Telephone Company, Inc., and the Mid-Size Carrier Group. Also in accordance with the Claim Objection Procedures Order, notice of this Objection has been provided to each of the persons or entities that filed the proofs of claim identified on Exhibit A and their counsel (if known) by means of a personalized Claim Objection Notice. The Debtors submit that no other or further notice need be given.

12.    No previous application for the relief sought herein has been made to this or any

other Court.

WHEREFORE the Debtors respectfully request entry of an order granting the

relief requested herein and such other and further relief as is just.

Dated: October 13, 2004
Kansas City, Missouri

/s/    *Mark A. Shaiken*
Mark A. Shaiken, Esq.
Douglas Y. Curran, Esq.
Angela G. Heppner, Esq.
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2800
Kansas City, MO 64106-2150
(816) 842-8600-Telephone
(816) 691-3495- Facsimile
Attorneys for Debtors

5

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Expunge | 11289 | 1/15/2003 | MCI WORLDCOM Network Services, Inc | ACCESS COMMUNCIATIONS INC, P O BOX 1016, LITTLETON, NH 03561-0000 | $0.00 | $446.15 | $0.00 | $0.00 | $446.15 | c,g,h,j |
| Expunge | 3513 | 12/5/2002 | WorldCom, Inc | ADCOR INC, 6 HIGH ST, ATTN HUGH HULSLANDER, MIDDLETOWN, RI 02842 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | c,g,j |
| Reduce & Allow $535.71 as a general unsecured claim | 33313 | 2/3/2003 | MCI WORLDCOM Communications, Inc | ALERT MARKETING, INC, 258 PROMENADE CIRCLE, HEATHROW, FL 32746-4379 | $0.00 | $0.00 | $0.00 | $28,906.56 | $28,906.56 | g,h,j |
| Reduce & Allow $8,112.03 as a general unsecured claim | 34257 | 2/28/2003 | WorldCom, Inc. | ALLIED BUSINESS NETWORK, 2141 ARDMORE BLVD, PITTSBURGH, PA 15221 | $0.00 | $0.00 | $0.00 | $17,749.56 | $17,749.56 | a,g,h,j |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection<br>Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Expunge | 35889 | 7/9/2003 | WorldCom, Inc | AMERICAN BUSINESS COMMUNICATIONS A<br>C/O ROBINSON BROG LEINWAND G<br>1345 AVENUE OF THE AMERICAS<br>ATTN CHRISTINE H BLACK, ESQ<br>NEW YORK, NY 10105 | $0.00 | $0.00 | $0.00 | $110,000.00 | $110,000.00 | a,g,h,i,j |
| Expunge | 36746 | 12/11/2003 | WorldCom, Inc | AMERICAN BUSINESS COMMUNICATIONS A<br>C/O ROBINSON BROG LEINWAND G<br>1345 AVENUE OF THE AMERICAS<br>ATTN CHRISTINE H BLACK, ESQ<br>NEW YORK, NY 10105 | $0.00 | $0.00 | $0.00 | $150,476.89 | $150,476.89 | a,g,h,i,j |
| Expunge | 14263 | 1/21/2003 | Intermedia Communications Inc | AMERINET<br>1241 S MAPLE RD<br>ATTN TOBI SICKLESTEEL<br>ANN ARBOR, MI 48103-4433 | $0.00 | $0.00 | $0.00 | $11,234.38 | $11,234.38 | g,h,i,j |
| Expunge | 14264 | 1/21/2003 | WorldCom, Inc | AMERINET<br>P O BOX 2138, ANN<br>ARBOR, | $0.00 | $0.00 | $0.00 | $11,234.38 | $11,234.38 | g,h,i,j |

Exhibit A
Third Party Agents/External Commissions Claims

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Expunge | 11419 | 1/16/2003 | MCI WORLDCOM Communications, Inc | ASSET RECOVERY SERVICES INC<br>10632 LITTLE PATUXENT PKWY STE<br>COLUMBIA, MD 21044-3273 | $0.00 | $0.00 | $0.00 | $28,186.88 | $28,186.88 | g,h,i,j |
| Expunge | 36517 | 11/26/2003 | WorldCom, Inc | ASSET RECOVERY SERVICES, INC<br>10632 LITTLE PATUXENT PARKWAY<br>COLUMBIA, MD 21044 | $0.00 | $0.00 | $0.00 | $340,923.67 | $340,923.67 | a,h,g,i,j |
| Expunge | 12128 | 1/17/2003 | WorldCom, Inc | BOARD OF TRUSTEE OF UNIVERSITY OF<br>ALABAMA FOR THE UNIVERSITY O<br>BIRMINGHAM, OFFICE COUNSEL<br>1530 3RD AVE S<br>BIRMINGHAM, AL 35294-0108 | $0.00 | $0.00 | $0.00 | $31,892.58 | $31,892.58 | f,g,h,j |
| Expunge | 15073 | 1/21/2003 | WorldCom, Inc | BROWN COMMUNICATIONS<br>PO BOX 1413<br>LAKE JUNALUSICA, NC 28745-0000 | $0.00 | $211.10 | $0.00 | $0.00 | $211.10 | c,g,h,j |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Allow $228.05 as a general unsecured claim | 6682 | 12/19/2002 | MCI WORLDCOM Communications, Inc. | BUTTI, RAYMOND R 31 THORNEWOOD ROAD ARMONK, NY 10504 | $0.00 | $228.05 | $0.00 | $0.00 | $228.05 | c-g |
| Allow $288.49 as a general unsecured claim | 32306 | 1/24/2003 | Intermedia Communications Inc | CHRIS ROWLEY 601 7TH AVENUE ST PETE BEACH, FL 33706 | $0.00 | $288.49 | $0.00 | $0.00 | $288.49 | a,c-g |
| Allow $2,160.00 as a general unsecured claim | 12036 | 1/17/2003 | WorldCom, Inc | COMMUNICATIONS SYSTEMS MANAGEME 3806 GUNN HIGHWAY TAMPA, FL 33624 | $0.00 | $2,160.00 | $0.00 | $0.00 | $2,160.00 | c-g |
| Reduce & Allow $2,543.84 as a general unsecured claim | 36301 | 10/15/2003 | MCI WORLDCOM Communications, Inc | COM-NET ANALYSIS 9300 S W 70TH AVENUE PORTLAND, OR 97223 | $5,000.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | e,g-h,j |

