UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                          :
                                               :    07 Civ. 3271 (RMB)
WORLDCOM, INC., et al.,                        :
                                               :    ECF Case
        Reorganized Debtors.                   :
                                               :
------------------------------------------------------x
                                               :
HSG/ATN, INC.,                                 :
                                               :    Chapter 11
        Appellant,                             :    Case No. 02-13533 (AJG)
                                               :    (Jointly Administered)
        v.                                     :
                                               :
MCI WORLDCOM                                   :    Adv. Proc. No. 05-3143
COMMUNICATIONS, INC., and                      :
WORLDCOM, INC.                                 :
                                               :
        Appellees.                             :
                                               :
------------------------------------------------------x

## MOTION TO ADMIT ANGELA G. HEPPNER PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, W. Dennis Cross, a member of good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Angela G. Heppner
    Stinson Morrison Hecker LLP
    1201 Walnut, Suite 2900
    Kansas City, MO 64106
    Telephone: (816) 842-9600
    Facsimile: (816) 691-3495

Angela G. Heppner is a member in good standing of the Bar of the States of Missouri and Kansas. There are no pending disciplinary proceedings against Ms. Heppner in any State or Federal court.

Dated: May 25, 2007
Kansas City, Missouri

Respectfully submitted,

*/s/ W. Dennis Cross*

W. Dennis Cross, SDNY Bar Code: WC4756
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2900
Kansas City, MO 64016
Telephone: (816) 842-8600
Facsimile: (816) 691-3495

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
| | |
|---|---|
| In re : | 07 Civ. 3271 (RMB) |
| WORLDCOM, INC., et al., : | |
| : | ECF Case |
| Reorganized Debtors. : | |
| : | |

------------------------------------------------------x

| | |
|---|---|
| HSG/ATN, INC., : | |
| : | |
| Appellant, : | Chapter 11 |
| : | Case No. 02-13533 (AJG) |
| v. : | (Jointly Administered) |
| : | |
| MCI WORLDCOM : | Adv. Proc. No. 05-3143 |
| COMMUNICATIONS, INC., and : | |
| WORLDCOM, INC. : | |
| : | |
| Appellees. : | |

------------------------------------------------------x

### AFFIDAVIT OF W. DENNIS CROSS IN SUPPORT OF MOTION TO ADMIT MICHAEL E. TUCCI PRO HAC VICE

W. Dennis Cross, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Stinson Morrison Hecker LLP, counsel for Appellees in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Appellees' motion to admit Michael E. Tucci as counsel pro have vice to represent the Appellees in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted on April 13, 1970. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Michael Tucci for approximately 20 years

4. Mr. Tucci is an attorney at Stinson Morrison Hecker LLP.

5. I have found Mr. Tucci to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Michael Tucci, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Michael Tucci, pro hac vice, to represent the Appellees in the above-captioned matter, be granted.

Dated: May 25, 2007
City, State: Kansas City, Missouri

Notarized:

COX
No          Notary Seal
            SSOURI
            unty
My Commission Expires: August 24, 2008

Respectfully submitted,

W. Dennis Cross
SDNY Bar Code: WC4756
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2900
Kansas City, MO 64016
Telephone: (816) 842-8600
Facsimile: (816) 691-3495



Karen A. Gould, President
McSweeney, Crump, Childress & Gould, P.C.
11 South Twelfth Street
Richmond, VA 23219
Telephone: (804) 545-2415

Howard W. Martin, Jr., President-elect
Crenshaw, Ware & Martin, P.L.C.
1200 Bank of America Center
Norfolk, VA 23510-2111
Telephone: (757) 623-3000

Phillip V. Anderson, Immediate Past President
Frith Anderson & Peake, P.C.
P.O. Box 1240
Roanoke, VA 24006-1240
Telephone: (540) 772-4600

George W. Chabalewski
Bar Counsel

# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501    TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

May 22, 2007

**CERTIFICATE OF GOOD STANDING**

THIS IS TO CERTIFY THAT **MICHAEL EDWARD TUCCI** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. TUCCI** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 25, 1991**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

*Thomas A. Edmonds*

THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Michael E. Tucci

was on the 1st day of November, 1991 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 21, 2007.

