UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                    :
                                         :    07 Civ. 3271 (RMB)
WORLDCOM, INC., et al.,                  :
                                         :    ECF Case
         Reorganized Debtors.            :
                                         :
------------------------------------------------------x
                                         :
HSG/ATN, INC.,                           :
                                         :    Chapter 11
         Appellant,                      :    Case No. 02-13533 (AJG)
                                         :    (Jointly Administered)
         v.                              :
                                         :
MCI WORLDCOM                             :    Adv. Proc. No. 05-3143
COMMUNICATIONS, INC., and                :
WORLDCOM, INC.                           :
                                         :
         Appellees.                      :
                                         :
------------------------------------------------------x

## MOTION TO ADMIT MICHAEL E. TUCCI PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, W. Dennis Cross, a member of good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Michael E. Tucci
Stinson Morrison Hecker LLP
1150 18th Street, N.W., Suite 800
Washington, D.C. 2003
Telephone: (202) 785-9100
Facsimile: (202) 785-9163

DB02/048629 0094_3782/7578885.1

Michael E. Tucci is a member in good standing of the Bar of the Commonwealth of Virginia and of Washington, D.C.[1] There are no pending disciplinary proceedings against Mr. Tucci in any State or Federal court.

Dated: May 25, 2007
Kansas City, Missouri

                                      Respectfully submitted,

                                      */s/ W. Dennis Cross*
                                      W. Dennis Cross, SDNY Bar Code: WC4756
                                      STINSON MORRISON HECKER LLP
                                      1201 Walnut, Suite 2900
                                      Kansas City, MO 64016
                                      Telephone: (816) 842-8600
                                      Facsimile: (816) 691-3495

---

[1] Mr. Tucci was a member of the Bar of the State of Tennessee but is in the process of deactiving his Tennesee license.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
In re                                             :
                                                  :   07 Civ. 3271 (RMB)
WORLDCOM, INC., et al.,                           :
                                                  :   ECF Case
       Reorganized Debtors.                       :
                                                  :
----------------------------------------------------x
                                                  :
HSG/ATN, INC.,                                    :
                                                  :   Chapter 11
       Appellant,                                 :   Case No. 02-13533 (AJG)
                                                  :   (Jointly Administered)
       v.                                         :
                                                  :
MCI WORLDCOM                                      :   Adv. Proc. No. 05-3143
COMMUNICATIONS, INC., and                         :
WORLDCOM, INC.                                    :
                                                  :
       Appellees.                                 :
                                                  :
----------------------------------------------------x

### AFFIDAVIT OF W. DENNIS CROSS IN SUPPORT OF MOTION TO ADMIT ANGELA G. HEPPNER PRO HAC VICE

W. Dennis Cross, being duly sworn, hereby deposes and says as follows:

1.    I am an attorney at Stinson Morrison Hecker LLP, counsel for Appellees in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Appellees' motion to admit Angela G. Heppner as counsel pro have vice to represent the Appellees in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted on April 13, 1970. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Angela Heppner since 2004.

4. Ms. Heppner is an attorney at Stinson Morrison Hecker LLP.

5. I have found Ms. Heppner to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Angela Heppner, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Angela Heppner, pro hac vice, to represent the Appellees in the above-captioned matter, be granted.

Dated: May 25, 2007
City, State: Kansas City, Missouri

Notarized:

PENNY L. COX
Notary Public - Notary Seal
STATE OF MISSOURI
Clay County
My Commission Expires: August 24, 2008

Respectfully submitted,

W. Dennis Cross
SDNY Bar Code: WC4756
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2900
Kansas City, MO 64016
Telephone: (816) 842-8600
Facsimile: (816) 691-3495

# The Supreme Court of Kansas



# Certificate of Good Standing

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on ___April 29, 2005___,

## ANGELA GERMAINE HEPPNER

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this __18TH__ day of __May__, __2007__.

_Carol G. Green_
Clerk of the Supreme Court of Kansas

*The Supreme Court of Missouri*



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on September 29, 2004,

*Angela Germaine Heppner*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

    IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 22nd day of May, 2007.

_____
Clerk of the Supreme Court of Missouri

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | 07 Civ. 3271 (RMB) |
| WORLDCOM, INC., et al., | : | |
| | : | ECF Case |
| Reorganized Debtors. | : | |
| | : | |

------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| HSG/ATN, INC., | : | |
| | : | Chapter 11 |
| Appellant, | : | Case No. 02-13533 (AJG) |
| | : | (Jointly Administered) |
| v. | : | |
| | : | |
| MCI WORLDCOM | : | Adv. Proc. No. 05-3143 |
| COMMUNICATIONS, INC., and | : | |
| WORLDCOM, INC. | : | |
| | : | |
| Appellees. | : | |
| | : | |

------------------------------------------------------x

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of W. Dennis Cross, attorney for Appellees MCI WorldCom Communications, Inc., and WorldCom, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Angela G. Heppner

Firm Name: Stinson Morrison Hecker

Address: 1201 Walnut St.

City/State/Zip: Kansas City, Missouri  64106

Telephone/Fax: (816) 691-3163/ (816) 691-3495

Email Address: aheppner@stinson.com

DB02/048629 0094 3782/7578864.1

is admitted to practice pro hac vice as counsel for Appellees in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____

_____
City, State

_____
United States District/Magistrate Judge