**MEMO ENDORSED**



MORGENSTERN JACOBS & BLUE, LLC
Attorneys at Law
885 Third Avenue
New York, New York 10022
Telephone: (212) 750-6776
Facsimile: (212) 750-3128

Eric B. Fisher
Admitted in New York
efisher@mjbllc.com

> **Application Granted.**
>
> SO ORDERED:
> Date: 6/15/07    Richard M. Berman
> Richard M. Berman, U.S.D.J.

June 14, 2007

**BY HAND**

Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *HSG/ATN, Inc. v. MCI Worldcom, et al.*, Case No. 07-3271 (RMB)

Dear Judge Berman:

    We represent appellant HSG/ATN, Inc. in the above-referenced appeal from an order of the Bankruptcy Court. With the consent of counsel for appellees, we respectfully request an adjournment of one business day, from Friday June 15, 2007 to Monday June 18, 2007, to file our Reply Brief. No previous extensions have been sought.

    We thank the Court for its attention to this request.

                                    Respectfully submitted,

                                    Eric B. Fisher/LJL

                                    Eric B. Fisher

cc: Michael Tucci, Esq. (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/07

RECEIVED JUN 15 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.