UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re :

WORLDCOM, INC., et al.,

                    Reorganized Debtors.
-------------------------------------------------------x

HSG/ATN, INC.

                Appellant,

              v.

MCI WORLDCOM
COMMUNICATIONS, INC. and
WORLDCOM, INC.,

              Appellees

-------------------------------------------------------x

07 Civ. 3271 (RMB)

ECF Case

Chapter 11 Case No.
02-13533 (AJG)
(Jointly Administered)

Adv. Proc. No. 05-3143 (AJG)

**AFFIDAVIT OF SERVICE**

State of New York      )
                              ) ss:
County of New York   )

      Kandra Payne, being duly sworn, deposes and says:

      1.      That deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

      2.      That on June 18, 2007, a true and correct copy of Appellant HSG/ATN, Inc.'s Reply Brief in Support of Appeal. was served upon:

      Michael E. Tucci, Esq.
      Stinson Morrison Hecker LLP
      1150 18th Street, N.W. Suite 800
      Washington, D.C. 20036

2

at the address designated by said party for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service.

          ___/s/ Kandra Payne_____
               Kandra Payne

Sworn to before me on
this 19th day of June 2007

/s/ Rachel K. Marcoccia
Notary Public, State of New York
No. 02MA6070474
Qualified in New York County
Commission Expires March 4, 2010