UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re WORLDCOM, INC., et al.,

                Reorganized Debtors.
------------------------------------------------------------X
HSG/ATN, INC.,

                Appellant,

         -against-

MCI WORLDCOM COMMUNICATIONS, INC.
and WORLDCOM, INC.,

                Appellees.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

07 CIVIL 3271 (RMB)

**JUDGMENT**

Appellant having appealed from an order of the United States Bankruptcy Court for the Southern District of New York (Gonzalez, J.), and the matter having come before the Honorable Richard M. Berman, United States District Judge, and the Court, on October 19, 2007, having rendered its Decision and Order affirming the Bankruptcy Court's Judgment and dismissing the appeal in 07 Civ. 3271, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated October 19, 2007, the Bankruptcy Court's Judgment is hereby affirmed and the appeal in 07 Civ. 3271 is dismissed.

Dated: New York, New York
        October 22, 2007

                                    J. MICHAEL McMAHON
                                       Clerk of Court
                 BY:
                                       Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____