UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
----------------------------------------x
In re                                   :
                                        :
WORLDCOM, INC., et al.,                 :    Case No. 07-4698-bk
                                        :
            Reorganized Debtors.        :
                                        :
----------------------------------------x
                                        :
HSG/ATN, INC.,                          :
                                        :
            Appellant,                  :    STIPULATION OF
                                        :    DISCONTINUANCE
      v.                                :
                                        :
MCI WORLDCOM                            :
COMMUNICATIONS, INC., and               :
WORLDCOM, INC.,                         :
                                        :
            Appellees.                  :
----------------------------------------x



**IT IS HEREBY STIPULATED AND AGREED** that Appellant HSG/ATN, Inc., voluntarily discontinues this appeal against MCI Worldcom Communications, Inc., and WorldCom Inc. with prejudice. No party to this action is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action.

This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile signatures herein shall be deemed to be original signatures.

Dated: January __, 2008                      Dated: January 7, 2008

STINSON MORRISON HECKER LLP                  MORGENSTERN JACOBS & BLUE LLC

By: _____                  By: _____
    Michael E. Tucci, Esq.                       Eric B. Fisher, Esq.
    1150 18th Street, N.W. Suite 800             885 Third Avenue
    Washington, DC                               New York, New York 10022
    (202) 785-9100                               (212) 750-6776
    *Attorneys for MCI WorldCom*                 *Attorneys for HSG/ATN, Inc.*
    *Communications, Inc., and WorldCom, Inc.*

                                             SO ORDERED
                                             FOR THE COURT
                                             Catherine O'Hagan Wolfe, Clerk of Court
                                             By _____
                                                Stanley A. Bass, Staff Counsel
                                                Jan. 9, 2008

Certified 01/10/08