Wednesday, October 13, 2004

Page 4 of 34

**Exhibit A**
**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
| Expunge | 33233 | 2/4/2003 | WorldCom, Inc | COMSAVE<br>432 S 321 PL #G-3<br>FEDERAL WAY, WA 98003 | $0.00 | $1,872.00 | $0.00 | $0.00 | $1,872.00 | a,c,g,h,j |
| Expunge | 7125 | 12/23/2002 | WorldCom, Inc | CONNETIX INTERNET SERVICES<br>30 OLD CLOVE ROAD STE A<br>WANTAGE, NJ 07461-1163 | $0.00 | $907.92 | $0.00 | $4,629.21 | $5,537.13 | c,g,h,j |
| Expunge | 35109 | 4/28/2003 | Intermedia Communications Inc | CORPORATE TELEDATA INC<br>56 ROLAND ST<br>BOSTON, MA 02129 | $0.00 | $0.00 | $0.00 | $1,103.02 | $1,103.02 | a,h,g,i,j |
| Expunge | 3683 | 12/5/2002 | MCI WORLDCOM Network Services, Inc. | CORRECTIONS CORP OF AMERICA F/K/A PRI<br>REALTY TRUST INC F/K/A US CORR<br>CORP. RONALD STEEN JR. STITES &<br>424 CHURCH ST. SUITE 1800<br>NASHVILLE, TN 37219 | $0.00 | $0.00 | $0.00 | $7,521.72 | $7,521.72 | g,h,j |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
(Case No. 02-13533 (AJG))

| Omnibus Objection<br>Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Reduce & Allow $199,190.88 as a general unsecured claim | 12104 | 1/17/2003 | MCI WORLDCOM Communications, Inc | COUNTY OF ORANGE<br>ATTN JAMES C HARMAN, DEPUTY<br>10 CIVIC CENTER PLAZA,<br>P O BOX 1379<br>SANTA ANA, CA 92702-1379 | $0.00 | $0.00 | $0.00 | $357,176.81 | $357,176.81 | g,h,j |
| Reduce and Allow $450.00 as a general unsecured claim | 11557 | 1/16/2003 | WorldCom, Inc | CRESCENTIA INC<br>211 THOUSAND OAKS DR<br>ATLANTIC HIGHLANDS, NJ 07716-24 | $0.00 | $0.00 | $0.00 | $6,660.00 | $6,660.00 | g,h,j |
| Expunge | 4030 | 12/9/2002 | MCI WORLDCOM Network Services, Inc | CURTIS SZMANIA<br>3605 SE 52ND AVE<br>PORTLAND, OR 97206 | $0.00 | $236.17 | $0.00 | $0.00 | $236.17 | c,g,h,j |
| Reduce & Allow $25,131.52 as a general unsecured claim | 35040 | 4/21/2003 | WorldCom, Inc | DACON CORPORATION<br>TRANSFEROR TELVUE CORPORATI<br>ATTN JEFF KRAENGEL, PRESIDENT<br>1039 BALLY BUNION DRIVE<br>EGG HARBOR CITY, NJ 08215 | $0.00 | $0.00 | $0.00 | $58,640.54 | $58,640.54 | a,g,h,j |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection / Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Expunge | 16838 | 1/21/2003 | Intermedia Communications Inc. | DATA PROCESSING SCIENCES CORP ATTN KURT LOOCK 10810 KENWOOD RD CINCINNATI, OH 45242-2812 | $0.00 | $4,650.00 | $0.00 | $0.00 | $4,650.00 | c,g,h,j |
| Expunge | 16839 | 1/21/2003 | WorldCom, Inc | DATA PROCESSING SCIENCES CORP ATTN KURT LOOCK 10810 KENWOOD RD CINCINNATI, OH 45242-2812 | $0.00 | $4,650.00 | $0.00 | $0.00 | $4,650.00 | c,g,h,j |
| Expunge | 16840 | 1/21/2003 | WorldCom, Inc | DATA PROCESSING SCIENCES CORP ATTN KURT LOOCK 10810 KENWOOD RD CINCINNATI, OH 45242-2812 | $0.00 | $0.00 | $0.00 | $121,254.22 | $121,254.22 | g,h,j |
| Expunge | 16848 | 1/21/2003 | Intermedia Communications Inc | DATA PROCESSING SCIENCES CORP ATTN KURT LOOCK 10810 KENWOOD RD CINCINNATI, OH 45242-2812 | $0.00 | $0.00 | $0.00 | $121,254.22 | $121,254.22 | g,h,j |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

| Omnibus Objection | | | | | | | | | | In re: WorldCom, Inc. et al. Case No. 02-13533 (AJG) |
|---|---|---|---|---|---|---|---|---|---|---|
| Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
| Allow $47.09 as a general unsecured claim | 4231 | 12/9/2002 | Intermedia Communications Inc | DATA PRODUCTS COMPANY 9237 LOCH HAVEN COVE SUITE 100 ATTN KEN COOK CHATTANOOGA, TN 37363 | $0.00 | $47.09 | $0.00 | $0.00 | $47.09 | c-g |
| Allow $1,290.55 as a general unsecured claim | 4046 | 12/9/2002 | Intermedia Communications Inc | DEBT ACQUISITION CO OF AMERICA V. LLC TRANSFEROR  HUNTER HALL 2120 WEST WASHINGTON ST SAN DIEGO, CA 92110 | $0.00 | $1,290.55 | $0.00 | $0.00 | $1,290.55 | c-g |
| Allow $917.10 as a general unsecured claim | 6924 | 12/23/2002 | Telecom*USA, Inc | DEBT ACQUISITION CO OF AMERICA V. LLC TRANSFEROR  GEMINI COMMUNIC 2120 WEST WASHINGTON ST SAN DIEGO, CA 92110 | $0.00 | $917.10 | $0.00 | $0.00 | $917.10 | c-g |
| Allow $2,215.45 as a general unsecured claim | 2069 | 12/2/2002 | MCI WORLDCOM Communications, Inc | DEBT ACQUISITION COMPANY OF AMERIC TRANSFEROR  COMTEL GROUP INC 2120 WEST WASHINGTON STREET SAN DIEGO, CA 92110 | $0.00 | $2,215.45 | $0.00 | $0.00 | $2,215.45 | c-g |