GARLAND PINKSTON, JR., CLERK

By: *Christopher C. D[...]*
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                                  :
                                                       :   07 Civ. 3271 (RMB)
WORLDCOM, INC., et al.,                                :
                                                       :   ECF Case
        Reorganized Debtors.                          :
                                                       :
------------------------------------------------------x
                                                       :
HSG/ATN, INC.,                                         :
                                                       :
                                                       :   Chapter 11
        Appellant,                                    :   Case No. 02-13533 (AJG)
                                                       :   (Jointly Administered)
        v.                                            :
                                                       :
MCI WORLDCOM                                           :   Adv. Proc. No. 05-3143
COMMUNICATIONS, INC., and                              :
WORLDCOM, INC.                                         :
                                                       :
        Appellees.                                    :
                                                       :
------------------------------------------------------x

## AFFIDAVIT OF SERVICE

W. Dennis Cross, being duly sworn, deposes and says:

1.    I am a member of the law firm of Stinson Morrison Hecker LLP, am over 18 years of age and am not a party to this action.

2.    On May 25, 2007, a copy of the Motion to Admit Michael E. Tucci Pro Hac Vice, Motion to Admit Angela G. Heppner Pro Hac Vice, Affidavit of W. Dennis Cross in Support of Motion to Admit Michael E. Tucci Pro Hac Vice, Affidavit of W. Dennis Cross in Support of Motion to Admit Angela G. Heppner Pro Hac Vice, and the proposed orders were served *via* U.S. Mail, postage prepaid, on the following:

Eric B. Fisher
Morgenstern Jacobs & Blue, LLC
885 Third Avenue
New York, NY 10022
Attorney for HSG/ATN, Inc.


Dated: May 25, 2007
Kansas City, Missouri

                      Respectfully submitted,

                      *W. Dennis Cross*

                      W. Dennis Cross, SDNY Bar Code: WC4756
                      STINSON MORRISON HECKER LLP
                      1201 Walnut, Suite 2900
                      Kansas City, MO 64016
                      Telephone: (816) 842-9600
                      Facsimile: (816) 691-3495


Sworn to before me this 25th day of May, 2007

*Penny L. Cox*

Notary Public,
State of Missouri, Jackson County

          PENNY L. COX
      Notary Public - Notary Seal
        STATE OF MISSOURI
           Clay County
  My Commission Expires: August 24, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x
In re                                       :
                                            :    07 Civ. 3271 (RMB)
WORLDCOM, INC., et al.,                     :
                                            :    ECF Case
         Reorganized Debtors.               :
                                            :
---------------------------------------------------x
                                            :
HSG/ATN, INC.,                              :
                                            :
                                            :    Chapter 11
         Appellant,                         :    Case No. 02-13533 (AJG)
                                            :    (Jointly Administered)
         v.                                 :
                                            :
MCI WORLDCOM                                :    Adv. Proc. No. 05-3143
COMMUNICATIONS, INC., and                   :
WORLDCOM, INC.                              :
                                            :
         Appellees.                         :
                                            :
---------------------------------------------------x

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of W. Dennis Cross, attorney for Appellees MCI WorldCom Communications, Inc., and WorldCom, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name:  Michael E. Tucci

Firm Name:  Stinson Morrison Hecker

Address:  1150 18th Street, N.W., Suite 800

City/State/Zip: Washington, D.C. 2003

Telephone/Fax:  (202) 785-9100/ (202) 785-9163

Email Address:  mtucci@stinson.com

is admitted to practice pro hac vice as counsel for Appellees in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____

_____
City, State

                                        _____
                                        United States District/Magistrate Judge