**Exhibit A**
**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Allow $1,502.94 as a general unsecured claim | 4708 | 12/9/2002 | MCI WORLDCOM Communications, Inc. | DEBT ACQUISITION COMPANY OF AMERIC 2120 WEST WASHINGTON STREET SAN DIEGO, CA 92110 | $0.00 | $1,502.94 | $0.00 | $0.00 | $1,502.94 | c, g |
| Expunge | 30908 | 1/23/2003 | WorldCom, Inc. | DIVERSIFIED DATA DISTRIBUTORS 600 ROCKMEAD, SUITE 205 HUMBLE, TX 77339 | $0.00 | $4,650.00 | $0.00 | $446,616.50 | $451,266.50 | c, g, h, i |
| Allow $400.00 as a general unsecured claim | 272 | 8/19/2002 | WorldCom, Inc. | DM COMMUNICATIONS INC 292 5TH AVE, SUITE 304 NEW YORK, NY 10001 | $0.00 | $400.00 | $0.00 | $0.00 | $400.00 | c, g, i |
| Allow $211.38 as a general unsecured claim | 4937 | 12/10/2002 | Intermedia Communications Inc | DM COMMUNICATIONS INC 292 5TH AVE, SUITE 304 NEW YORK, NY 10001 | $0.00 | $211.38 | $0.00 | $0.00 | $211.38 | c, g, i |

Wednesday, October 13, 2004

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Expunge | 6196 | 12/16/2002 | WorldCom, Inc | ECONO LODGE ROCK HILL<br>962 RIVERVIEW RD<br>ROCK HILL, SC 29730-0000 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | g,h,i,j |
| Expunge | 6195 | 12/16/2002 | WorldCom, Inc | ECONOLODGE RICHBURG<br>236 NORTHPARK DR STE 201<br>ROCK HILL, SC 29730-4295 | $0.00 | $0.00 | $0.00 | $1,000.00 | $1,000.00 | g,h,i,j |
| Allow $325.58 as a general unsecured claim | 4107 | 12/9/2002 | Intermedia Communications Inc | ERIC VLAM<br>104 OAK RUN CIR<br>CRAWFORD, TX 76638-2728 | $0.00 | $325.58 | $0.00 | $0.00 | $325.58 | c,g |
| Allow $4,292.37 as a general unsecured claim | 5773 | 12/16/2002 | MCI WORLDCOM Communications, Inc | FOSTER, BEVERLY S<br>1 WASHINGTON ST STE 203A<br>WELLESLEY HILLS, MA 02481-1771 | $0.00 | $4,292.37 | $0.00 | $0.00 | $4,292.37 | c,g |

**Exhibit A**
**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Expunge | 6477 | 12/17/2002 | MCI WORLDCOM Communications, Inc. | FRANCIS R BENVENISTE DBA 56-A CHURCH ROAD TELEPHONE ROAD ARNOLD, MD 21401 | $0.00 | $2,800.00 | $0.00 | $0.00 | $2,800.00 | c,g,h,i,j |
| Expunge | 15185 | 1/21/2003 | WorldCom, Inc | FSIN NET 400 WESTCHESTER AVE ANNMARIE SUSSINGHAM DBA YONKERS, NY 10707 | $0.00 | $900.00 | $0.00 | $0.00 | $900.00 | c,g,h,i |
| Allow $365.81 as a general unsecured claim | 8904 | 1/6/2003 | Intermedia Communications Inc. | GASPARE SIMONCINI PO BOX 22205 TAMPA, FL 33622 | $0.00 | $365.81 | $0.00 | $0.00 | $365.81 | c,g |
| Expunge | 36105 | 8/19/2003 | WorldCom, Inc | GOLDBERG, DANIEL J., TRUSTEE OF VANBREEMEN, J MICHAEL & TAM DBA ALLIANCEONE-C/O ROSS, BAN 2 RIVERWAY, SUITE 700 HOUSTON, TX 77056 | $0.00 | $0.00 $2,461,808.11 | $0.00 | $0.00 | $2,461,808.11 | a,b,g,h,j |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection / Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Allow $132,061.02 as a general unsecured claim | 10524 | 1/13/2003 | MCI WORLDCOM Communications, Inc | GRACE MARKETING ASSOC 405 SUFFOLK LN OAK BROOK, IL 60523 | $0.00 | $4,300.00 | $0.00 | $127,761.02 | $132,061.02 | c,g |
| Expunge | 13213 | 1/21/2003 | WorldCom, Inc | HALE, BRAD HALE COMMUNICATION SERVICES 7716 COUNTY C STURGEON BAY, WI 54235 | $0.00 | $502.80 | $0.00 | $0.00 | $502.80 | c,f,g,h,j |
| Allow $283.42 as a general unsecured claim | 13516 | 1/21/2003 | MCI WORLDCOM Communications, Inc | HANEY NETWORK SOLUTIONS HANEY 7320 PRYTHANIA PARK DR COLORADO SPGS, CO 809224114 | $0.00 | $283.42 | $0.00 | $0.00 | $283.42 | c,g |
| Expunge | 36482 | 11/21/2003 | MCI WORLDCOM Communications, Inc | HSG/ATN, INC. C/O ENGLEMAN BERGER, P C 3636 N CENTRAL AVE SUITE 1050 PHOENIX, AZ 85012 | $0.00 | $0.00 | $0.00 | $7,106,348.44 | $7,106,348.44 | a,c,g,h,j,k (offset should be $435,211.33) |

Exhibit A
Third Party Agents/External Commissions Claims

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| **Debtors' Requested Disposition** | | | | | | | | | | |
| Allow $12,276.45 as a general unsecured claim | 4856 | 12/9/2002 | Intermedia Communications Inc | HUMPHREY, MICHAEL A 1860 ASHLAND TRAIL OVIEDO, FL 32765 | $0.00 | $4,650.00 | $0.00 | $7,626.45 | $12,276.45 | c,g |
| Expunge | 34870 | 4/4/2003 | WorldCom, Inc | HUMPHREY, MICHAEL A TELECOMMUNICATIONS CONSULT 1860 ASHLAND TRAIL OVIEDO, FL 32765 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | c,g,h,i,j |
| Reduce & Allow $41,877.14 as a general unsecured claim | 15590 | 1/21/2003 | Telecom*USA, Inc | ICC 101 SOUTHEAST 6TH AVENUE SUIT DELRAY BEACH, FL 33483-5261 | $0.00 | $0.00 | $0.00 | $49,747.45 | $49,747.45 | g,h,j |
| Reduce & Allow $2,163.90 as a general unsecured claim | 15591 | 1/21/2003 | MCI WORLDCOM Communications, Inc | INTEGRATED COMMUNICATIONS CORP 101 SE 6TH AVE STE D DELRAY BEACH, FL 33483 | $0.00 | $0.00 | $0.00 | $42,032.19 | $42,032.19 | g,h,j |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Expunge | 29591 | 1/23/2003 | WorldCom, Inc | INTEGRATED COMMUNICATIONS CORP<br>37676 HILLS TECH DRIVE<br>FARMINGTON HILLS, MI 48331 | $0.00 | $0.00 | $0.00 | $2,498.86 | $2,498.86 | g,h,j |
| Allow $88.20 as a general unsecured claim | 5715 | 12/16/2002 | MCI WORLDCOM Communications, Inc | INTERNATIONAL BUILDERS EXCHANGE<br>43636 WOODWARD AVE<br>SUITE 300C<br>BLOOMFIELD HILLS, MI 48302 | $0.00 | $88.20 | $0.00 | $0.00 | $88.20 | c,g |
| Allow $656.03 as a general unsecured claim | 1946 | 12/2/2002 | Intermedia Communications Inc | JM TECHNOLOGY GROUP INC<br>10631 TAVISTOCK DR<br>TAMPA, FL 33626 | $0.00 | $656.03 | $0.00 | $0.00 | $656.03 | c,g |
| Expunge | 4556 | 12/9/2002 | WorldCom, Inc | JONATHEN & CHRISTINE MARDER<br>DBA (DBA CARRIER CONSULTING)<br>909 LOMA VISTA<br>EL SEGUNDO, CA 90245 | $0.00 | $0.00 | $0.00 | $2,700.00 | $2,700.00 | g,h,j |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Expunge | 1300 | 1/4/2002 | WorldCom, Inc. | KAPP COMMUNICATIONS, INC.<br>57 INDEPENDENCE ST<br>PITTSBURGH, PA 15220-5506 | $0.00 | $0.00 | $0.00 | $3,174.21 | $3,174.21 | g,h,j |
| Expunge | 15304 | 1/21/2003 | Intermedia Communications Inc | KATHY M. ROBERTS DBA INDY WI<br>CHRISTOPHER SIEGEL, ESQ<br>AYRES, CARR & SULLIVAN, P.C.<br>251 EAST OHIO STREET SUITE 500<br>INDIANAPOLIS, IN 46204-2186 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | g,h,j |
| Allow $1,140.56 as a general unsecured claim | 10907 | 1/14/2003 | MCI WORLDCOM Communications, Inc. | KOHYO TELECOMMUNICATIONS INC DBA<br>2281 W 205TH ST STE 102<br>BEST COMMUNICATIONS SYSTEMS<br>TORRANCE, CA 90501 | $0.00 | $1,140.56 | $0.00 | $0.00 | $1,140.56 | c,g |
| Allow $171.18 as a general unsecured claim | 8574 | 1/3/2003 | WorldCom, Inc | LD MANAGEMENT INC<br>9 NINTH AVE N<br>HOPKINS, MN 55343 | $0.00 | $0.00 | $0.00 | $171.18 | $171.18 | |

Exhibit A
Third Party Agents/External Commissions Claims

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Allow $214.39 as a general unsecured claim | 6476 | 12/17/2002 | Intermedia Communications Inc | LEE, ELIZABETH 9412 DUXFORD CT POTOMAC, MD 20854 | $0.00 | $214.39 | $0.00 | $0.00 | $214.39 | c,g |
| Reduce & Allow $6,366.65 as a general unsecured claim | 16941 | 1/21/2003 | Intermedia Communications Inc | LIQUIDITY SOLUTIONS, INC TRANSFEROR: NETWORK FLOW LL ONE UNIVERSITY PLAZA, SUITE 518 HACKENSACK, NJ 07601 | $0.00 | $0.00 | $0.00 | $11,326.03 | $11,326.03 | g,h,j |
| Expunge | 33106 | 1/31/2003 | MCI WORLDCOM Communications, Inc | LIU QIUHONG DBA 219 SAINT FRANCIS ST STE 36 KLZ COMPANY SAN GABRIEL, CA 91776-1439 | $0.00 | $36,000.00 | $0.00 | $0.00 | $36,000.00 | c,g,h,j |
| Reduce & Allow $4,240.89 as a general unsecured claim | 11979 | 1/17/2003 | MCI WORLDCOM Communications, Inc | LIU QIUHONG DBA KLZ COMPANY 219 SAINT FRANCIS ST STE 36 SAN GABRIEL, CA 91776-1439 | $0.00 | $4,867.64 | $0.00 | $0.00 | $4,867.64 | c,d,g,h |

| Omnibus Objection | | | | Exhibit A<br>Third Party Agents/External Commissions Claims | | | | | | In re: WorldCom, Inc. et al.<br>Case No. 02-13533 (AJG) |
|---|---|---|---|---|---|---|---|---|---|---|
| Debtors'<br>Requested<br>Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s)<br>to Claim |
| Expunge | 33102 | 1/31/2003 | MCI WORLDCOM<br>Communications,<br>Inc. | LIU QIUHONG DBA KLZ COMPANY<br>219 SAINT FRANCIS ST STE 36<br>SAN GABRIEL, CA 91776 | $0.00 | $5,200.00 | $0.00 | $0.00 | $5,200.00 | c,g,h,j |
| Allow<br>$1,924.12 as<br>a general<br>unsecured<br>claim | 5772 | 12/16/2002 | MCI WORLDCOM<br>Communications,<br>Inc | LOGIC TELEPHONE INC<br>850 SILASDEANE HWY<br>WETHERSFIELD, CT 06109 | $0.00 | $0.00 | $0.00 | $1,924.12 | $1,924.12 | |
| Allow<br>$6,660.00 as<br>a general<br>unsecured<br>claim | 14389 | 1/21/2003 | WorldCom, Inc | LOGICAL COMMUNCIATIONS SERVICES IN<br>28170 N MAIN ST  STE D<br>DAPHNE, AL  36526 | $0.00 | $6,660.00 | $0.00 | $0.00 | $6,660.00 | c,g |
| Allow<br>$1,000.26 as<br>a general<br>unsecured<br>claim | 11639 | 1/16/2003 | WorldCom, Inc | LONG DISTANCE CO, THE<br>DENNIS BOBET<br>16 SEVERN WAY<br>MONROW TWP, NJ 08831 | $0.00 | $1,000.26 | $0.00 | $0.00 | $1,000.26 | c,g |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection — Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Expunge | 9365 | 1/8/2003 | MCI WORLDCOM Communications, Inc. | LONGACRE MANAGEMENT, LLC TRANSFEROR FUNDING ALTERNAT 810 SEVENTH AVE. 22ND FL NEW YORK, NY 10019 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | g,h,i,j |
| Allow $14,662.85 as a general unsecured claim | 15421 | 1/21/2003 | MCI WORLDCOM Communications, Inc. | LONGACRE MASTER FUND, LTD. TRANSFEROR ALERT MARKETING, ATTN VLADIMIR JELISAVCIC 810 SEVENTH AVE. 22ND FL NEW YORK, NY 10019 | $0.00 | $4,650.00 | $0.00 | $10,012.85 | $14,662.85 | c,g |
| Allow $17,503.72 as a general unsecured claim | 34950 | 4/14/2003 | Intermedia Communications Inc. | LONGACRE MASTER FUND, LTD TRANSFEROR COMMUNICATIONS ATTN VLADIMIR JELISAVCIC 810 SEVENTH AVE. 22ND FL NEW YORK, NY 10019 | $0.00 | $17,503.72 | $0.00 | $0.00 | $17,503.72 | a,c,d,g |
| Reduce & Allow $55,141.61 as a general unsecured claim | 5309 | 12/13/2002 | MCI WORLDCOM Communications, Inc | LONGACRE MASTER FUND, LTD., ASSIGNEE TRANSFEROR HARRY CHANG ATTN VLADIMIR JELISAVCIC 810 SEVENTH AVE. 22ND FL NEW YORK, NY 10019 | $0.00 | $60,363.13 | $0.00 | $0.00 | $60,363.13 | c,d,g,h |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Allow $13,384.74 as a general unsecured claim | 9324 | 1/8/2003 | MCI WORLDCOM Communications, Inc | MADISON LIQUIDITY INVESTORS 116, LLC TRANSFEROR: F BRETT STAUFFER 6310 LAMAR AVE., SUITE 120, OVERLAND PARK, KS 66202 | $0.00 | $13,384.74 | $0.00 | $0.00 | $13,384.74 | c,d,g |
| Allow $1,104.02 as a general unsecured claim | 7547 | 12/24/2002 | Intermedia Communications Inc | MARTIN JAY 3805 SHILOH RIDGE RUN SUWANEE, GA 30024 | $0.00 | $1,104.02 | $0.00 | $0.00 | $1,104.02 | c,g |
| Expunge | 34880 | 4/7/2003 | WorldCom, Inc | MARTIN, WILLIAM TIMOTHY 15602 MATHIS RD WALLER, TX 77484 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 | a,g,h,j |
| Expunge | 32160 | 1/24/2003 | WorldCom, Inc | MCLAUGHLIN-TURNER, EVELYN 838 E BELVEDERE AVE BALTIMORE, MD 21212 | $0.00 | $7,821.58 | $0.00 | $0.00 | $7,821.58 | a,c,d,g,h,j |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection / Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Reduce & Allow $29,176.00 as a general unsecured claim | 4342 | 12/9/2002 | WorldCom, Inc | MEMPHIS-SHELBY COUNTY AIRPORT<br>2491 WINCHESTER RD STE 113<br>MEMPHIS, TN 38116-3856 | $0.00 | $0.00 | $0.00 | $85,344.12 | $85,344.12 | g,h,j |
| Allow $60.53 as a general unsecured claim | 3811 | 12/9/2002 | MCI WORLDCOM Communications, Inc | MESSAGE ON HOLD NW<br>2925 BARBWOOD CT<br>COMMERCE TWP. MI 48382 | $0.00 | $60.53 | $0.00 | $0.00 | $60.53 | c,g |
| Expunge | 7031 | 12/23/2002 | WorldCom, Inc | MESSAGE ON HOLD OF AMERICA INC THE<br>WALL, DOUGLAS N<br>10632 GRAND RIVIERE DR<br>TAMPA, FL 33647-3330 | $0.00 | $1,811.17 | $0.00 | $0.00 | $1,811.17 | c,g,h,j |
| Expunge | 23895 | 1/23/2003 | MCImetro Access Transmission Services LLC | MICHIGAN BELL TELEPHONE COMPANY<br>SBC BANKRUPTCY DEPARTMENT<br>722 N BROADWAY, FLOOR 11<br>MILWAUKEE, WI 53202 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | g,j |

Wednesday, October 13, 2004

Page 20 of 34

**Exhibit A**
**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Allow $1,411.46 as a general unsecured claim | 1821 | 11/27/2002 | MCI WORLDCOM Communications, Inc. | MILLER TELECOMMUNICATIONS CORP 2 EXECUTIVE BLVD STE 201 SUFFERN, NY 10901 | $0.00 | $1,411.46 | $0.00 | $0.00 | $1,411.46 | c.g |
| Allow $420.64 as a general unsecured claim | 11291 | 1/15/2003 | Intermedia Communications Inc | MUNDER MAX 608 GRANDVIEW CT EUREKA, MO 63025 | $0.00 | $420.64 | $0.00 | $0.00 | $420.64 | c.g |
| Reduce & Allow $7,737.37 as a general unsecured claim | 21514 | 1/23/2003 | MCI WORLDCOM Communications, Inc. | NATIONAL STONE ASSOCIATION 2101 WILSON BLVD STE 100 ARLINGTON, VA 22201 | $0.00 | $0.00 | $0.00 | $13,737.73 | $13,737.73 | g.h.j |
| Allow $848.07 as a general unsecured claim | 5964 | 12/16/2002 | Intermedia Communications Inc. | NEXT FACTORS TRANSFEROR: TELECONNECT COM 72 VAN REIPEN AVE SUITE 37 JERSEY CITY, NJ 07306 | $0.00 | $848.07 | $0.00 | $0.00 | $848.07 | c.g |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection / Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Allow $5,766.69 as a general unsecured claim | 15614 | 1/21/2003 | MCI WORLDCOM Communications, Inc | NEXT FACTORS / TRANSFEROR FLORIDA HEALTH C / 72 VAN REIPEN AVE / SUITE 37 / JERSEY CITY, NJ 07306 | $0.00 | $5,766.69 | $0.00 | $0.00 | $5,766.69 | c,g |
| Expunge | 9480 | 1/9/2003 | MCI WORLDCOM Network Services, Inc | NORTHAMERICAN COMMUNICATION / 256 B KINGSBURY GRADE / P.O. BOX 3465 / LAKE TAHOE, NV 89449-0000 | $0.00 | $0.00 | $0.00 | $5,140.06 | $5,140.06 | f,g,h,j |
| Reduce & Allow $11,822.80 as a general unsecured claim | 6537 | 12/17/2002 | MCI WORLDCOM Communications, Inc | OFFSHORE MARINE SERVICES ASSOC / 990 N CORPORATE DR SUITE 210 / ATTN MITZI RAY / HARAHAN, LA 70123 | $0.00 | $4,650.00 | $0.00 | $7,312.80 | $11,962.80 | c,g,h |
| Expunge | 12320 | 1/17/2003 | MCI WORLDCOM Network Services, Inc | OHIO DEPT OF YOUTH SERVICES / C/O JILL A WHITWORTH, AAG / 101 E TOWN ST., 3RD FLR / COLUMBUS, OH 43215 | $0.00 | $0.00 | $0.00 | $85,547.04 | $85,547.04 | f,g,h,j |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection | | | | | | | | | | In re: WorldCom, Inc. et al. Case No. 02-13533 (AJG) |
|---|---|---|---|---|---|---|---|---|---|---|
| Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
| Expunge | 12510 | 1/17/2003 | WorldCom, Inc | ONETEL COMMUNICATIONS 12257 S W 130TH STREET MIAMI, FL 33186-6218 | $0.00 | $0.00 | $0.00 | $165,833.00 | $165,833.00 | g,h,j |
| Reduce & Allow $3,198.27 as a general unsecured claim | 6908 | 12/23/2002 | Intermedia Communications Inc | PROFESSIONAL NETWORK CONSULTANTS PO BOX 38234 CHARLOTTE, NC 28278 | $0.00 | $4,650.00 | $0.00 | $635.63 | $5,285.63 | c,g,h,j |
| Reduce & Allow $46.94 as a general unsecured claim | 6159 | 12/16/2002 | WorldCom, Inc | RAMADA INN 3901 NORTH COLLEGE FAYETTEVILLE, AR 72703 | $0.00 | $0.00 | $0.00 | $745.09 | $745.09 | g,h,j |
| Allow $720.00 as a general unsecured claim | 22115 | 1/22/2003 | MCI WORLDCOM Communications, Inc | RBL CONSULTING INC 909 WYNGATE CT SAFETY HARBOR, FL 34695S650 | $0.00 | $720.00 | $0.00 | $0.00 | $720.00 | c,g |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Expunge | 11918 | 1/13/2003 | WorldCom, Inc. | RESTAURANT EL TIZON<br>2850 W VAN BUREN<br>PHOENIX, AZ 85040 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | c,g,h,j |
| Reduce & Allow $78,952.80 as a general unsecured claim | 26561 | 1/23/2003 | WorldCom, Inc. | RMC CORPORATE BENEFITS PLAN<br>814 SKIPPACK PIKE<br>BLUE BELL, PA 19422 | $0.00 | $4,650.00 | $0.00 | $310,052.29 | $314,702.29 | c,g,h,j |
| Allow $138.14 as a general unsecured claim | 2562 | 12/2/2002 | MCI WORLDCOM Communications, Inc. | RONALD J CAUDA DBA<br>1 PARKSIDE TERRACE STE 2C<br>RJC ASSOCIATES<br>WEST PATERSON, NJ 07424-2750 | $0.00 | $138.14 | $0.00 | $0.00 | $138.14 | c,g |
| Allow $3,690.81 as a general unsecured claim | 21744 | 1/22/2003 | MCI WORLDCOM Communications, Inc. | SATURN INTERNET TECHNOLOGIES<br>101 FAYETTE ST<br>PERTH AMBOY, NJ 08861 | $0.00 | $3,856.89 | $0.00 | $0.00 | $3,856.89 | c,g,h |

Wednesday, October 13, 2004

Page 24 of 34

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection<br>Debtors'<br>Requested<br>Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s)<br>to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Reduce &<br>Allow<br>$20,492.11<br>as a general<br>unsecured<br>claim | 21711 | 1/22/2003 | MCI WORLDCOM<br>Communications,<br>Inc | SECOND CENTURY COMMUNICATIONS LLC<br>PO BOX 1418<br>BONITA SPRINGS, MO 34133-1418 | $0.00 | $55,717.23 | $0.00 | $0.00 | $55,717.23 | c,d,g,h,j |
| Expunge | 25218 | 1/23/2003 | Metropolitan Fiber<br>Systems of New<br>York, Inc | SECURITIES INDUSTRY AUTOMATION COR<br>2 METRO TECH CENTER<br>ATTN: FRANK J LANGELLA, ESQ<br>BROOKLYN, NY 11201 | $0.00 | $45,600.00 | $0.00 | $0.00 | $45,600.00 | c,e,g,h,j |
| Allow<br>$79.29 as a<br>general<br>unsecured<br>claim | 4188 | 12/9/2002 | MCI WORLDCOM<br>Communications,<br>Inc | SELECTIVE TELECOM NETWORKS INC<br>1213 ALAMEDA AVENUE<br>CLEARWATER, FL 33759 | $0.00 | $79.29 | $0.00 | $0.00 | $79.29 | c,g |
| Allow<br>$708.00 as a<br>general<br>unsecured<br>claim | 7144 | 12/23/2002 | Intermedia<br>Communications Inc | SHAWNEE DATACOM INC<br>PO BOX 2481<br>BALA CYNWYD, PA 19004 | $0.00 | $708.00 | $0.00 | $0.00 | $708.00 | c,g |

Exhibit A
Third Party Agents/External Commissions Claims

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Expunge | 32918 | 1/28/2003 | WorldCom, Inc. | SKYNET COMMUNICATION<br>6400 18TH AVE<br>BROOKLYN, NY 11204 | $0.00 | $0.00 | $0.00 | $57,533.70 | $57,533.70 | a,g,h,j |
| Reduce & Allow $16,977.89 as a general unsecured claim | 14320 | 1/21/2003 | MCI WORLDCOM Communications, Inc | SUBBLOIC, ALBERT R<br>11 BUNKER HILL ROAD<br>WOODBRIDGE, CT 06525-2508 | $0.00 | $4,650.00 | $0.00 | $158,553.00 | $163,203.00 | c,g,h,j |
| Allow $1,052.54 as a general unsecured claim | 2786 | 12/2/2002 | MCI WORLDCOM Communications, Inc | SYSNET WEB COM INC<br>W62 N228 WASHINGTON AVE<br>CEDARBURG, WI 53012 | $0.00 | $1,052.54 | $0.00 | $0.00 | $1,052.54 | c,g |
| Allow $2,469.09 as a general unsecured claim | 4031 | 12/9/2002 | MCI WORLDCOM Network Services, Inc | SZMANIA ENTERPRISES<br>3605 S E 52ND AVENUE<br>PORTLAND, OR 97206-0000 | $0.00 | $2,469.09 | $0.00 | $0.00 | $2,469.09 | c,g |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Allow $820.84 as a general unsecured claim | 4032 | 12/9/2002 | Teleom*USA, Inc. | SZMANIA ENTERPRISES 3605 S.E. 52ND AVENUE PORTLAND, OR 97206-0000 | $0.00 | $820.84 | $0.00 | $0.00 | $820.84 | c,g |
| Allow $34.79 as a general unsecured claim | 2732 | 12/2/2002 | MCI WORLDCOM Communications, Inc | TELCO WORLDWIDE SOLUTIONS INC 16 W JANE ST GLENWOOD, IL 60425-1608 | $0.00 | $34.79 | $0.00 | $0.00 | $34.79 | c,g |
| Reduce & Allow $584.98 as a general unsecured claim | 5142 | 12/11/2002 | MCI WORLDCOM Communications, Inc | TELECOM 3000 ZENG 1 WATERS PARK DR STE 100 SAN MATEO, CA 944031156 | $0.00 | $656.85 | $0.00 | $0.00 | $656.85 | c,g,h |
| Expunge | 35539 | 5/15/2003 | TTI National, Inc | TELECOM SMART COM, INC 2400 E. COMMERCIAL BLVD SUITE 720 FORT LAUDERDALE, FL 33308 | $0.00 | $0.00 | $0.00 | $1,444.72 | $1,444.72 | a,g,h,j |

Exhibit A

Third Party Agents/External Commissions Claims

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Expunge | 27863 | 1/23/2003 | WorldCom, Inc | TELEDOTCOM 55 W 19TH ST NEW YORK, NY 10011 | $0.00 | $1,729.20 | $0.00 | $0.00 | $1,729.20 | c,g,h,j |
| Expunge | 28086 | 1/23/2003 | WorldCom, Inc | TELEDOTCOM 55 W 19TH ST NEW YORK, NY 10011 | $0.00 | $1,591.20 | $0.00 | $0.00 | $1,591.20 | c,g,h,j |
| Expunge | 28085 | 1/23/2003 | WorldCom, Inc | TELEDOTCOM INC 55 W 19TH ST NEW YORK, NY 10011 | $0.00 | $9,826.80 | $0.00 | $0.00 | $9,826.80 | c,d,g,h,j |
| Expunge | 28087 | 1/23/2003 | WorldCom, Inc | TELEDOTCOM INC 55 W 19TH ST NEW YORK, NY 10011 | $0.00 | $1,544.40 | $0.00 | $0.00 | $1,544.40 | c,g,h,j |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection | | | | | | | | | In re: WorldCom, Inc. et al. Case No. 02-13533 (AJG) |
|---|---|---|---|---|---|---|---|---|---|
| Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
| Expunge | 6505 | 12/17/2002 | TTI National, Inc | TELEPHONE ROAD FRANCIS BENVENISTE DBA56 - A C ARNOLD, MD 21012 | $0.00 | $2,800.00 | $0.00 | $0.00 | $2,800.00 | c,g,h,t,j |
| Allow $3,365.12 as a general unsecured claim | 6451 | 12/17/2002 | MCI WORLDCOM Communications, Inc | TELSAVE COMMUNICATIONS INC 16887 KNIGHTSBRIDGE LANE ATTN EVELYN AND MARTY MAYBL DERAY BEACH, FL 33484 | $0.00 | $3,365.12 | $0.00 | $0.00 | $3,365.12 | c,g |
| Expunge | 34380 | 3/6/2003 | MCI WORLDCOM Communications, Inc | TELSAVE COMMUNICATIONS INC 16887 KNIGHTSBRIDGE LANE ATTN EVELYN AND MARTY MAYBL DEL RAY BEACH, FL 33484 | $0.00 | $0.00 | $0.00 | $45,000.00 | $45,000.00 | a,c,d,g,h,t,j |
| Expunge | 12667 | 1/17/2003 | WorldCom, Inc | TENNESSEE BOARD OF REGENTS - TENNES TECH UNIVERSITY C/O TN ATTY GENERAL, BANKRUPT PO BOX 20207 NASHVILLE, TN 37202-0207 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | g,j |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection — Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Reduce & Allow $4,274.68 as a general unsecured claim | 19064 | 1/22/2003 | WorldCom, Inc. | TJ TELECOMMUNICATIONS, INC 8 CARRIAGE WALK CT BALTIMORE, MD 21234-1425 | $0.00 | $4,279.68 | $0.00 | $0.00 | $4,279.68 | c,g,h |
| Reduce & Allow $28.00 as a general unsecured claim | 32505 | 1/24/2003 | MCI WORLDCOM Network Services, Inc | TOLL CALL INC 6000 LIVE OAK PARKWAY STE 111A NORCROSS, GA 30091-0000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | a,g,h,j |
| Expunge | 34867 | 4/4/2003 | WorldCom, Inc. | TRAD SOLUTIONS INC 7341 ALTO CARO DALLAS, TX 75248 | $0.00 | $78,000.00 | $0.00 | $0.00 | $78,000.00 | a,c,g,h,i,j |
| Reduce & Allow $26,006.71 as a general unsecured claim | 342 | 8/26/2002 | WorldCom, Inc. | TRAD SOLUTIONS, INC 7341 ALTO CARO DALLAS, TX 75248 | $0.00 | $0.00 | $0.00 | $40,500.00 | $40,500.00 | g,h,i,j |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

| Omnibus Objection / Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Expunge | 3744 | 12/9/2002 | Intermedia Communications Inc | UNIVERSAL TRADING AFFILIATES INC<br>6 CYCLAMEN COURT E<br>HOMOSASSA, FL 34446 | $0.00 | $13,741.06 | $0.00 | $0.00 | $13,741.06 | c,d,g,h,i,j |
| Expunge | 16858 | 1/21/2003 | MCI WORLDCOM Communications, Inc | UNIVERSITY OF FLORIDA ALUMNI<br>2012 W UNIVERSITY AVE<br>GAINESVILLE, FL 32603 | $0.00 | $0.00 | $0.00 | $24,760.66 | $24,760.66 | g,h,j |
| Allow $15,456.87 as a general unsecured claim | 11099 | 1/15/2003 | MCI WORLDCOM Communications, Inc | UNIVERSITY OF VIRGINIA ALUMNI<br>211 EMMET ST PO BOX 3446<br>ASSOCIATION<br>CHARLOTTESVILLE, VA 22903 | $0.00 | $4,341.91 | $0.00 | $6,844.60 | $11,186.51 | c,g |
| Allow $18,745.20 as a general unsecured claim | 10482 | 1/13/2003 | MCI WORLDCOM Communications, Inc | US WORLD TRADING<br>1757 W ANDES DR<br>UPLAND, CA 91784 | $0.00 | $18,745.20 | $0.00 | $0.00 | $18,745.20 | c,d,g |

**Exhibit A**

## Third Party Agents/External Commissions Claims

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection / Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Allow $394.87 as a general unsecured claim | 4653 | 12/9/2002 | Intermedia Communications Inc | VANGUARD NETWORK SERVICES INC 179 W VIEW RD SOUTHBURY, CT 06488 | $0.00 | $394.87 | $0.00 | $0.00 | $394.87 | c,g |
| Expunge | 30757 | 1/23/2003 | MCI WORLDCOM Communications, Inc | VETERANS AFFAIRS - VETERANS CA 1335 EAST-WEST HIGHWAY 3RD FLOOR ATTN DEBORAH MARTINEZ SILVER SPRING, MD 20910 | $0.00 | $0.00 | $60,574.49 | $0.00 | $60,574.49 | b,f,g,h,j |
| Allow $190.07 as a general unsecured claim | 7652 | 12/26/2002 | MCI WORLDCOM Communications, Inc | WALLULIS, STEVEN D DBA 15410 SW 155TH CT TRANSTEL COMMUNICATIONS BEAVERTON, OR 97007 | $0.00 | $190.07 | $0.00 | $0.00 | $190.07 | c,g |
| Reduce & Allow $6,126.18 as a general unsecured claim | 31512 | 1/23/2003 | MCI WORLDCOM Communications, Inc | WEBSOURCE USA INC 4630 S KIRKMAN RD #335 ORLANDO, FL 32811 | $0.00 | $0.00 | $0.00 | $8,112.94 | $8,112.94 | g,h |

**Exhibit A**

**Third Party Agents/External Commissions Claims**

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Expunge | 33324 | 2/3/2003 | MCI WORLDCOM Communications, Inc | WEBSOURCE USA, INC 4630 S KIRKMAN RD #335 ORLANDO, FL 32811 | $0.00 | $0.00 | $0.00 | $25,297.62 | $25,297.62 | g;h;j |
| Allow $1,105.71 as a general unsecured claim | 8361 | 1/2/2003 | MCI WORLDCOM Communications, Inc | WENDY KOUMARIANOS 163 FOX HOLLOW RD WYCKOFF, NJ 07481 | $0.00 | $1,105.71 | $0.00 | $0.00 | $1,105.71 | c;g |
| Expunge | 16588 | 1/21/2003 | MCI WORLDCOM Communications, Inc | WIRELESS SERVICES & COMMUNICATIONS 6441 BERMUDA DUNES ATTN EVELINE JOHNSON PLANO, TX 75093 | $0.00 | $0.00 | $0.00 | $46,990.79 | $46,990.79 | g;h;j |
| Allow $1,943.74 as a general unsecured claim | 3978 | 12/6/2002 | MCI WORLDCOM Communications, Inc | YADEGAR, JAHANYAR 10366 WILSHIRE BLVD APT 2 LOS ANGELES, CA 90024 | $0.00 | $1,943.74 | $0.00 | $0.00 | $1,943.74 | c;g |

Exhibit A
Third Party Agents/External Commissions Claims

In re: WorldCom, Inc. et al.
Case No. 02-13533 (AJG)

| Omnibus Objection | | | | | | | | | | In re: WorldCom, Inc. et al. Case No. 02-13533 (AJG) |
|---|---|---|---|---|---|---|---|---|---|---|
| Debtors' Requested Disposition | Claim # | Date Filed | Debtor | Claimant Name And Address | Administrative | Priority | Secured | Unsecured | Total | Debtors' Objection(s) to Claim |
| Expunge | 22270 | 1/22/2003 | WorldCom, Inc | YADEGAR, JAHANYAR 10366 WILSHIRE BLVD #2 LOS ANGELES, CA 90024 | $0.00 | $0.00 | $0.00 | $1,954.33 | $1,954.33 | g,h,i,j |

Wednesday, October 13, 2004

Page 34 of 34